UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------------------------------x

VICTOR RAY WISE, II, MAXINE E. CROCKETT,     :
*individually and on behalf of the* ESTATE OF RICKY     :
LEON CROCKETT, MARVISE L. CROCKETT,     :
STEVEN GREENWOOD, STEPHEN W. HILLER,     :
*individually and on behalf of the* ESTATE OF STEPHEN     :
DUSTIN HILLER, INGRID FISHER, *individually and on*     :
*behalf of the* ESTATE OF STEVEN SCOTT FISHER,     :
KRISTIN WALKER, STEVEN T. FISHER, KATHLEEN     :
GRAMKOWSKI, GLORIA NESBITT, *individually and*     :
*on behalf of the* ESTATE OF DEFOREST L. TALBERT,     :
D.J.H., *a minor*, CHIQUITA TALBERT, TAWANNA     :
TALBERT DARRING, LATASHA MARBLE, JAMES     :
TALBERT, GLORIA P. REYNOSO, *individually and on*     :
*behalf of the* ESTATE OF YADIR G. REYNOSO,     :
JASMIN REYNOSO, PATRICIA REYNOSO, JOSE     :
REYNOSO, ASHLEY WELLS SIMPSON, *individually*     :
*and on behalf of the* ESTATE OF LARRY LLOYD     :
WELLS, CHAD WELLS, CRYSTAL STEWART,     :
CHASITY WELLS-GEORGE, CANDICE MACHELLA,     :
BILLY DOAL WELLS, HOPE ELIZABETH     :
VEVERKA, DONNA JEAN HEATH, *individually and on*     :
*behalf of the* ESTATE OF DAVID MICHAEL HEATH,     :
LOLA JEAN MODJESKA, JOHN DAVID HEATH,     :
OLGA LYDIA GUTIERREZ, *individually and on behalf*     :
*of the* ESTATE OF JACOB DAVID MARTIR, ISMAEL     :
MARTIR, VICTORIA M. FOLEY, *individually and on*     :
*behalf of the* ESTATE OF ALEXANDER SCOTT     :
ARREDONDO, NATHANIEL FOLEY, MICHAEL     :
SCOTT DEWILDE, STEVEN MORRIS, DANIELLE     :
DECHAINE-MORRIS, NICHOLAS MORRIS, K.M., *a*     :
*minor*, ROBERTO AARON ARIZOLA, ROBERTO     :
ARIZOLA, SR., CECILIA ARIZOLA, DANNY     :
ARIZOLA, RICARDO ARIZOLA, MARIA VIDAL,     :
MASINA TULIAU, BRIANNA RENEE NAVEJAS,     :
MARGARITO A. MARTINEZ, JR., ADAM MATTIS,     :
TERRANCE PETERSON, III, PETRA SPIALEK,     :
RICHELLE HECKER *on behalf of the* ESTATE OF     :
WILLIAM F. HECKER, III, GLADYS E. REYES     :
CENTENO, VERONICA LOPEZ REYES, *individually*     :
*and on behalf of the* ESTATE OF JASON LOPEZ     :
REYES, ZORAIMA LOPEZ, KENNY LEE, TOM B.     :
LEE, LING P. LEE, SUSANNA LEE PAULUS, JUDY     :
COLLADO, KAIYA COLLADO, JUSTIN WALDECK,     :

**Case No.: 19-cv-995**

**COMPLAINT**

TANJA KUHLMEIER *on behalf of the* ESTATE OF          :
DANIEL KUHLMEIER, ROBERT J. KUHLMEIER,               :
THERESA A. KUHLMEIER, THERESA ANN                    :
KUHLMEIER, EDWARD KUHLMEIER, THOMAS                  :
KUHLMEIER, JOHN KUHLMEIER, ROBERT W.                 :
KUHLMEIER, CHRISTOPHER ANTHONY                       :
BERSHEFSKY, ADRIAN SANDOVAL, ROSA                    :
ESTHER SANDOVAL, JOSHUA P. STEIN, NICOLE B.          :
STEIN, R.M.S., *a minor*, J.S.S., *a minor*, JESSE P.   :
STEIN, MICHAEL PAUL ALAN SHELSWELL,                  :
SHANE IRWIN, T.R., *a minor*, HELEN MARGUERITE       :
IRWIN, NICOLE IRWIN, ERIC BRANDON                    :
STONEKING, CARRIE SUE STONEKING, FAITH               :
RENEE STONEKING, AMANDA VACHO *on behalf of*         :
E.V., *a minor*, SHANNON SHUMATE, LAUREN             :
SHUMATE, L.S., *a minor*, L.S., *a minor*, NICOLE       :
DICENZO, *individually and on behalf of the* ESTATE OF  :
DOUGLAS ANDREW DICENZO, D.D., *a minor*,             :
LARRY DICENZO, KATHY CRANE, JOHNNY                   :
ALLEN BLAIR, *individually and on behalf of the*       :
ESTATE OF ROBERT EDWARD BLAIR, CHARLEE               :
BLAIR WEBB, NORMA ALICIA CONTRERAS,                  :
JONATHAN CONTRERAS, SR., CARLOS                      :
CONTRERAS, CESAR CONTRERAS, HERNAN                   :
CONTRERAS, NOEL CONTRERAS, DANNYEL                   :
CONTRERAS, SHARON M. PUGH, *individually and on*     :
*behalf of the* ESTATE OF KENNETH IRVING PUGH,        :
BRITNEY E. CARTER, ALICIA PEARSON, DANIEL J.         :
EVANS, JUSTIN EVANS, KEVIN GRAVES, SUHEIL            :
CAMPBELL, *individually and on behalf of the* ESTATE   :
OF EDGARDO ZAYAS, ALEXANDER ZAYAS, A.Z.-             :
C., *a minor*, LUIS JUNIOR PUERTAS, LIDIA             :
SULLIVAN, GABRIELA D. PUERTAS VERGARA-               :
DONOSO, CHRISTOPHER MICHAEL MELENDEZ,                :
NARCISO MELENDEZ, CHRISTINA MELENDEZ,                :
LAUREL BARATTIERI *on behalf of the* ESTATE OF        :
GUY BARATTIERI, GLORIA L. MAGANA,                    :
*individually and on behalf of the* ESTATE OF KENNY    :
FRANCES STANTON, JR., MARIO STANTON,                 :
BRANDIE STANTON, TERRYMARIE STANTON,                 :
JAMES GMACHOWSKI, KARAR ALABSAWI,                    :
MICHELLE TAYLOR, *individually and on behalf of the*   :
ESTATE OF DAVID G. TAYLOR, JR., J.T., *a minor*,      :
PHYLLIS TAYLOR, JOHN TAYLOR, BRIAN G.                :
TAYLOR, JUDAS RECENDEZ, TYLER NORAGER,               :
SHALEE NORAGER, M.N., *a minor*, LAWRENCE            :

KRUGER *on behalf of the* ESTATE OF ERIC KRUGER,   :
C.K., *a minor*, E.K., *a minor*, KURTISS LAMB,   :
FRANCIS L. COTÉ, NANCY COTÉ, CHRISTOPHER   :
COTÉ, SAMANTHA DUNFORD, MAXIMILLIAN   :
SHROYER, CASEY REUBEN, BREE REUBEN,   :
PATRICK REUBEN, JACKIE STEWART, MARK   :
MUNNS, CRISTA MUNNS, SHARON   :
DEBRABANDER, NICOLE DEBRABANDER,   :
JOELLA PRATT, DENISE VENNIX *on behalf of the*   :
ESTATE OF ALAN R. BLOHM, ALBERT SNYDER,   :
KATHALEEN FREEMAN, RICHARD LEE, MARCIA   :
KIRBY, STEVEN KIRBY, ANDREW JEFFREY   :
ANDERSON, ELIZABETH LYNN ISLAS, HEATH   :
DAMON HOBSON, JODI MICHELLE HOBSON,   :
M.D.H., *a minor*, DEADRA GARRIGUS *on behalf of the*  :
ESTATE OF MICKEL D. GARRIGUS, SHAWN RYAN,  :
RICHARD LANDECK, VICTORIA LANDECK, IMAN   :
ALKHAZRAJI, MUSTAFA ALBAIDHANI, ANAS   :
ALBAIDHANI, HAYDER BAIDHANI, MARWAN   :
KAZIM, CARRIE THOMPSON *on behalf of the*   :
ESTATE OF SEAN M. THOMAS, A.T., *a minor*,   :
DANIEL THOMAS, SR., DANIEL THOMAS, JR.,   :
KELLY GILLIS, MELINDA FLICK, RYAN SABINISH,  :
R.J.S., *a minor*, S.J.S., *a minor*, EMMA MCGARRY,   :
JOHN KIRBY, LEASA DOLLAR, EUGENE   :
DELOZIER, SUSAN MARIA DOSKOCIL HICKS,   :
*individually and on behalf of the* ESTATE OF GLENN   :
DALE HICKS, JR., GLENN DALE HICKS, SR., DAVID :
JAMES HICKS, JOHN CHRISTOPHER HICKS, S.L.H.,  :
*a minor*, BO JOINES, JEREMY D. SMITH, ERIN LEE   :
DRUCTOR, *individually and on behalf of the* ESTATE   :
OF BLAKE STEPHENS, TRENT STEPHENS,   :
KATHLEEN STEPHENS, DEREK STEPHENS, RHETT  :
STEPHENS, SUMMER STEPHENS, BRITTANI   :
HOBSON, TANYA SUZZETTE DRESSLER, DANIEL   :
DRESSLER, JAMES DRESSLER, BARBARA   :
LAMMERS, GARY LAMMERS, STACY PATE,   :
DENISE JACKSON, MICHAEL DEAN MOODY, SR.,   :
*individually and on behalf of the* ESTATE OF MICHAEL :
DEAN MOODY, JR., CONNIE MOODY, KEDRICK   :
DANTE MOODY, AUNDRA CRAIG, JOYCE CRAIG,   :
DEBRA COOK-RUSSELL, NASHIMA WILLIAMS   :
CRAIG, MATTHEW CRAIG, JONATHAN CRAIG,   :
ANDRE BROWN, MICHAEL COOK, VALENCIA   :
COOK, MATTHEW L. MERGELE, DEREK ALLEN   :
HOLLCROFT, TAMMY KINNEY, DREW EDWARDS,   :

DONIELLE EDWARDS, DANIEL DUDEK,                    :
MARGARET DUDEK, KATIE WOODARD, SARAH              :
DUDEK, ANDREW DUDEK, JOSEPH T. MILLER,            :
RICHARD NEIBERGER, MARY NEIBERGER, AMI            :
NEIBERGER, ROBERT NEIBERGER, ERIC                 :
NEIBERGER, *individually and on behalf of the* ESTATE   :
OF CHRISTOPHER NEIBERGER, DARLENE                 :
SHELTON, LESLIE K. REEVES-HARDCASTLE,             :
*individually and on behalf of the* ESTATE OF JOSHUA    :
REEVES, J.R., *a minor*, JAMES L. REEVES, W. JEAN  :
REEVES, JARED REEVES, SHERRI C. HOLIMAN,          :
JONI ARIEL REEVES LITTLE, WILLIAM LEE,            :
ALEXANDRIA L. LEE, WILLIAM J. LEE, LILLIE LAI     :
LEE, JENNIFER LYNN HUNT, ELENA SHAW,              :
MELISSA DOHENY, *individually and on behalf of the*    :
ESTATE OF MICHAEL DOHENY, KATHY KUGLER,           :
ROBERT KUGLER, TANYA EVRARD, BILLY                :
JOHNSON, JEFFREY C. MANN, MICHELLE WEST,          :
REBECCA L. SAMTEN-FINCH, *individually and on*    :
*behalf of the* ESTATE OF TENZIN LOBSANG          :
SAMTEN, D.A.S., *a minor*, M.B.S., *a minor*, AVA  :
LANETTE BRADLEY, *individually and on behalf of the*   :
ESTATE OF JUANTREA TYRONE BRADLEY,                :
A.D.B., *a minor*, T.T.B., *a minor*, J.T.B., *a minor*,   :
ANTHONY HUDSON, FRANK L. CONVERSE,                :
*individually and on behalf of the* ESTATE OF PAUL R.   :
CONVERSE, BRENDA HABSIEGER *on behalf of the*     :
ESTATE OF ANDREW J. HABSIEGER, JENNIFER           :
RENEE YORK, JASON YORK, RUSSELL MASON,            :
ANDY POOL, ANTHONY M. GERBER, CHARLES B.          :
GREGSTON, JASON ROBINSON, FRANCES                 :
ROBINSON, E.R., *a minor*, WILLIAM JUSTIN         :
WEATHERLY, MICHAEL WEATHERLY, RONALD              :
SLOAN, MARK E. THOMSEN, ARDELL THOMSEN,           :
RALPH THOMSEN, EVAN D. BOGART, LANI D.            :
BOGART, DOUGLAS R. BOGART, CHRISTOPHER            :
BOGART, CANA HICKMAN, LUIS ROSA-                  :
VALENTIN, M.R., *a minor*, ILIANA M. ROSA-        :
VALENTIN, PRESTON CHARLES KAPLAN, NICOLE          :
A. KAPLAN, NONI KAPLAN, DAVID KAPLAN,             :
JAIME ZARCONE, JESSALYN HOLT, SUSAN               :
ARNOLD, *individually and on behalf of the* ESTATE OF   :
RONALD J. TUCKER, DAVID ARNOLD,                   :
SAMANTHA TUCKER, BRANDON ARNOLD, DAISY            :
TUCKER, JOHN DAGGETT, COLLEEN CZAPLICKI,          :
DONNA FARLEY, NOEL J. FARLEY, SR., BARBARA        :

4

FARLEY, BRETT FARLEY, CAMERON FARLEY,          :
CHRIS FARLEY, VICKIE MCHONE, NOEL S.           :
FARLEY, DAVID C. IVERSON, NICHOLAS GENE        :
KOULCHAR, MICHAEL KOULCHAR, CARLLIE            :
PAUL, CONNIE HADDOCK, JACOB BAUER,             :
JEREMY BAUER, PATRICK WARD, JARRETT            :
WARD, KARA CONNELLY, JEAN DAMMANN,             :
MARK DAMMANN, KEVIN CONNELLY,                  :
SEBASTIAN CANINE, STEVEN RICHARDS,             :
THEODORE LESTER and STEPHANIE KIDDER,          :
                                               :
           Plaintiffs,                      :
                                               :
-against-                                      :
                                               :
BANK MARKAZI JOMHOURI ISLAMI IRAN              :
Mirdamad Boulevard                             :
No. 198                                        :
Tehran, Iran                                   :
                                               :
BANK MELLI IRAN                                :
Ferdowsi Avenue                                :
Tehran, Iran                                   :
                                               :
and                                            :
                                               :
NATIONAL IRANIAN OIL COMPANY                   :
Hafez Crossing                                 :
Taleghani Avenue                               :
Tehran, Iran                                   :
                                               :
           Defendants.                      :
------------------------------------------------------------------------x

Plaintiffs, by and through their attorneys, allege the following:

I.      **NATURE OF THE ACTION**

1.      This is a civil action pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A ("FSIA"), for wrongful death, personal injury and related torts, by the estates and families of United States nationals and/or members of the U.S. armed forces who were killed or injured in Iraq by agents of the Islamic Republic of Iran ("Iran") between 2004 and 2011.

2.      Iran's aforementioned agents included the U.S.-designated Foreign Terrorist Organization ("FTO") (as that term is defined in 8 U.S.C. § 1189) Hezbollah; the Islamic Revolutionary Guard Corps ("IRGC"), a U.S.-designated Specially Designated Global Terrorist ("SDGT") whose subdivision known as the Islamic Revolutionary Guard Corps-Qods Force ("IRGC-QF") is also a U.S.-designated SDGT; the Iranian Ministry of Information and Security ("MOIS"); the U.S.-designated Specially Designated National ("SDN") Ministry of Defense and Support For The Armed Forces of The Islamic Republic of Iran ("MODAFL"); and other terrorist agents that included a litany of Iraqi Shi'a terror groups referred to herein collectively as "Special Groups."

3.      Both before and during the U.S. occupation of Iraq and its subsequent peacekeeping mission, Iran supported a terror campaign against U.S. troops, civilian personnel and Iraqi civilians.

4.      During the period of 2004 through 2011 (the "relevant period"), Iran was under stringent international sanctions that limited its access to the U.S. financial system and U.S. export-controlled technologies, spare parts and raw materials.

5.      In order to fund its terror campaign in Iraq and other nefarious activities, Iran directed its state owned and/or operated banks, including Defendants Bank Markazi Jomhouri

Islami Iran ("Bank Markazi," "Central Bank of Iran" or "CBI"), Bank Melli Iran and the state owned and operated National Iranian Oil Company ("NIOC") to conspire with an assortment of Western financial institutions willing to substantially assist Iran in evading U.S. and international economic sanctions, conducting illicit trade-finance transactions and disguising financial payments to and from U.S. dollar-denominated accounts.

6.      As detailed below, the Defendants herein directed millions of U.S. dollars in arms, equipment and materiel to Hezbollah, the IRGC and the IRGC-QF, which, in turn, trained, armed, supplied and funded Iran's terrorist agents in Iraq in carrying out their attacks against Plaintiffs and their family members.

## II.    JURISDICTION AND VENUE

7.      This Court has jurisdiction over this matter and over the Defendants pursuant to 28 U.S.C. §§ 1330(a), 1330(b), 1331, 1332(a)(2), and the FSIA, 28 U.S.C. § 1605A(a)(2), which create subject-matter and personal jurisdiction for civil actions for wrongful death and personal injury against "foreign states" that have been designated as State Sponsors of Terrorism and their officials, employees and agents.[1]

8.      The United States officially designated Iran a State Sponsor of Terrorism on January 19, 1984, pursuant to § 6(j) of the Export Administration Act, § 40 of the Arms Export Control Act, and § 620A of the Foreign Assistance Act.

9.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(f).

---

[1]      28 U.S.C. § 1603(b) defines "foreign state" to include "a political subdivision of a foreign state or an agency or instrumentality of a foreign state." The statute defines an "agency or instrumentality" as any entity (1) which is a separate legal person, corporate or otherwise, and (2) which is an organ of the foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by the foreign state or political subdivision thereof, and (3) which is neither a citizen of a State of the United States as defined in section 1332(c) and (e), nor created under the laws of any third country.

III.     **FACTUAL ALLEGATIONS**

A.     **DEFENDANTS**

1.     **BANK MARKAZI JOMHOURI ISLAMI IRAN**

10.     Bank Markazi Jomhouri Islami Iran is the central bank of Iran. The Central Bank of Iran was established in 1960, and, according to its website, CBI is responsible for the design and implementation of Iran's monetary and credit policies.[2]

11.     CBI is headquartered at Mirdamad Boulevard, No. 198, Tehran, Iran.

12.     CBI has provided millions of dollars to terrorist organizations via other Iranian-owned and controlled banks. For example, in a press release issued by the U.S. Treasury Department in 2007 regarding the designation of the Iranian-owned Bank Saderat as an SDGT, the U.S. Government noted that:

> Bank Saderat, which has approximately 3200 branch offices, has been used by the Government of Iran to channel funds to terrorist organizations, including Hezbollah and EU-designated terrorist groups Hamas, PFLP-GC, and Palestinian Islamic Jihad. For example, from 2001 to 2006, Bank Saderat *transferred $50 million from the **Central Bank of Iran** through its subsidiary in London to its branch in Beirut for the benefit of Hezbollah fronts in Lebanon that support acts of violence.* (Emphasis added.)

13.     According to the United States' Financial Crimes Enforcement Network ("FinCEN"):

> The Central Bank of Iran, which regulates Iranian banks, has assisted designated Iranian banks by transferring billions of dollars to these banks in 2011. In mid-2011, the CBI transferred several billion dollars to designated banks, including Saderat, Mellat, EDBI and Melli, through a variety of payment schemes. In making these transfers, the CBI attempted to evade sanctions by minimizing the direct involvement of large international banks with both CBI and designated Iranian banks.

---

[2]     http://www.cbi.ir/page/GeneralInformation.aspx.

14.     CBI is an alter-ego and instrumentality of the Iranian government and its Supreme

Leader, and it has routinely used Iranian banks like the other Defendant Iranian banks as conduits

for terror financing and weapons proliferation on behalf of the Iranian regime.

### 2.     BANK MELLI IRAN

15.     Bank Melli Iran, one of the largest banks in Iran, was established in 1927 by order

of the Iranian Parliament.

16.     Following the Iranian Revolution in 1979, all banks in Iran were placed under state

control, and most remain effectively under the control of the Iranian regime.

17.     Bank Melli Iran is wholly owned by Iran.

18.     Bank Melli Iran is headquartered at Ferdowsi Avenue, Tehran, Iran.

19.     Bank Melli Iran maintains a branch office in Germany, located at Holzbrücke 2,

20459 Hamburg, Germany.

20.     Bank Melli Iran is an "agency or instrumentality" of the government of Iran as

defined by 28 U.S.C. § 1603(b).

21.     According to the U.S. government, between 2004 and 2011, Bank Melli Iran

transferred approximately $100 million USD to the IRGC-QF, which trained, armed and funded

terrorist groups that targeted, killed and maimed American and Iraqi forces and civilians.

22.     In October 2007 and throughout the remainder of the relevant period, Bank Melli

Iran was designated as a Specially Designated National ("SDN") pursuant to Executive Order

("E.O.") 13382, and included on the Office of Foreign Assets Control's SDN list.[3] The U.S.

Treasury Department press release announcing the designations stated:

---

[3]     "The Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury administers and
enforces economic and trade sanctions based on US foreign policy and national security goals against targeted foreign
countries and regimes, terrorists, international narcotics traffickers, those engaged in activities related to the

Bank Melli also provides banking services to the [Iranian Revolutionary Guard Corps] and the Qods Force. Entities owned or controlled by the IRGC or the Qods Force use Bank Melli for a variety of financial services. From 2002 to 2006, Bank Melli was used to send at least $100 million to the Qods Force. When handling financial transactions on behalf of the IRGC, Bank Melli has employed deceptive banking practices to obscure its involvement from the international banking system. For example, Bank Melli has requested that its name be removed from financial transactions.

23.     A State Department diplomatic cable from March 2008 noted that:

Bank Melli and the Central Bank of Iran also provide crucial banking services to the Qods Force, the IRGC's terrorist supporting arm that was headed by UNSCR 1747 designee Commander Ghassem Soleimani. Soleimani's Qods Force leads Iranian support for the Taliban, Hezbollah, Hamas and the Palestinian Islamic Jihad. Entities owned or controlled by the IRGC or the Qods Force use Bank Melli for a variety of financial services.

24.     In addition, during the relevant time period, Bank Melli Iran financed evasions of U.S. sanctions on behalf of the Iranian-owned airline and SDGT, Mahan Airlines ("Mahan Air") and Iran's Ministry of Defense and Armed Forces Logistics.

25.     For example, Bank Melli issued a Letter of Credit to Mahan Air in August 2004 to help Mahan Air illegally acquire aircraft engines subject to the U.S. embargo.

26.     Bank Melli's financial support and assistance to Mahan Air is particularly significant because on October 12, 2011, the United States designated Mahan Air as an SDGT for "providing financial, material and technological support to the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF). Based in Tehran, Mahan Airlines provides transportation, funds transfers and personnel travel services to the IRGC-QF."

27.     The Treasury Department explained Mahan Air's direct involvement with terrorist operations, personnel movements and logistics on the IRGC-QF's behalf:

---

proliferation of weapons of mass destruction, and other threats to the national security, foreign policy or economy of the United States." https://www.treasury.gov/about/organizational-structure/offices/Pages/Office-of-Foreign-Assets-Control.aspx

Mahan Air [has] facilitated the covert travel of suspected IRGC-QF officers into and out of Iraq by bypassing normal security procedures and not including information on flight manifests to eliminate records of the IRGC-QF travel.

Mahan Air crews have facilitated IRGC-QF arms shipments. Funds were also transferred via Mahan Air for the procurement of controlled goods by the IRGC-QF.

In addition to the reasons for which Mahan Air is being designated today, Mahan Air also provides transportation services to Hezbollah, a Lebanon-based designated Foreign Terrorist Organization. Mahan Air has transported personnel, weapons and goods on behalf of Hezbollah and omitted from Mahan Air cargo manifests secret weapons shipments bound for Hezbollah.

28.     Mahan Air was also later identified as the conduit to Iran of *thousands* of radio frequency modules recovered by Coalition Forces in Iraq from Improvised Explosive Devices ("IEDs") and Explosively Formed Penetrators ("EFPs") that were used to target U.S. and Coalition Forces.

29.     In mid-2007, Bank Melli Iran's branch in Hamburg transferred funds on behalf of Iran's Defense Industries Organization ("DIO").

30.     DIO is an Iranian government-owned defense manufacturer whose name, logo and/or product tracking information was stamped on munitions found in weapons caches that were seized from the Special Groups in Iraq, including large quantities of weapons produced by DIO in 2006 and 2007 (*i.e.*, 107-millimeter artillery rockets, as well as rounds and fuses for 60-millimeter and 81-millimeter mortars).

### 3.     NATIONAL IRANIAN OIL COMPANY

31.     The National Iranian Oil Company, owned and overseen by the Government of Iran through its Ministry of Petroleum, is responsible for the exploration, production, refining and export of oil and petroleum products in Iran.

32.     NIOC is headquartered at Hafez Crossing, Taleghani Avenue, Tehran, Iran.

33.     NIOC is an "agency or instrumentality" of the Government of Iran as defined by 28 U.S.C. § 1603(b).

34.     In 2008, the Treasury Department identified NIOC (and other Iranian agencies) as "centrally involved in the sale of Iranian oil, as entities that are owned or controlled by the [Government of Iran]."

35.     Pursuant to E.O. 13382, the U.S. Government designated NIOC as an SDN.

36.     The U.S. Government has identified NIOC as an agent or affiliate of the IRGC.

37.     In September 2012, the U.S. Treasury Department handed its report to Congress regarding its determination that NIOC is an agent or affiliate of the IRGC. The report provided that:

> Recently, the IRGC has been coordinating a campaign to sell Iranian oil in an effort to evade international sanctions, specifically those imposed by the European Union that prohibit the import, shipping, and purchase of Iranian oil, which went into full effect on July 1, 2012.
>
> Under the current Iranian regime, the IRGC's influence has grown within National Iranian Oil Co. For example, on August 3, 2011, Iran's parliament approved the appointment of Rostam Qasemi, a Brigadier General in the IRGC, as Minister of Petroleum. Prior to his appointment, Qasemi was the commander of Khatam Al-Anbia, a construction and development wing of the IRGC that generates income and funds operations for the IRGC. Even in his new role as Minister of Petroleum, Qasemi has publicly stated his allegiance to the IRGC.

38.     As the IRGC has become increasingly influential in Iran's energy sector, Khatam Al-Anbia has obtained billions of dollars' worth of contracts with Iranian energy companies, including NIOC, often without participating in a competitive bidding process.

39.     Under the Iran Threat Reduction and Syria Human Rights Act of 2012 ("ITRSHRA"), the U.S. government determined that NIOC is an agent or affiliate of the IRGC

under section 104(c)(2)(E)(i) of the Comprehensive Iran Sanctions, Accountability, and

Divestment Act of 2010 and section 302 of ITRSHRA.  As part of that 2012 certification, NIOC

was formally determined to be part of the Government of Iran.

40.     In addition, the ITRSHRA provided that:

> It is the sense of Congress that the National Iranian Oil Company and the
> National Iranian Tanker Company are not only owned and controlled by the
> Government of Iran but that those companies provide significant support to
> Iran's Revolutionary Guard Corps and its affiliates.[4]

41.     After the events giving rise to the claims herein, the U.S. government withdrew this

determination as of 2016.[5]

42.     NIOC used its oil and natural gas revenues to launder money for the IRGC, often

using Defendant CBI for this purpose.

43.     In 2009, the Combatting Terrorism Center at West Point published a report on the

role of NIOC, particularly in the Maysan province in Iraq (situated along the southeast border

between Iran and Iraq), and its role in studying U.S. troop movements:

> The establishment of a new U.S. and Iraqi [Forward Operating Base] on the
> Iranian border has resulted in three waves of attacks in an area that was
> formerly devoid of incidents …. The incident occurred in the same district
> as the February 2007 EFP attack on a British aircraft at a Buzurgan dirt
> airstrip, itself a reaction by Special Groups to UK long-range patrolling of
> the Iranian border. This part of the border is increasingly the scene of U.S.
> and Iranian countermoves to support their proxies and patrol the frontier;
> Iranian intelligence gathering takes place using National Iranian Oil
> Company helicopters and border guards, while U.S.-Iraqi helicopter-borne
> joint patrols provide moral and material support to isolated Iraqi border
> posts and local communities.

---

[4]     *See* https://www.treasury.gov/resource-center/sanctions/Documents/hr_1905_pl_112_158.pdf.

[5]     On January 16, 2016, as part of "Implementation Day" for the U.S. government's understanding with Iran
relating to its nuclear weapons program, the U.S. Treasury Department "determined that NIOC is no longer an agent
or affiliate of the IRGC."

44.     Thus, NIOC served a critical function in funding and supporting the IRGC's activities.

45.     NIOC also obtained letters of credit from western banks to provide financing and credit to the IRGC.[6]

B.      **IRAN'S LONG HISTORY OF SUPPORTING AND FINANCING TERRORISM**

46.     Since the Iranian Revolution in 1979, Iran has been a principal source of extremism and terrorism throughout the Middle East and the rest of the world, responsible for bombings, kidnappings and assassinations across the globe.

47.     As noted above, the United States designated Iran a State Sponsor of Terrorism on January 19, 1984. That designation has remained in force throughout the relevant period to this action.

48.     Iran has had a long, deep, strategic partnership with the Lebanese-based Foreign Terrorist Organization ("FTO") Hezbollah, which historically has served as Iran's proxy and agent, enabling Iran to project extremist violence and terror throughout the Middle East and around the globe.

49.     For more than 30 years, Iran, through the IRGC, has funded, trained and equipped Hezbollah.

50.     The IRGC-QF's "Department 2000" manages Iran's relationship with Hezbollah, which includes the flow of some of Iran's most sophisticated weapons systems, including military grade EFPs (explained in further detail below), anti-tank guided missiles, RPG-29 armor

---

[6]      The Superseding Indictment filed in *U.S. v. Zarrab* (filed in the S.D.N.Y (1:15-cr-00867)) demonstrates that, as late as 2013, NIOC continued to illegally launder U.S. dollars through U.S. financial institutions.

penetrating rocket propelled grenades ("RPGs"), RKG-3 armor penetrating anti-tank grenades and various rockets, such as the Fajr-5.

51.     Since the 2003 U.S. overthrow of Saddam Hussein's regime in Iraq, Iran has assiduously worked to expand its influence in Iraq and throughout the region in a variety of ways, including by fomenting violence and terrorism when such activities have served its ambitions.

### C.     IRAN ORCHESTRATED A TERROR CAMPAIGN IN IRAQ

52.     Sometime after the 2003 U.S. invasion of Iraq, Hezbollah created "Unit 3800," an entity dedicated to supporting Iraqi Shi'a terrorist groups targeting Multi National Forces in Iraq ("MNF-I").

53.     Unit 3800 was established by Hezbollah leader Hassan Nasrallah at Iran's request.

54.     Unit 3800 has trained and advised various Shi'a militias in Iraq, later termed the Special Groups.

55.     Hezbollah training camps in southern Lebanon and Iran, and Hezbollah's expertise in the use of EFPs, kidnapping, communications and small-unit operations, were critical to the IRGC's operations in Iraq between 2004 and 2011.

56.     Iran's support of terrorist groups in Iraq was described in the U.S. State Department's 2005 *Country Reports on Terrorism*, which observed:

> Iran has provided political and ideological support for several terrorist and militant groups active in Iraq. Attractive to terrorists in part because of the limited presence of the United States and other Western governments there, Iran is also a safe haven in that known terrorists, extremists, and sympathizers are able to transit its territory and cross the long and porous border into Iraq. Iran also equips terrorists with technology and provides training in extremist ideology and militant techniques.

57.     According to the same report: "[t]he IRGC was increasingly involved in supplying lethal assistance to Iraqi militant groups, which destabilizes Iraq …. Senior Iraqi officials have

publicly expressed concern over Iranian interference in Iraq, and there were reports that Iran provided funding, safe passage, and arms to insurgent elements."

58.     By early 2005, the presence of Hezbollah operatives in Iraq became an open secret when Iraqi Interior Minister Falah al-Naquib announced the arrest of eighteen Lebanese Hezbollah members on terrorism charges.

59.     Two years later, according to U.S. intelligence estimates—and following the 2007 arrest and interrogation of Hezbollah's senior operative in Iraq—the IRGC-QF provided Hezbollah and one of its local trainers, Ali Musa Daqduq (discussed in greater detail below), up to $3 million in U.S. currency every month.

60.     In 2008, Pentagon Press Secretary Geoff Morrell reported on the "smuggling system - in which the Iranians are providing their allies within Iraq, these special groups, with the munitions that are then used to take on us, whether it be EFPs or rockets or conventional arms. These are being used by these special groups and being provided by the Iranians."

61.     According to a 2010 report by the Combatting Terrorism Center at West Point, Iran paid Iraqi "insurgent" groups "between $4,000 and $13,000 per rocket or roadside bomb, depending on the circumstances."

62.     According to Brigadier Gen. Kevin J. Bergner, a U.S. military spokesman who previously served as the Deputy Commanding General for MNF-I in Mosul, Iraq, "the Qods Force has provided armor-piercing weapons to extremist groups in Iraq, funneling them up to $3 million a month and training Iraqi militiamen at three camps near Tehran."

**D.     IRANIAN AGENTS DESIGNED AND PRODUCED EFPs USED TO KILL OR MAIM COALITION FORCES, INCLUDING THE PLAINTIFFS**

63.     Improvised Explosive Device is a term commonly used by the U.S. military as shorthand for a roadside bomb.

64.     However, in Iraq, the IRGC and Hezbollah supplied and trained various Special Groups to deploy EFPs.

65.     First used by Hezbollah against Israeli armor in Lebanon, EFPs are usually constructed from a steel pipe, anywhere from three to six inches in diameter, capped with a manufactured concave copper disk, known as the "liner," and a high explosive (such as C-4) packed behind the liner.

66.     In Iraq, EFPs were often triggered by a passive infra-red device that set off the explosion within the EFP's casing, inverting the copper disk into a teardrop or tadpole shaped slug, and propelling it forward at tremendous speed, rendering the high velocity slug capable of piercing most military-grade armor.

67.     Once triggered, an explosion took place within the steel casing of the EFP, forcing the copper liner forward, and turning it into a high-velocity molten slug, traveling at over a mile per second, that could pierce the military-grade armor of U.S. vehicles deployed in Iraq at distances as far as 300 feet from the EFP's emplacement.

68.     Metallurgic analysis by U.S. technicians helped confirm that the high-purity copper EFP liners were not generally produced in Iraq.

69.     Differences in the liners indicated the kind of press that was required to fabricate them—a heavy (hydraulic) press not commonly seen in Iraq.

70.     To produce these weapons, copper sheets were often loaded onto a punch press to yield copper discs. These discs were annealed in a furnace to soften the copper. The discs were then loaded into a large hydraulic press and formed into the disk-like final shape. This manufacturing process is critical to the design and concomitant lethality of the weapon.

71.    EFPs are far more sophisticated than homemade explosive devices such as traditional IEDs, and they are specifically designed to target, and destroy, armored vehicles.

72.    Iran propagated its specialized weapons knowledge up and down its network of terror proxies in Iraq, as the U.S. State Department documented in its 2006 *Country Reports on Terrorism* regarding Iran's specific efforts to provide terrorists with lethal EFPs to ambush and murder U.S. and other Coalition Forces:

> Iran provided guidance and training to select Iraqi Shia political groups, and weapons and training to Shia militant groups to enable anti-Coalition attacks. Iranian government forces have been responsible for at least some of the increasing lethality of anti-Coalition attacks by providing Shia militants with the capability to build IEDs with explosively formed projectiles similar to those developed by Iran and Lebanese Hezbollah. The Iranian Revolutionary Guard was linked to armor-piercing explosives that resulted in the deaths of Coalition Forces. The Revolutionary Guard, along with Lebanese Hezbollah, implemented training programs for Iraqi militants in the construction and use of sophisticated IED technology. *These individuals then passed on this training to additional militants in Iraq.* (Emphasis added.)

73.    Also in 2006, Brigadier Gen. Michael Barbero, Deputy Chief of Staff for Strategic Operations of the MNF-I stated: "Iran is definitely a destabilizing force in Iraq. I think it's irrefutable that Iran is responsible for training, funding and equipping some of these Shi'a extremist groups and also providing advanced IED technology to them, and there's clear evidence of that."

74.    According to the U.S. State Department's 2008 *Country Reports on Terrorism*:

> The Qods Force, an elite branch of the Islamic Revolutionary Guard Corps (IRGC), is the regime's primary mechanism for cultivating and supporting terrorists abroad. The Qods Force provided aid in the form of weapons, training, and funding to HAMAS and other Palestinian terrorist groups, Lebanese Hezbollah, Iraq-based militants, and Taliban fighters in Afghanistan.…
>
> Despite its pledge to support the stabilization of Iraq, Iranian authorities continued to provide lethal support, including weapons, training, funding,

and guidance, to Iraqi militant groups that targeted Coalition and Iraqi forces and killed innocent Iraqi civilians. Iran's Qods Force continued to provide Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, and mortars that have killed Iraqi and Coalition Forces as well as civilians. Tehran was responsible for some of the lethality of anti-Coalition attacks by providing militants with the capability to assemble improvised explosive devices (IEDs) with explosively formed projectiles (EFPs) that were specially designed to defeat armored vehicles. The Qods Force, in concert with Lebanese Hezbollah, provided training both inside and outside of Iraq for Iraqi militants in the construction and use of sophisticated IED technology and other advanced weaponry.

75.     One of the ways in which the IRGC provided "militants with the capability to assemble improvised explosive devices (IEDs) with explosively formed projectiles (EFPs) that were specially designed to defeat armored vehicles" included providing them with manufacturing supplies such as copper and steel, as well as machinery—including hydraulic presses used to form copper into the shape of disks used in EFPs.

76.     Iran also introduced other weapons into Iraq for the purpose of supporting terrorist attacks on U.S. and coalition personnel.

77.     These included Improvised Rocket-Assisted Munitions ("IRAMs"), RPG-29s and RKG-3 armor penetrating anti-tank grenades deployed by Special Groups.

78.     Likewise, the State Department's 2011 *Country Reports on Terrorism* reported:

Despite its pledge to support the stabilization of Iraq, Iran continued to provide lethal support, including weapons, training, funding, and guidance, to Iraqi Shia militant groups targeting U.S. and Iraqi forces, as well as civilians. Iran was responsible for the increase of lethal attacks on U.S. forces and provided militants with the capability to assemble explosives designed to defeat armored vehicles. The IRGC-QF [Islamic Revolutionary Guard Corps-Quds Force], in concert with Lebanese Hezbollah, provided training outside of Iraq as well as advisors inside Iraq for Shia militants in the construction and use of sophisticated improvised explosive device technology and other advanced weaponry.

E. **IRAN SUPPORTED SPECIAL GROUPS IN IRAQ THAT COORDINATED WITH HEZBOLLAH AND THE IRGC**

1. **THE BADR CORPS/BADR ORGANIZATION**

79. The Badr Corps was established in 1982 as the military wing of the Supreme Council for Islamic Revolution in Iraq.

80. From its headquarters in Iran, the Badr Corps operated extensive clandestine networks throughout Iraq in the 1990s. The group smuggled men and weapons into Iraq to conduct attacks against the Iraqi regime of Saddam Hussein.

81. Like Hezbollah, the Badr Corps established clandestine offices in businesses and social organizations in Iraq.

82. The Badr Corps also used Iraqi front companies to recruit operatives, collect intelligence, and circulate propaganda materials in Shi'a populated areas.

83. Before 2003, the Badr Corps served as Iran's most important surrogate inside Iraq, acting as a de facto arm of the IRGC-QF.

84. The Badr Corps received training and weapons from the IRGC and Hezbollah.

85. After Saddam Hussein's overthrow in 2003, the Badr Corps renamed itself the Badr Organization, and many of its operatives joined the newly formed Iraqi security forces.

86. Published reports indicate that thousands of members of the Badr Organization remained on the IRGC-QF payroll after 2004.

87. Several senior Badr Organization operatives later emerged as key conduits for funneling weapons to Iranian proxies in Iraq from 2004 through 2011, including Abu Mustafa al-Sheibani, a key smuggler of deadly Iranian IEDs and EFPs, and Jamal Ja'far Muhammad, a.k.a. Abu Mahdi al-Muhandis (a.k.a. "The Engineer"), who later led Kata'ib Hezbollah (discussed further below).

88.     "Department 1000" of the IRGC-QF, known as the Ramezan Corps, is in charge of Iraqi operations and remains the largest IRGC-QF command outside of Iran. It coordinated, armed and influenced the Badr Organization.

89.     Although the Badr Organization evolved into a major political organization with seats in the new Iraqi parliament, it also played a significant role in facilitating deadly Special Groups operations in Iraq. A number of senior Special Groups commanders such as Al-Muhandis are, or were, Badr Organization personnel.

90.     After 2003, the IRGC inserted hundreds of its Iranian-trained operatives into Iraq's state security organs (notably the Iraqi Ministry of Interior's intelligence structure) in part through its influence within the Badr Organization.

## 2.      JAYSH AL MAHDI ("JAM" or the "MAHDI ARMY")

91.     Jaysh al Mahdi was established by radical Shi'a cleric Muqtada al-Sadr in June 2003. On April 18, 2004, JAM led the first major armed confrontation by Shi'a militias against U.S.-led forces in Iraq.

92.     JAM was co-founded by Imad Mughniyah, one of Hezbollah's most senior commanders.

93.     During the relevant period, JAM expanded its territorial control of mixed or predominantly Shi'a neighborhoods and displaced or killed the local Sunni population.

94.     JAM was able to gain initial control in many of the neighborhoods in and around Baghdad (such as the Shi'a slum locally known as "Sadr City") by offering the Shi'a population protection and social services.

95.     Al-Sadr dissolved part of his militia after 2007, but maintained a small group of Iranian-supported militants called the Promised Day Brigades ("PDB") to carry out attacks against Coalition Forces.

96.     The PDB  received funding, training and weapons from the IRGC and is one of the Special Groups.

97.     The PDB actively targeted U.S. forces in an attempt to disrupt security operations and further destabilize Iraq.

98.     For example, on June 28, 2011, the PDB issued a statement claiming responsibility for 10 mortar and Katyusha rocket attacks against U.S. military convoys in which U.S. officials confirmed that three U.S. troops were killed.

### 3.     KATA'IB HEZBOLLAH ("KH")

99.     Kata'ib Hezbollah has functioned as Iran's go-to terrorist militia in Iraq and received support from Lebanese Hezbollah, including training in weapons use, IED construction and operation, and sniper, rocket and mortar attacks.

100.     Historically, KH operated mainly in Shi'a areas of Baghdad, such as Sadr City, and throughout the south of Iraq.

101.     On June 24, 2009, the United States designated KH an FTO.

102.     The State Department's notice of KH's FTO designation stated that:

> The organization has been responsible for numerous violent terrorist attacks since 2007, including improvised explosive device bombings, rocket propelled grenade attacks, and sniper operations. Kata'ib Hezbollah also targeted the International Zone in Baghdad in a November 29, 2008 rocket attack that killed two UN workers. In addition, KH has threatened the lives of Iraqi politicians and civilians that support the legitimate political process in Iraq.

103.    KH was also simultaneously designated an SDGT under E.O. 13224, because it was "responsible for numerous terrorist acts against Iraqi, U.S., and other targets in Iraq since 2007."

104.    The U.S. Treasury Department also designated KH pursuant to E.O. 13438.

105.    The Treasury Department's 2009 press release announcing KH's designation explained that KH had "committed, directed, supported, or posed a significant risk of committing acts of violence against Coalition and Iraqi Security Forces…."

106.    The Treasury press release also stated: "[f]urther, the IRGC-Qods Force provides lethal support to Kata 'ib Hizballah and other Iraqi Shia militia groups who target and kill Coalition and Iraqi Security Forces."

107.    The 2009 press release further reported that between March 2007 and June 2008, KH led a number of attacks against U.S. forces in Iraq, advising:

> [a]s of 2008, Kata'ib Hizballah was funded by the IRGC-Qods Force and received weapons training and support from Lebanon-based Hizballah. In one instance, Hizballah provided training--to include building and planting IEDs and training in coordinating small and medium arms attacks, sniper attacks, mortar attacks, and rocket attacks--to Kata'ib Hizballah members in Iran.

108.    Furthermore, the 2009 U.S. Treasury Department press release noted:

> Recordings made by Kata'ib Hizballah for release to the public as propaganda videos further demonstrate that Kata'ib Hizballah conducted attacks against Coalition Forces. In mid-August 2008, Coalition Forces seized four hard drives from a storage facility associated with a Kata'ib Hizballah media facilitator. The four hard drives included approximately 1,200 videos showing Kata'ib Hizballah's sophisticated planning and attack tactics, techniques, and procedures, and Kata'ib Hizballah's use of the most lethal weapons--including RPG-29s, IRAMs, and EFPs--against Coalition Forces in Iraq.
>
> One of the hard drives contained 35 attack videos edited with the Kata'ib Hizballah logo in the top right corner. Additionally, between February and September 2008, [Hezbollah's official television outlet] Al-Manar in

Beirut, Lebanon, broadcast several videos showing Kata'ib Hizballah conducting multiple attacks against Coalition Forces in Iraq.

Immediately preceding the Government of Iraq's approval of the United States-Iraq security agreement in late November 2008, Kata'ib Hizballah posted a statement that the group would continue fighting Coalition Forces and threatened to conduct attacks against the Government of Iraq if it signed the security agreement with the United States.

109.    In 2008, the U.S. Department of Defense described the linkages it found between KH, Iran and multiple terrorist attacks against Coalition Forces in Iraq—including KH's use of EFPs:

[A]lso known as Hezbollah Brigades, is a terrorist group believed to receive funding, training, logistics and material support from Iran to attack Iraqi and coalition forces using what the military calls 'explosively formed penetrators' – roadside bombs designed to pierce armor-hulled vehicles – and other weapons such as rocket-assisted mortars.

110.    As noted above—and as stated by the U.S Treasury Department in its July 2009 press release—throughout 2008, *Al-Manar*, Hezbollah's official television outlet in Lebanon (and itself a designated SDGT since May 2006), played videos of KH launching rocket and IED attacks against U.S. troops.

111.    In this manner, Hezbollah helped publicize KH's activities and increase its profile among leading Shi'a terrorist groups.

112.    In a July 2010 press briefing, U.S. Army General Ray Odierno identified KH as the group behind increased threats to U.S. bases in Iraq.

113.    General Odierno confirmed that KH operatives had gone to Iran for special training and then returned to Iraq.

114.    General Odierno stated, "they are clearly connected to Iranian IRGC."

4.      **ASA'IB AHL AL-HAQ ("AAH")**

115.     Asa'ib Ahl Al-Haq is a Shi'a Special Group supported by Hezbollah and the IRGC-QF that conducted assassinations and operations against Iraqi civilians, Iraqi Security Forces and Coalition Forces.

116.     AAH was originally established by Senior Sadrist and former MNF-I detainee Qais al-Khazali.

117.     His brother, Laith Khazali, also helped to lead the organization.

118.     AAH split from al-Sadr's JAM in 2006. Since that time, AAH has conducted thousands of IED attacks against U.S. and Iraqi forces, targeted kidnappings of Westerners and Iraqis, rocket and mortar attacks on the U.S. Embassy, murders of American and British soldiers, and assassination of Iraqi officials.

119.     At all relevant times, AAH received significant funding from Iran, and had links to Iran's IRGC-QF and Hezbollah.

120.     In particular, Lebanese Hezbollah operative Ali Musa Daqduq provided training to AAH terrorists.

121.     The U.S. Treasury Department's November 19, 2012 press release announcing Daqduq's designation as an SDGT stated, in part:

> Daqduq is a senior Hezbollah commander responsible for numerous attacks against Coalition Forces in Iraq, including planning an attack on the Karbala Joint Provincial Coordination Center (JPCC) [sic] on January 20, 2007, which resulted in the deaths of five U.S. soldiers.

122.     Daqduq is Lebanese-born and has served in Hezbollah for twenty-four years.

123.     Daqduq served as a bodyguard for Hezbollah leader Hassan Nasrallah and also led Hezbollah operations in large swaths of Lebanon.

124.    According to the U.S. government, Daqduq "was in Iraq working as a surrogate for Iranian Revolutionary Guards Corps Quds Force operatives involved with special groups."

125.    In 2005, Daqduq was directed by senior Lebanese Hezbollah leadership to go to Iran and work with the IRGC-QF to train Iran's proxies in Iraq.

126.    According to the U.S. government: "In May 2006, [Daqduq] traveled to Tehran with Yussef Hashim, a fellow Lebanese Hezbollah and head of their operations in Iraq. There they met with the commander and deputy commander of the Iranian Quds Force special external operations."

127.    Daqduq was ordered to go to Iraq to report on the training and operations of the Iraqi Shi'a Special Groups.

128.    In the year prior to his capture in 2007, Daqduq made four trips to Iraq, where he monitored and reported on the training and arming of the Special Groups in mortars and rockets, manufacturing and employment of IEDs, and kidnapping operations.

129.    Most significantly, Daqduq was tasked with organizing the Special Groups in ways that mirrored how Hezbollah was organized in Lebanon.

130.    Daqduq also helped the IRGC train Iraqis at multiple sites in Iran.

131.    Using training groups of approximately 20 to 60 Iraqis at a time, Daqduq instructed his trainees on how to use EFPs, mortars and rockets, as well as intelligence, sniper and kidnapping operations.

132.    The IRGC then provided operational, intelligence and logistical support to insert the terrorist trainees back into various Iraqi cities where they rejoined their respective Special Groups.

133.    The IRGC also supplied the Special Groups with weapons and a funding stream ranging from an estimated $750,000 to $3 million per month.

134.    Hezbollah and the IRGC-QF provided JAM, the Promised Day Brigades, KH, AAH, and other Shi'a terrorist groups with a variety of weapons used to target U.S. and Coalition Forces engaged in their post-2003 peacekeeping mission.

135.    These weapons included signature Iranian munitions such as EFPs and IRAMs, as well as 107 mm rockets (often used as part of IRAMs), 120 mm and 60 mm mortars, RPG-29 launchers and other small arms.

136.    AAH was responsible for the January 20, 2007 Karbala attack on the Provincial Joint Coordination Center ("PJCC") that killed and/or injured some of the Plaintiffs (discussed below).

F.    **ALL OF THE ATTACKS AT ISSUE IN THIS COMPLAINT WERE ACTS OF INTERNATIONAL TERRORISM THAT VIOLATED THE INTERNATIONAL LAW OF WAR**

137.    At no time relevant to this Action did the United States declare war or enact an Authorization for the Use of Military Force against Iran.

138.    At no time relevant to this Action did the United States engage in an armed conflict with the military forces of Iran, nor did Iran's military forces or their agents engage in lawful acts of war against Coalition Forces.

139.    At no time relevant to this action did the operatives of Hezbollah, the IRGC and the Special Groups who killed and injured Coalition Forces and civilians in Iraq carry fixed distinctive signs recognizable at a distance, carry arms openly, conduct their operations in accordance with the laws and customs of war, or enjoy any form of combatant immunity for their acts.

140.     The specific attacks alleged herein were all carried out by terrorists and terrorist organizations like Hezbollah and the Special Groups, with the material support of Iran and Defendants, not by armed forces of recognized governments or military forces.

141.     The deaths and injuries Plaintiffs sustained were not the result of, nor did they occur in the course of, a declared war with Iran, or an armed conflict between the United States and Iran.

142.     The conduct of Iran, the IRGC, Hezbollah and the Special Groups violated the laws of armed conflict (including, *e.g.*, AAH operatives masquerading as members of U.S. armed forces and executing defenseless prisoners), and the attacks upon Iraqi and other civilians constituted a substantial, rather than an incidental, part of their objectives and conduct.

143.     The acts of the IRGC, Hezbollah, and/or the Special Groups that injured the Plaintiffs were acts of hostage taking and extrajudicial killing as defined by 28 U.S.C. §§ 1605A(h)(2) and 1605A(h)(7), and acts of international terrorism as defined by of 18 U.S.C. § 2331.

144.     The aforesaid acts of hostage taking, extrajudicial killing and international terrorism were enabled by Defendants' provision of material support and resources as defined by 28 U.S.C. § 1605A(h)(3) and 18 U.S.C. § 2339A.

## IV.     THE PLAINTIFFS

### 1.     THE SEPTEMBER 8, 2009 ATTACK – BAGHDAD

**The Wise Family**

145.     Plaintiff Victor Ray Wise, II is a citizen of the United States and domiciled in the State of Kentucky.

146.     On September 8, 2009, Victor Ray Wise, II, then 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

147.    The weapon used to injure Victor Ray Wise, II was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

148.    Mr. Wise was in the gunner's hatch when the EFP hit the vehicle he was in, hitting his legs.

149.    He was extricated from the vehicle, and tourniquets were placed on his legs. He was initially treated at Camp Falcon. He was then taken to a hospital for surgery.

150.    He was subsequently taken to Landstuhl, Germany and then Walter Reed Army Medical Center where he spent six months. He has undergone eleven surgeries. After six months at Walter Reed Army Medical Center, Mr. Wise was sent to Omaha Offutt Air Force Base, where he was treated at the base hospital.

151.    Mr. Wise had to have some of his toes amputated. He also sustained nerve damage to, and is missing muscles in, his legs.

152.    Mr. Wise was diagnosed with Post-Traumatic Stress Disorder ("PTSD") as a result of the attack.

153.    As a result of the attack, and the injuries he suffered, Plaintiff Victor Ray Wise, II has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 2.    THE JANUARY 12, 2004 ATTACK – BAGHDAD

**The Crockett Family**

154.    Ricky Leon Crockett was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

155.    On January 12, 2004, Ricky Leon Crockett, aged 37, was serving in the U.S. military in Iraq when an IED emplaced by JAM terror operatives detonated near the vehicle.

156.     Ricky Leon Crockett died from penetrating shrapnel injuries he sustained in the explosion.

157.     The terror cell that emplaced the IED that killed Ricky Leon Crockett was trained by Hezbollah and funded and armed by the IRGC-QF.

158.     Plaintiff Maxine E. Crockett is a citizen of the United States and domiciled in the State of North Carolina. She is the widow of Ricky Leon Crockett.

159.     Plaintiff Maxine E. Crockett brings an action individually and on behalf of the Estate of Ricky Leon Crockett, as its legal representative.

160.     Plaintiff Marvise L. Crockett is a citizen of the United States and domiciled in the State of North Carolina. She is the daughter of Ricky Leon Crockett.

161.     As a result of the attack, and the death of Ricky Leon Crockett, Plaintiffs Maxine E. Crockett and Marvise L. Crockett have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

### 3.     THE APRIL 4, 2004 ATTACK – BAGHDAD

**The Greenwood Family**

162.     Plaintiff Steven Greenwood is a citizen of the United States and domiciled in the State of Texas.

163.     On April 4, 2004, Steven Greenwood, then 20, was serving in the United States military in Iraq when his unit was attacked by JAM terror operatives with rocket-propelled grenades and small-arms fire.

164.     The terror cell that emplaced the IED that injured Steven Greenwood was trained by Hezbollah and funded and armed by the IRGC-QF.

165.     As a result of the attack, Mr. Greenwood suffered shrapnel wounds to his wrist which caused nerve damage.

166.     He was initially treated in Iraq for his injuries, but the nerve damage could not be treated there. Approximately one week after the attack, he was sent to Landstuhl, Germany where he was further treated for his wounds.

167.     He was then sent back to the U.S. where he had surgery to remove the shrapnel.

168.     He also suffers from PTSD and depression.

169.     He has sought treatment for his wounds, PTSD and depression.

170.     As a result of the attack, and the injuries he suffered, Plaintiff Steven Greenwood has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**The Hiller Family**

171.     Stephen Dustin Hiller was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

172.     On April 4, 2004, Stephen Dustin Hiller, aged 25, was serving in the U.S. military in Iraq when his unit was engaged in small arms fire with members of JAM in Sadr City, Iraq.

173.     Stephen Dustin Hiller was killed by JAM rocket-propelled grenade ("RPG") fire while engaged in the exchange of gunfire with members of JAM.

174.     The terror cell that fired at Stephen Dustin Hiller was trained by Hezbollah and funded and armed by the IRGC-QF.

175.     Plaintiff Stephen W. Hiller is a citizen of the United States and domiciled in the State of Alabama. He is the father of Stephen Dustin Hiller.

176.     Plaintiff Stephen W. Hiller brings an action individually and behalf of the Estate of Stephen Dustin Hiller, as its legal representative.

177.    As a result of the attack, and the death of Stephen Dustin Hiller, Plaintiff Stephen W. Hiller has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

4.    **THE APRIL 9, 2004 ATTACK – BAGHDAD**

**The Fisher Family**

178.    Steven Scott Fisher was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

179.    On April 9, 2004, Steven Scott Fisher, aged 43, was serving as a civilian contractor in Iraq when the convoy in which he was traveling was attacked by JAM terror operatives with rocket-propelled grenades and small-arms fire.

180.    Steven Scott Fisher was killed in the attack.

181.    The terror cell that executed the attack in which Steven Scott Fisher was killed was trained by Hezbollah and funded and armed by the IRGC-QF.

182.    Plaintiff Ingrid Fisher is a citizen of the United States and domiciled in the State of Virginia. She is the widow of Steven Scott Fisher.

183.    Plaintiff Ingrid Fisher brings an action individually and on behalf of the Estate of Steven Scott Fisher, as its legal representative.

184.    Plaintiff Kristin Walker is a citizen of the United States and domiciled in the State of Virginia. She is the daughter of Steven Scott Fisher.

185.    Plaintiff Steven T. Fisher is a citizen of the United States and domiciled in the State of Virginia. He is the son of Steven Scott Fisher.

186.    Plaintiff Kathleen Gramkowski is a citizen of the United States and domiciled in the State of Virginia. She is the daughter of Steven Scott Fisher.

187.     As a result of the attack, and the death of Steven Scott Fisher, Plaintiffs Ingrid Fisher, Kristin Walker, Steven T. Fisher, and Kathleen Gramkowski have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

### 5.     THE JULY 27, 2004 ATTACK – BALAD RUZ

**The Talbert Family**

188.     DeForest L. Talbert was a citizen of the United States and domiciled in the State of West Virginia when he was killed in Iraq.

189.     On July 27, 2004, DeForest L. Talbert, aged 24, was serving in the U.S. military in Iraq when an IED detonated near the vehicle.

190.     On July 27, 2004, DeForest L. Talbert was traveling in an M998 High Mobility Multipurpose Wheeled Vehicle ("HMMWV") in the vicinity of Balad Ruz close to the Iranian border and IRGC-QF smuggling routes when his vehicle was struck by an IED.

191.     DeForest L. Talbert was killed in the attack.

192.     The terror cell that emplaced the IED that killed DeForest L. Talbert was trained by Hezbollah and funded by the IRGC-QF.

193.     Plaintiff Gloria Nesbitt is a citizen of the United States and domiciled in the State of Virginia. She is the mother of DeForest L. Talbert.

194.     Plaintiff Gloria Nesbitt brings an action individually and on behalf of the Estate of DeForest L. Talbert, as its legal representative.

195.     Plaintiff D.J.H., a minor, represented by his legal guardian Frances Hamilett, is a citizen of the United States and domiciled in the State of West Virginia. He is the son of DeForest L. Talbert.

196.    Plaintiff Chiquita Talbert is a citizen of the United States and domiciled in the State of Virginia. She is the sister of DeForest L. Talbert.

197.    Plaintiff Tawanna Talbert Darring is a citizen of the United States and domiciled in the State of Maryland. She is the sister of DeForest L. Talbert.

198.    Plaintiff Latasha Marble is a citizen of the United States and domiciled in the State of Virginia. She is the sister of DeForest L. Talbert.

199.    Plaintiff James Talbert is a citizen of the United States and domiciled in the State of Virginia. He is the brother of DeForest L. Talbert.

200.    As a result of the attack, and the death of DeForest L. Talbert, Plaintiffs Gloria Nesbitt, D.J.H., Chiquita Talbert, Tawanna Talbert Darring, Latasha Marble and James Talbert have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/father's/brother's society companionship, comfort, advice and counsel.

## 6.    THE AUGUST 5, 2004 ATTACK – NAJAF

**The Reynoso Family**

201.    Yadir G. Reynoso was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

202.    On August 5, 2004, Yadir G. Reynoso, aged 27, was serving in the U.S. military in Iraq when his unit was engaged in small arms fire with JAM terror operatives in Najaf, Iraq.

203.    Yadir G. Reynoso was killed in the exchange of gunfire with JAM terror operatives.

204.    The terror cell that killed Yadir G. Reynoso was trained by Hezbollah and funded and armed by the IRGC-QF.

205.    Plaintiff Gloria P. Reynoso is a citizen of the United States and domiciled in the State of Washington. She is the mother of Yadir G. Reynoso.

206.    Plaintiff Gloria P. Reynoso brings an action individually and on behalf of the Estate of Yadir G. Reynoso, as its legal representative.

207.    Plaintiff Jasmin Reynoso is a citizen of the United States and domiciled in the State of Washington. She is the sister of Yadir G. Reynoso.

208.    Plaintiff Patricia Reynoso is a citizen of the United States and domiciled in the State of Washington. She is the sister of Yadir G. Reynoso.

209.    Plaintiff José Reynoso is a citizen of the United States and domiciled in the State of Washington. He is the brother of Yadir G. Reynoso.

210.    As a result of the attack, and the death of Yadir G. Reynoso, Plaintiffs Gloria P. Reynoso, Jasmin Reynoso, Patricia Reynoso, and José Reynoso have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 7.    THE AUGUST 6, 2004 ATTACK – NAJAF

**The Wells Family**

211.    Larry Lloyd Wells was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

212.    On August 6, 2004, Larry Lloyd Wells, aged 22, was serving in the U.S. military in Iraq when his unit was engaged in small arms fire with JAM terror operatives in the Wadi al-Salam Cemetery in Najaf, Iraq.

213.    Larry Lloyd Wells was killed by sniper fire from JAM terror operatives.

214.    The terror cell that fired at Larry Lloyd Wells was trained by Hezbollah and funded and armed by the IRGC-QF.

215.    Plaintiff Ashley Wells Simpson is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Larry Lloyd Wells.

216.    Plaintiff Ashley Wells Simpson brings an action individually and on behalf of the Estate of Larry Lloyd Wells, as its legal representative.

217.    Plaintiff Chad Wells is a citizen of the United States and domiciled in the State of Louisiana. He is the brother of Larry Lloyd Wells.

218.    Plaintiff Crystal Stewart is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Larry Lloyd Wells.

219.    Plaintiff Chasity Wells-George is a citizen of the United States and domiciled in the State of Louisiana.  She is the sister of Larry Lloyd Wells.

220.    Plaintiff Candice Machella is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Larry Lloyd Wells.

221.    Plaintiff Billy Doal Wells is a citizen of the United States and domiciled in the State of Tennessee. He is the brother of Larry Lloyd Wells.

222.    As a result of the attack, and the death of Larry Lloyd Wells, Plaintiffs Ashley Wells Simpson, Chad Wells, Crystal Stewart, Chasity Wells-George, Candice Machella, and Billy Doal Wells have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's society, companionship, comfort, advice and counsel.

## 8.  THE AUGUST 15, 2004 ATTACK – NAJAF

**The Sapp Family**

223.    Brandon Robert Sapp was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

224. On August 15, 2004, Brandon Robert Sapp, aged 21, was serving in the U.S. military in Najaf, Iraq when the M2 Bradley Fighting Vehicle ("Bradley") he was operating rolled over a 500-pound IED emplaced by JAM terror operatives sending the Bradley and Brandon Robert Sapp airborne, killing him.

225. The terror cell that emplaced the IED that killed Brandon Robert Sapp was trained by Hezbollah and funded and armed by the IRGC-QF.

226. Plaintiff Hope Elizabeth Veverka is a citizen of the United States and domiciled in the State of New Mexico. She is the mother of Brandon Robert Sapp.

227. As a result of the attack, and the death of Brandon Robert Sapp, Plaintiff Hope Elizabeth Veverka has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

### 9. THE AUGUST 16, 2004 ATTACK – SADR CITY

**The Heath Family**

228. David Michael Heath was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

229. On August 16, 2004, David Michael Heath, aged 30, was serving in the U.S. military in Iraq when an IED emplaced by JAM terror operatives detonated near his vehicle followed by smalls arms fire and a subsequent RPG attack in Sadr City.

230. David Michael Heath was killed in the attack by a gunshot wound to his head by JAM terror operatives.

231. The terror cell that fired at David Michael Heath was trained by Hezbollah and funded and armed by the IRGC-QF.

232.    Plaintiff Donna Jean Heath is a citizen of the United States and domiciled in the State of Indiana. She is the widow of David Michael Heath.

233.    Plaintiff Donna Jean Heath brings an action individually and on behalf of the Estate of David Michael Heath, as its legal representative.

234.    Plaintiff Lola Jean Modjeska is a citizen of the United States and domiciled in the State of Indiana. She is the mother of David Michael Heath.

235.    Plaintiff John David Heath is a citizen of the United States and domiciled in the State of Florida. He is the father of David Michael Heath.

236.    As a result of the attack, and the death of David Michael Heath, Plaintiffs Donna Jean Heath, Lola Jean Modjeska, and John David Heath have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's society, companionship, comfort, advice and counsel.

### 10.    THE AUGUST 18, 2004 ATTACK – SADR CITY

**The Martir Family**

237.    Jacob David Martir was a citizen of the United States and domiciled in the State of Connecticut when he was killed in Iraq.

238.    On August 18, 2004, Jacob David Martir, aged 21, was serving in the U.S. military in Iraq when his unit was engaged in small arms fire with JAM terror operatives in Sadr City.

239.    Jacob David Martir was shot and killed by JAM terror operatives while engaged in the exchange of gunfire.

240.    The terror cell that killed Jacob David Martir was trained by Hezbollah and funded and armed by the IRGC-QF.

241.    Plaintiff Olga Lydia Gutierrez is a citizen of the United States and domiciled in the State of Connecticut. She is the mother of Jacob David Martir.

242.    Plaintiff Olga Lydia Gutierrez brings an action individually and on behalf of the Estate of Jacob David Martir, as its legal representative.

243.    Plaintiff Ismael Martir is a citizen of the United States and domiciled in the State of Florida. He is the brother of Jacob David Martir.

244.    As a result of the attack, and the death of Jacob David Martir, Plaintiffs Olga Lydia Gutierrez and Ismael Martir have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 11.    THE AUGUST 25, 2004 ATTACK – NAJAF

**The Arredondo Family**

245.    Alexander Scott Arredondo was a citizen of the United States and domiciled in the State of Massachusetts when he was killed in Iraq.

246.    On August 25, 2004, Alexander Scott Arredondo, aged 20, was serving in the U.S. military in Iraq when his unit was engaged in small arms fire with JAM terror operatives in Najaf, Iraq.

247.    Alexander Scott Arredondo was killed by sniper fire from JAM terror operatives.

248.    The terror cell that fired at Alexander Scott Arredondo was trained by Hezbollah and funded and armed by the IRGC-QF.

249.    Plaintiff Victoria M. Foley is a citizen of the United States and domiciled in the State of Massachusetts. She is the mother of Alexander Scott Arredondo.

250.    Plaintiff Victoria M. Foley brings an action individually and on behalf of the Estate of Alexander Scott Arredondo, as its legal representative.

251.    Plaintiff Nathaniel Foley is a citizen of the United States and domiciled in the State of Massachusetts. He is the brother of Alexander Scott Arredondo.

252.    As a result of the attack, and the death of Alexander Scott Arredondo, Plaintiffs Victoria M. Foley and Nathaniel Foley have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 12.    THE AUGUST 26, 2004 ATTACK – NAJAF

### The DeWilde Family

253.    Plaintiff Michael Scott DeWilde is a citizen of the United States and domiciled in the State of Texas.

254.    On August 26, 2004, Michael Scott DeWilde, then 37, was serving in the U.S. military in Iraq.

255.    On August 26, 2004, Michael Scott DeWilde was seriously injured when he came under fire from an RPG fired by JAM terror operatives.

256.    The terror cell that executed the attack in which Michael Scott DeWilde was injured was trained by Hezbollah and funded and armed by the IRGC-QF.

257.    As a result of the attack, Michael Scott DeWilde sustained shrapnel injuries to his arm requiring him to be medevaced from the scene and treated at the nearest Forward Operating Base ("FOB").

258.    As a result of the attack, and the injuries he suffered, Plaintiff Michael Scott DeWilde has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 13.  __THE FEBRUARY 10, 2005 ATTACK__

__The Morris Family__

259.  Plaintiff Steven Morris is a citizen of the United States and domiciled in the State of North Carolina.

260.  Steven Morris served in the U.S. military in Iraq on multiple rotations from March 2003 through 2011 as a member of a Special Operations Unit.

261.  On February 10, 2005, Mr. Morris sustained a traumatic brain injury ("TBI") as well as neck and shoulder injuries when he was knocked from his armored vehicle *en* route to an operation against JAM forces north of the Sab' Abkar section of Baghdad.

262.

263.  As a result of the attack, and the injuries he suffered, Plaintiff Steven Morris has experienced severe physical and mental anguish and extreme emotional pain and suffering.

264.  Plaintiff Danielle Dechaine-Morris is a citizen of the United States and domiciled in the State of North Carolina. She was the wife of Steven Morris.

265.  Plaintiff Nicholas Morris is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Steven Morris.

266.  Plaintiff K.M., a minor represented by his legal guardian, Danielle Dechaine-Morris, is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Steven Morris.

267.  As a result of the attack, and the injuries Steven Morris suffered, Plaintiffs Danielle Dechaine-Morris, Nicholas Morris and K.M. have experienced severe mental anguish and extreme emotional pain and suffering.

## 14.     THE JUNE 8, 2005 ATTACK – BAGHDAD

**The Arizola Family**

268.     Roberto Arizola, Jr. was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

269.     On June 8, 2005, Roberto Arizola, Jr., aged 31, was serving in the U.S. military near Rustimaya when an IED emplaced by Iraqi Shi'a Special Groups terror operatives detonated near his vehicle.

270.     Roberto Arizola, Jr. was killed in the attack perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

271.     Plaintiff Roberto Aaron Arizola is a citizen of the United States and domiciled in the State of Texas. He is the son of Roberto Arizola, Jr.

272.     Plaintiff Roberto Arizola, Sr. is a citizen of the United States and domiciled in the State of Texas. He is the father of Roberto Arizola, Jr.

273.     Plaintiff Cecilia Arizola is a citizen of the United States and domiciled in the State of Texas. She is the mother of Roberto Arizola, Jr.

274.     Plaintiff Danny Arizola is a citizen of the United States and domiciled in the State of Texas. He is the brother of Roberto Arizola, Jr.

275.     Plaintiff Ricardo Arizola is a citizen of the United States and domiciled in the State of Texas. He is the brother of Roberto Arizola, Jr.

276.     As a result of the attack, and the death of Roberto Arizola, Jr., Plaintiffs Roberto Aaron Arizola, Roberto Arizola, Sr., Cecilia Arizola, Danny Arizola and Ricardo Arizola have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their father's/son's brother's society, companionship, comfort, advice and counsel.

15.     **THE AUGUST 7, 2005 ATTACK – BAGHDAD**

**The Kalladeen Family**

277.    Anthony N. Kalladeen was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

278.    On August 7, 2005, Anthony N. Kalladeen, aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

279.    Anthony N. Kalladeen died on August 8, 2005 as a result of the injuries he sustained in the attack.

280.    The weapon used to kill Anthony N. Kalladeen was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

281.    Plaintiff Maria Vidal is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Anthony N. Kalladeen.

282.    As a result of the attack, and the death of Anthony N. Kalladeen, Plaintiff Maria Vidal has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

16.     **THE SEPTEMBER 26, 2005 ATTACK – BAGHDAD**

**The Tuliau Family**

283.    Tulsa T. Tuliau was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

284.    On September 26, 2005, Tulsa T. Tuliau, aged 33, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

285.    Tulsa T. Tuliau was killed in the attack.

286.    The weapon used to kill Tulsa T. Tuliau was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

287.    Plaintiff Masina Tuliau is a citizen of the United States and domiciled in the State of Washington. She is the mother of Tulsa T. Tuliau.

288.    As a result of the attack, and the death of Tulsa T. Tuliau, Plaintiff Masina Tuliau has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

17.    **THE SEPTEMBER 28, 2005 ATTACK – UMM QASR**

**The Morin Family**

289.    Steve Morin, Jr. was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

290.    On September 28, 2005, Steve Morin, Jr., aged 34, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

291.    Steve Morin, Jr. was killed in the attack.

292.    The weapon used to kill Steve Morin, Jr. was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

293.    Plaintiff Brianna Renee Navejas is a citizen of the United States and domiciled in the State of Texas. She is the step-daughter of Steve Morin, Jr.

294.    As a result of the attack, and the death of Steve Morin, Jr., Plaintiff Brianna Renee Navejas has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her father's society, companionship, comfort, advice and counsel.

**The Martinez Family**

295.    Plaintiff Margarito A. Martinez, Jr. is a citizen of the United States and domiciled in the State of Texas.

296.    On September 28, 2005, Margarito Martinez, then 36, was serving in the U.S. military in Iraq.

297.    He was driving in a convoy when an EFP emplaced by Special Groups struck the lead vehicle.

298.    The weapon used to injure Margarito Martinez was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

299.    After the lead vehicle was stuck by an EFP, Margarito got out of his vehicle to check on the occupants of the vehicle that had been struck. He saw that Steve Morin had been hit in the back of the skull and appeared to be dead.

300.    He then checked on Elizabeth Jacobson who had been in Steve Morin's vehicle and observed that she had been decapitated.

301.    Finally, he checked on Andy Martinez who was in the gunner's position. Andy was standing in the turret and couldn't hear or see anything. Margarito got on top of the vehicle and pulled Andy out. He cut off some of Andy's clothing to start an IV line for him.

302.    As a result of the attack, Mr. Martinez suffers from PTSD.

303.    As a result of the attack, and the injuries he suffered, Plaintiff Margarito Martinez, Jr. has experienced severe mental anguish and extreme emotional pain and suffering.

## 18.   THE DECEMBER 8, 2005 ATTACK – BAGHDAD

**The Mattis Family**

304.   Plaintiff Adam Mattis is a citizen of the United States and domiciled in the State of Texas.

305.   On December 8, 2005, Adam Mattis, then 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

306.   The weapon used to injure Adam Mattis was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

307.   Mr. Mattis was driving a HMMWV, the second vehicle in a five-vehicle convoy, when his vehicle was hit by an EFP.

308.   Mr. Mattis was hit by shrapnel in his right arm. The shrapnel hit his bicep and went into his shoulder. The shrapnel cut and cauterized an artery.

309.   Following the attack, he was medevaced to a combat support hospital in Iraq for initial treatment. He was not allowed to leave Iraq for further treatment of his wounds until the end of his deployment in January 2006. This resulted in his incurring Methicillin-resistant Staphylococcus aureus (MRSA), a secondary infection.

310.   After his deployment ended in January 2006, he initially sought treatment at a civilian hospital in Savannah, Georgia and then at Fort Stewart.

311.   Mr. Mattis has also sought treatment at the VA.

312.   He has been diagnosed with a TBI and PTSD.

313.   As a result of the attack, and the injuries he suffered, Plaintiff Adam Mattis has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**The Peterson Family**

314.    Plaintiff Terrance Peterson, III is a citizen of the United States and domiciled in the State of Arizona.

315.    On March 23, 2008, Terrance Peterson, III, then 25, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

316.    The weapon used to injure Terrance Peterson, III was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

317.    Mr. Peterson was an occupant in the second vehicle traveling in a five-vehicle convoy, when his vehicle was hit by an EFP.

318.    Mr. Peterson was hit by shrapnel in his right foot, both knees and his left arm. He had multiple fractures and tissue damage. The brachial artery in his right arm was severed.

319.    Following the attack, Mr. Peterson was taken to FOB Loyalty to stabilize him and was then taken to Balad, Iraq for surgery to repair the brachial artery. From there he was transferred to Landstuhl, Germany and then to Walter Reed Army Medical Center where he spent the next 9 months. Ultimately, he completed his military service at the Wynn Army Hospital at Fort Stewart.

320.    Mr. Peterson has undergone 33 surgeries as a result of the attack.

321.    As a result of the attack, and the injuries he suffered, Plaintiff Terrance Peterson, III has experienced severe physical and mental anguish and extreme emotional pain and suffering.

322.    Plaintiff Petra Spialek is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Terrance Peterson, III.

323.    As a result of the attack, and the injuries Terrance Peterson, III has suffered, Plaintiff Petra Spialek has experienced severe mental anguish, and extreme emotional pain and suffering.

### 19.    THE JANUARY 5, 2006 ATTACK – NAJAF

**The Hecker Family**

324.    William F. Hecker, III was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

325.    January 5, 2006, William F. Hecker, III, aged 37, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

326.    William F. Hecker, III was killed in the attack.

327.    The weapon used to kill William F. Hecker, III was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

328.    Richelle Hecker is a citizen of the United States and domiciled in the State of Colorado. She is the widow of William F. Hecker, III.

329.    Richelle Hecker brings an action on behalf of the Estate of William F. Hecker, III, as its legal representative.

### 20.    THE JANUARY 5, 2006 ATTACK – BAGHDAD

**The Lopez Reyes Family**

330.    Jason Lopez Reyes was a citizen of the United States and domiciled in Puerto Rico when he was killed in Iraq.

331.    On January 5, 2006, Jason Lopez Reyes, aged 29, was serving in the U.S. military in Iraq when a dual-array EFP emplaced by Special Groups detonated near his vehicle.

332. Jason Lopez Reyes was killed in the attack.

333. The weapon used to kill Jason Lopez Reyes was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

334. Plaintiff Gladys E. Reyes Centeno is a citizen of the United States and domiciled in Puerto Rico. She is the mother of Jason Lopez Reyes.

335. Plaintiff Veronica Lopez Reyes is a citizen of the United States and domiciled in Puerto Rico. She is the sister of Jason Lopez Reyes.

336. Plaintiff Veronica Lopez Reyes brings an action individually and on behalf of the Estate of Jason Lopez Reyes, as its legal representative.

337. Plaintiff Zoraima Lopez is a citizen of the United States and domiciled in the State of Texas. She is the sister of Jason Lopez Reyes.

338. As a result of the attack, and the death of Jason Lopez Reyes, Plaintiffs Gladys E. Reyes Centeno, Veronica Lopez Reyes, and Zoraima Lopez have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 21. THE FEBRUARY 17, 2006 ATTACK – BAGHDAD

### The Lee Family

339. Plaintiff Kenny Lee is a citizen of the United States and domiciled in the State of Virginia.

340. On February 17, 2006, Kenny Lee, then 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

341.    The weapon used to injure Kenny Lee was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

342.    As a result of the attack, Kenny Lee was initially incapacitated by the force of the concussive blast. Shrapnel that entered his body in his buttocks region and partially exited through his back. Because the vehicle remained operational after the detonation, Mr. Lee remained in shock and did not realize he had been hit with shrapnel from the EFP until he noticed that the back of his uniform was completely bloodstained. A few days after the explosion, he discovered a concussive bruise approximately ten inches in diameter on his chest as a result of the explosion. Mr. Lee has lost flexibility due to the scarring from his injuries, and he suffers back pain and sciatic pain.

343.    As a result of the attack, and the injuries he suffered, Plaintiff Kenny Lee has experienced severe physical and mental anguish and extreme emotional pain and suffering.

344.    Plaintiff Tom B. Lee is a citizen of the United States and domiciled in the State of Connecticut. He is the father of Kenny Lee.

345.    Plaintiff Ling P. Lee is a citizen of the United States and domiciled in the State of Connecticut. She is the mother of Kenny Lee.

346.    Plaintiff Susanna Lee Paulus is a citizen of the United States and domiciled in the State of Connecticut.  She is the sister of Kenny Lee.

347.    As a result of the attack, and the injuries Kenny Lee suffered, Plaintiffs Tom B. Lee, Ling P. Lee and Susanna Lee Paulus have experienced severe mental anguish and extreme emotional pain and suffering.

### 22.    THE FEBRUARY 20, 2006 ATTACK –HINDIYAH

**The Collado Family**

348.    Jay T. Collado was a citizen of the United States and domiciled in the State of South Carolina when he was killed in Iraq.

349.    On February 20, 2006, Jay T. Collado, aged 31, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

350.    Jay T. Collado was killed in the attack.

351.    The weapon used to kill Jay T. Collado was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

352.    Plaintiff Judy Collado is a citizen of the United States and domiciled in the State of California. She is the widow of Jay T. Collado.

353.    Plaintiff Kaiya Collado is a citizen of the United States and domiciled in the State of California. She is the daughter of Jay T. Collado.

354.    As a result of the attack, and the death of Jay T. Collado, Plaintiffs Judy Collado and Kaiya Collado have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Waldeck Family**

355.    Plaintiff Justin Waldeck is a citizen of the United States and domiciled in the State of Illinois.

356.    On February 20, 2006, Justin Waldeck, then 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

357.     The weapon used to injure Justin Waldeck was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

358.     As a result of the attack, Mr. Waldeck sustained shrapnel injuries to his right knee and significant injuries to his left hand. The metacarpal bones in his left hand had to be fused, and he suffered nerve damage to his left pinky.

359.     As a result of the attack, and the injuries he suffered, Plaintiff Justin Waldeck has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 23.     THE FEBRUARY 20, 2006 ATTACK – BAGHDAD

**The Kuhlmeier Family**

360.     Daniel Kuhlmeier was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

361.     On February 20, 2006, Daniel Kuhlmeier, aged 30, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

362.     Daniel Kuhlmeier was killed in the attack.

363.     The weapon used to kill Daniel Kuhlmeier was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

364.     Tanja Kuhlmeier is a citizen of the United States and domiciled in the State of Virginia. She is the widow of Daniel Kuhlmeier.

365.     Tanja Kuhlmeier brings an action on behalf of the Estate of Daniel Kuhlmeier, as its legal representative.

366.    Plaintiff Robert J. Kuhlmeier is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Daniel Kuhlmeier.

367.    Plaintiff Theresa A. Kuhlmeier is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Daniel Kuhlmeier.

368.    Plaintiff Theresa Ann Kuhlmeier is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Daniel Kuhlmeier.

369.    Plaintiff Edward Kuhlmeier is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Daniel Kuhlmeier.

370.    Plaintiff Thomas Kuhlmeier is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Daniel Kuhlmeier.

371.    Plaintiff John Kuhlmeier is a citizen of the United States and domiciled in the State of Pennsylvania resident. He is the brother of Daniel Kuhlmeier.

372.    Plaintiff Robert W. Kuhlmeier is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Daniel Kuhlmeier.

373.    As a result of the attack, and the death of Daniel Kuhlmeier, Plaintiffs Robert J. Kuhlmeier, Theresa A. Kuhlmeier, Theresa Ann Kuhlmeier, Edward Kuhlmeier, Thomas Kuhlmeier, John Kuhlmeier, and Robert W. Kuhlmeier have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 24.    THE MARCH 26, 2006 ATTACK – BAGHDAD

**The Bershefsky Family**

374.    Plaintiff Christopher Anthony Bershefsky is a citizen of the United States and domiciled in the State of Pennsylvania.

375.     On March 26, 2006, Christopher Anthony Bershefsky, then 32, was a private contractor with Erinys International, a British security company, in Iraq. He had been in Iraq for approximately three months during this assignment. He had also previously served in the United States Marine Corps for six years with his discharge having taken place in 1998.

376.     Mr. Bershefsky was driving an armored Ford F350 vehicle en route to his base after completing a mission a few miles outside the international zone in Baghdad. He was approximately two miles from Gate 2 to enter the international zone when his vehicle was struck by an EFP emplaced by Special Groups. The force of the blast blew through Mr. Bershefsky's door.

377.     The weapon used to injure Mr. Bershefsky was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

378.     As a result of the attack, Mr. Bershefsky sustained a fractured pelvis, damaged sciatic nerve, muscle tissue loss due to debridement in his left leg, damages to his left foot which was rendered mostly inoperable, a torn urethra, and additional shrapnel injuries that have caused him to use a colostomy bag and suffer from urological deficits. In addition to the physical injuries he sustained, Mr. Bershefsky also suffers from severe depression, anxiety, and PTSD.

379.     As a result of the attack, and the injuries he suffered, Plaintiff Christopher Anthony Bershefsky has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**25.     THE APRIL 1, 2006 ATTACK – BAGHDAD**

**The Devora-Garcia Family**

380.     Israel Devora-Garcia was domiciled in the State of Texas when he was killed in Iraq. He became a citizen of the United States posthumously.

381.    On April 1, 2006, Israel Devora-Garcia, aged 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated while he was conducting a dismounted patrol.

382.    Israel Devora-Garcia was killed in the attack.

383.    The weapon used to kill Israel Devora-Garcia was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

384.    Plaintiff Adrian Sandoval is a citizen of the United States and domiciled in the State of Texas. He is the brother of Israel Devora-Garcia.

385.    Plaintiff Rosa Esther Sandoval is a citizen of the United States and domiciled in the State of Kentucky. She is the sister of Israel Devora-Garcia.

386.    As a result of the attack, and the death of Israel Devora-Garcia, Plaintiffs Adrian Sandoval and Rosa Esther Sandoval have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's society, companionship, comfort, advice and counsel.

26.    **THE APRIL 16, 2006 ATTACK – BAWB ASH-SHAM**

**The Stein Family**

387.    Plaintiff Joshua P. Stein is a citizen of the United States and domiciled in the State of Texas.

388.    On April 16, 2006, Joshua P. Stein, then 22, was serving in the U.S. military in Iraq. He was traveling in a convoy from the Iraqi Police compound conducting route clearance when the vehicle he was driving, a Bradley that was the second in the convoy, was hit with a dual-array EFP emplaced by Special Groups on the left side of the vehicle on ASR Dover in the Bawb Ash-Sham village north of Baghdad.

389.     The weapon used to injure Joshua P. Stein was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

390.     As a result of the attack, Mr. Stein sustained double above-the-knee amputations, two broken forearms, elbow replacement in his left arm, fasciotomy on his right arm, nerve and muscle damage to both forearms causing him to lose feeling in both of his forearms, and a TBI. Mr. Stein was in a coma for nearly a month following the attack and awoke from the coma in a military hospital in Texas after having been airlifted to Balad, Iraq, and Landstuhl, Germany.

391.     Joshua P. Stein has received extensive medical treatment at multiple hospitals that has included various surgeries and attempted prosthetic fittings. Ultimately, Mr. Stein was unable to utilize a prosthetic for his right leg, as it was not long enough following the amputation, so he requires a wheelchair to ambulate.

392.     As a result of the attack, and the injuries he suffered, Plaintiff Joshua P. Stein has experienced severe physical and mental anguish and extreme emotional pain and suffering.

393.     Plaintiff Nicole B. Stein is a citizen of the United States and domiciled in the State of Texas. She is the wife of Joshua P. Stein.

394.     Plaintiff R.M.S., a minor, represented by her legal guardian Joshua P. Stein, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Joshua P. Stein.

395.     Plaintiff J.S.S., a minor, represented by her legal guardian Joshua P. Stein, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Joshua P. Stein.

396.     Plaintiff Jesse P. Stein is a citizen of the United States and domiciled in the State of North Carolina. He is the father of Joshua P. Stein.

397.     As a result of the attack, and the injuries Joshua P. Stein suffered, Plaintiffs Nicole B. Stein, R.M.S., J.S.S. and Jesse P. Stein have experienced severe mental anguish and extreme emotional pain and suffering.

**The Shelswell Family**

398.     Plaintiff Michael Paul Alan Shelswell is a citizen of the United States and domiciled in the State of Colorado.

399.     On April 16, 2006, Michael Paul Alan Shelswell, then 23, was serving in the U.S. military in Iraq. He was sitting in the rear of a Bradley traveling in a convoy from the Iraqi Police compound conducting route clearance when the Bradley was hit with a dual-array EFP emplaced by Special Groups on the left side of the vehicle on ASR Dover in the Bawb Ash-Sham village north of Baghdad.

400.     The weapon used to injure Michael Paul Alan Shelswell was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

401.     As a result of the attack, the concussive blast from the EFP struck Michael Paul Alan Shelswell in his face causing a TBI. He also sustained chemical burns to his face and upper body as the Bradley caught fire as a result of the EFP detonation. Mr. Shelswell continues to experience vision and hearing difficulties, and has sustained memory loss. Mr. Shelswell suffered a stroke in 2009 related to his injuries. He also suffers from severe PTSD that has caused him to experience suicidal ideation in the past and makes it impossible for him to be in confined spaces.

402.     As a result of the attack, and the injuries he suffered, Plaintiff Michael Paul Alan Shelswell has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 27.     THE APRIL 25, 2006 ATTACK – SADR CITY

**The Irwin Family**

403.     Plaintiff Shane Irwin is a citizen of the United States and domiciled in the State of Florida.

404.     On April 25, 2006, Shane Irwin, then 23, was serving in the U.S. military in Iraq.

405.     He was driving in a convoy when an EFP emplaced by Special Groups struck his vehicle.

406.     The weapon used to injure Mr. Irwin was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

407.     As a result of the attack, Mr. Irwin suffered lacerations, smoke inhalation and ruptured ear drums. He also suffers from a TBI and PTSD.

408.     As a result of the attack, and the injuries he suffered, Plaintiff Shane Irwin has experienced severe physical and mental anguish and extreme emotional pain and suffering.

409.     Plaintiff T.R., a minor represented by her legal guardian, Shane Irwin, is a citizen of the United States and domiciled in the State of Florida. She is the daughter of Shane Irwin.

410.     Plaintiff Helen Marguerite Irwin is a citizen of the United States and domiciled in the State of Florida. She is the mother of Shane Irwin.

411.     Plaintiff Nicole Irwin is a citizen of the United States and domiciled in the State of Florida. She is the sister of Shane Irwin.

412.     As a result of the attack, and the injuries Shane Irwin suffered, Plaintiffs T.R., Helen

Marguerite Irwin and Nicole Irwin have experienced severe mental anguish and extreme emotional

pain and suffering.

## 28.     THE MAY 3, 2006 ATTACK – NASIRIYAH

### The Stoneking Family

413.     Plaintiff Eric Brandon Stoneking is a citizen of the United States and domiciled in

the State of Virginia.

414.     On May 3, 2006, Eric Brandon Stoneking, then 26, was working as a civilian

contractor with EODT in Iraq when an EFP emplaced by Special Groups detonated near his

vehicle.

415.     The weapon used to injure Eric Brandon Stoneking was a Hezbollah-designed and

Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction,

using specialized training and components supplied by Hezbollah and the IRGC.

416.     As a result of the attack, Mr. Stoneking sustained a TBI, the loss of two tendons in

his right arm, major facial trauma on the left side to his upper mandible and lower jaw, and shrapnel

and burns to the face, left shoulder, and torso.   Additionally, Mr. Stoneking has suffered from

PTSD.

417.     Mr. Stoneking has received extensive medical treatment at various hospitals for the

extensive injuries he sustained on May 3, 2006.

418.     As a result of the attack, and the injuries he suffered, Plaintiff Eric Brandon

Stoneking has experienced severe physical and mental anguish and extreme emotional pain and

suffering.

419.    Plaintiff Carrie Sue Stoneking is a citizen of the United States and domiciled in Germany. She is the mother of Eric Brandon Stoneking.

420.    Plaintiff Faith Renee Stoneking is a citizen of the United States and domiciled in Germany. She is the sister of Eric Brandon Stoneking.

421.    As a result of the attack, and the injuries Eric Brandon Stoneking suffered, Plaintiffs Carrie Sue Stoneking and Faith Renee Stoneking have experienced severe mental anguish and extreme emotional pain and suffering.

### 29.    THE MAY 5, 2006 ATTACK – BAGHDAD

**The Vacho Family**

422.    Nathan J. Vacho was a citizen of the United States and domiciled in the State of Wisconsin when he was killed in Iraq.

423.    On May 5, 2006, Nathan J. Vacho, aged 29, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

424.    Nathan J. Vacho was killed in the attack.

425.    The weapon used to kill Nathan J. Vacho was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

426.    Amanda Vacho is a citizen of the United States and domiciled in the State of Wisconsin. She is the legal guardian of Plaintiff E.V.

427.    Amanda Vacho brings an action solely on behalf of Plaintiff E.V., a minor.

428.    Plaintiff E.V., a minor represented by her legal guardian Amanda Vacho, is a citizen of the United States and domiciled in the State of Wisconsin. She is the daughter of Nathan J. Vacho.

429.     As a result of the attack, and the death of Nathan J. Vacho, Plaintiff E.V. has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her father's society, companionship, comfort, advice and counsel.

### 30.     THE MAY 21, 2006 ATTACK – MOSUL

**The Shumate Family**

430.     Plaintiff Shannon Shumate is a citizen of the United States and domiciled in the State of Missouri.

431.     On May 21, 2006, Shannon Shumate, was serving as a civilian contractor in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

432.     The weapon used to injure Mr. Shumate was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

433.     As a result of the attack, Shannon Shumate sustained injuries to his head and back and has suffered hearing loss. He also suffers from PTSD.

434.     Mr. Shumate continues to experience pain in his back as well as ringing in his ears and hearing loss. He continues to suffer from PTSD and has flashbacks when he drives at night.

435.     As a result of the attack, and the injuries he suffered, Plaintiff Shannon Shumate has experienced severe physical and mental anguish and extreme emotional pain and suffering.

436.     Plaintiff Lauren Shumate is a citizen of the United States and domiciled in the State of Kansas. She is the daughter of Shannon Shumate.

437.     Plaintiff L.S., a minor, represented by her legal guardian Shannon Shumate, is a citizen of the United States and domiciled in the State of Missouri. She is the daughter of Shannon Shumate.

438.     Plaintiff L.S., a minor, represented by his legal guardian Shannon Shumate, is a citizen of the United States and domiciled in the State of Missouri. He is the son of Shannon Shumate.

439.     As a result of the attack, and the injuries Shannon Shumate has suffered, Plaintiffs Lauren Shumate, L.S. and L.S. have experienced severe mental anguish and extreme emotional pain and suffering.

## 31.     THE MAY 25, 2006 ATTACK – BAGHDAD

### The DiCenzo Family

440.     Douglas Andrew DiCenzo was a citizen of the United States and domiciled in the State of New Hampshire when he was killed in Iraq.

441.     On May 25, 2006, Douglas Andrew DiCenzo, aged 30, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

442.     Douglas Andrew DiCenzo was killed in the attack.

443.     The weapon used to kill Douglas Andrew DiCenzo was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

444.     Plaintiff Nicole DiCenzo is a citizen of the United States and domiciled in the State of Georgia. She is the widow of Douglas Andrew DiCenzo.

445.     Plaintiff Nicole DiCenzo brings an action individually and on behalf of the Estate of Douglas Andrew DiCenzo, as its legal representative.

446.     Plaintiff D.D., a minor, represented by his legal guardian, Nicole DiCenzo, is a citizen of the United States and domiciled in the State of Georgia. He is the son of Douglas Andrew DiCenzo.

447.    Plaintiff Larry DiCenzo is a citizen of the United States and domiciled in the State of Florida. He is the father of Douglas Andrew DiCenzo.

448.    Plaintiff Kathy Crane is a citizen of the United States and domiciled in the State of New Hampshire. She is the mother of Douglas Andrew DiCenzo.

449.    As a result of the attack, and the death of Douglas Andrew DiCenzo, Plaintiffs Nicole DiCenzo, D.D., Larry DiCenzo, and Kathy Crane have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's society, companionship, comfort, advice and counsel.

**The Blair Family**

450.    Robert Edward Blair was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

451.    On May 25, 2006, Robert Edward Blair, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

452.    Robert Edward Blair was killed in the attack.

453.    The weapon used to kill Robert Edward Blair was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

454.    Plaintiff Johnny Allen Blair is a citizen of the United States and domiciled in the State of Montana. He is the father of Robert Edward Blair.

455.    Plaintiff Johnny Allen Blair brings an action individually and on behalf of the Estate of Robert Edward Blair, as its legal representative.

456.    Plaintiff Charlee Blair Webb is a citizen of the United States and domiciled in the State of Florida. She is the sister of Robert Edward Blair.

457.     As a result of the attack, and the death of Robert Edward Blair, Plaintiffs Johnny Allen Blair and Charlee Blair Webb have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 32.     THE JULY 15, 2006 ATTACK – BAGHDAD

**The Contreras Family**

458.     Andres J. Contreras was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

459.     On July 15, 2006, Andres J. Contreras, aged 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

460.     Andres J. Contreras was killed in the attack.

461.     The weapon used to kill Andres J. Contreras was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

462.     Plaintiff Norma Alicia Contreras is a citizen of the United States and domiciled in the State of California. She is the mother of Andres J. Contreras.

463.     Plaintiff Jonathan Contreras, Sr. is a citizen of the United States and domiciled in the State of California. He is the father of Andres J. Contreras.

464.     Plaintiff Carlos Contreras is a citizen of the United States and domiciled in the State of California. He is the brother of Andres J. Contreras.

465.     Plaintiff Cesar Contreras is a citizen of the United States and domiciled in the State of California. He is the brother of Andres J. Contreras.

466.     Plaintiff Hernan Contreras is a citizen of the United States and domiciled in the State of California. He is the brother of Andres J. Contreras.

467.     Plaintiff Noel Contreras is a citizen of the United States and domiciled in the State of California. He is the brother of Andres J. Contreras.

468.     Plaintiff Dannyel Contreras is a citizen of the United States and domiciled in the State of California. He is the brother of Andres J. Contreras.

469.     As a result of the attack, and the death of Andres J. Contreras, Plaintiffs Norma Alicia Contreras, Jonathan Contreras, Sr., Carlos Contreras, Cesar Contreras, Hernan Contreras, Noel Contreras and Dannyel Contreras have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**33.     THE JULY 17, 2006 ATTACK – BAGHDAD**

**The Pugh Family**

470.     Kenneth Irving Pugh was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

471.     On July 17, 2006, Kenneth Irving Pugh, aged 39, was serving in the U.S. military in Iraq when his checkpoint in southeast Baghdad came under sniper fire from Iraqi Shi'a Special Groups.

472.     Kenneth Irving Pugh was killed in the attack from a gunshot wound to his head.

473.     The terror cell operatives that fired at Kenneth Irving Pugh were trained by Hezbollah and funded and armed by the IRGC-QF, and they launched the attack at the direction of both Hezbollah and the IRGC-QF, as their proxy.

474.    Plaintiff Sharon M. Pugh is a citizen of the United States and domiciled in the State of Kentucky. She is the widow of Kenneth Irving Pugh.

475.    Plaintiff Sharon M. Pugh brings an action individually and on behalf of the Estate of Kenneth Irving Pugh, as its legal representative.

476.    Plaintiff Britney E. Carter is a citizen of the United States and domiciled in the State of Kentucky. She is the step-daughter of Kenneth Irving Pugh.

477.    Plaintiff Alicia Pearson is a citizen of the United States and domiciled in the State of Kentucky. She is the step-daughter of Kenneth Irving Pugh.

478.    As a result of the attack, and the death of Kenneth Irving Pugh, Plaintiffs Sharon M. Pugh, Britney E. Carter, and Alicia Pearson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 34.    THE JULY 22, 2006 ATTACK – SADR CITY

**The Evans Family**

479.    Plaintiff Daniel J. Evans is a citizen of the United States and domiciled in the State of Texas.

480.    On July 22, 2006, Daniel J. Evans, then 19, was serving in the U.S. military in Iraq. He was riding in the rear passenger-side seat in the second vehicle of a four-vehicle convoy in the north-bound lane of Route Pluto en route to providing assistance to another unit involved in a previous IED attack in the vicinity of Sadr City when his vehicle was hit by an EFP emplaced by Special Groups.

481.    The weapon used to injure Daniel J. Evans was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

482.    As a result of the attack, Daniel J. Evans sustained a TBI, and was rendered unconscious for approximately 16 hours. His left lung collapsed and his left shoulder was injured. He has also been diagnosed with PTSD.

483.    As a result of the attack, and the injuries he suffered, Plaintiff Daniel J. Evans has experienced severe physical and mental anguish and extreme emotional pain and suffering.

484.    Plaintiff Justin Evans is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Daniel J. Evans.

485.    As a result of the attack, and the injuries Daniel J. Evans suffered, Plaintiff Justin Evans has experienced severe mental anguish and extreme emotional pain and suffering.

## 35.    THE JULY 25, 2006 ATTACK – BAGHDAD

### The Graves Family

486.    Joseph A. Graves was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

487.    On July 25, 2006, Joseph A. Graves, aged 21, was serving in the U.S. military in Iraq when the convoy he was travelling in came under RPG and small arms fire from Iraqi Shi'a Special Groups operatives.

488.    Joseph A. Graves was killed in the attack.

489.    The attack was perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

490.     Plaintiff Kevin Graves is a citizen of the United States and domiciled in the State of California. He is the father of Joseph A. Graves.

491.     As a result of the attack, and the death of Joseph A. Graves, Plaintiff Kevin Graves has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

### 36.     THE AUGUST 26, 2006 ATTACK – JISR DIYALA

**The Zayas Family**

492.     Edgardo Zayas was a citizen of the United States and domiciled in the State of Massachusetts when he was killed in Iraq.

493.     On August 26, 2006, Edgardo Zayas, then 30, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle. Edgardo Zayas was serving as the driver in the lead M1114 in a five-vehicle convoy.

494.     Edgardo Zayas was killed in the attack.

495.     The weapon used to kill Edgardo Zayas was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

496.     Plaintiff Suheil Campbell is a citizen of the United States and domiciled in the State of Massachusetts. She is the widow of Edgardo Zayas.

497.     Plaintiff Suheil Campbell brings an action individually and on behalf of the Estate of Edgardo Zayas, as its legal representative.

498.     Plaintiff Alexander Zayas is a citizen of the United States and domiciled in the State of Massachusetts. He is the son of Edgardo Zayas.

499.    Plaintiff A.Z.-C., a minor, represented by her legal guardian Suheil Campbell, is a citizen of the United States and domiciled in the State of Massachusetts. She is the daughter of Edgardo Zayas.

500.    As a result of the attack, and the death of Edgardo Zayas, Plaintiffs Suheil Campbell, Alexander Zayas, and A.Z.-C. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

### 37.    THE SEPTEMBER 20, 2006 ATTACK – BAGHDAD

**The Puertas Family**

501.    Plaintiff Luis Junior Puertas is a citizen of the United States and domiciled in the State of Florida.

502.    On September 20, 2006, Luis Junior Puertas, then 20, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle. He was the driver of the lead vehicle in a four-vehicle convoy traveling north on Route Gold adjacent to the Khansa neighborhood in the eastern portion of Baghdad when a multiple-array EFP planted inside the bottom of a newly constructed light pole detonated next to the vehicle.

503.    The weapon used to injure Luis Junior Puertas was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

504.    As a result of the attack, Mr. Puertas lost his left foot and sustained significant damage to his right leg. He underwent above-the-knee amputations of both legs as a result of the damages inflicted by the EFP. He also sustained a loss of equilibrium due to injuries to his ears.

505.    Mr. Puertas has received extensive medical treatment at multiple hospitals including various surgeries and prosthetic fittings.

506.    As a result of the attack, and the injuries he suffered, Plaintiff Luis Junior Puertas has experienced severe physical and mental anguish and extreme emotional pain and suffering.

507.    Plaintiff Lidia Sullivan is a citizen of the United States and domiciled in the State of Florida. She is the mother of Luis Junior Puertas.

508.    Plaintiff Gabriela D. Puertas Vergara-Donoso is a citizen of the United States and domiciled in the State of Florida. She is the sister of Luis Junior Puertas.

509.    As a result of the attack, and the injuries Luis Junior Puertas suffered, Plaintiffs Lidia Sullivan and Gabriela D. Puertas Vergara-Donoso have experienced severe mental anguish and extreme emotional pain and suffering.

## 38.    THE SEPTEMBER 30, 2006 ATTACK – BAGHDAD

### The Melendez Family

510.    Plaintiff Christopher Michael Melendez is a citizen of the United States and domiciled in the State of Florida.

511.    On September 30, 2006, Christopher Michael Melendez, then 19 years, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle. Christopher Michael Melendez was a gunner in an M1114 vehicle on a routine patrol on Route Florida in the Mashtal neighborhood of Baghdad when his vehicle was disabled by a direct hit from an EFP on the driver's side of the vehicle.

512.    The weapon used to injure Christopher Michael Melendez was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

513.     As a result of the attack, Mr. Melendez's left leg was amputated above the knee. He also sustained a TBI, an injury to his brachial plexus causing weakness in his dominant hand, tinnitus, jaw fractures, post-traumatic headaches, facial and hand nerve damage, disfiguring head and facial scarring, burns, and additional shrapnel injuries.

514.     Mr. Melendez has received extensive medical treatment at multiple hospitals that has included various surgeries and prosthetic fittings.

515.     As a result of the attack, and the injuries he suffered, Plaintiff Christopher Michael Melendez has experienced severe physical and mental anguish and extreme emotional pain and suffering.

516.     Plaintiff Narciso Melendez is a citizen of the United States and domiciled in the State of New York. He is the father of Christopher Michael Melendez.

517.     Plaintiff Christina Melendez is a citizen of the United States and domiciled in the State of Georgia. She is the sister of Christopher Michael Melendez.

518.     As a result of the attack, and the injuries Christopher Michael Melendez suffered, Plaintiffs Narciso Melendez and Christina Melendez have experienced severe mental anguish and extreme emotional pain and suffering.

### 39.     THE OCTOBER 4, 2006 ATTACK – BAGHDAD

**The Barattieri Family**

519.     Guy Barattieri was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

520.     On October 4, 2006, Guy Barattieri, aged 36, was serving as a civilian contractor with Falcon Security in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

521.     Guy Barattieri was killed in the attack.

522.    The weapon used to kill Guy Barattieri was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

523.    Laurel Barattieri is a citizen of the United States and domiciled in the State of Washington. She is the widow of Guy Barattieri.

524.    Laurel Barattieri brings an action on behalf of the Estate of Guy Barattieri, as its legal representative, for his death and any suffering and/ or economic loss he/his Estate sustained as a result of the attack.

### 40.    THE OCTOBER 13, 2006 ATTACK – BAGHDAD

**The Stanton Family**

525.    Kenny Frances Stanton, Jr. was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

526.    On October 13, 2006, Kenny Frances Stanton, Jr., aged 20, was serving in the U.S. military in Iraq when his unit was struck by an IED emplaced by Iraqi Shi'a Special Groups terror operatives in the Sholeh neighborhood in northwest Baghdad.

527.    Kenny Frances Stanton, Jr. was killed in the attack.

528.    The attack was perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

529.    Plaintiff Gloria L. Magana is a citizen of the United States and domiciled in the State of California. She is the mother of Kenny Frances Stanton, Jr.

530.    Plaintiff Gloria L. Magana brings an action individually and on behalf of the Estate of Kenny Frances Stanton, Jr., as its legal representative.

531.    Plaintiff Mario Stanton is a citizen of the United States and domiciled in the State of California. He is the brother of Kenny Frances Stanton, Jr.

532.    Plaintiff Brandie Stanton is a citizen of the United States and domiciled in the State of California. She is the sister of Kenny Frances Stanton, Jr.

533.    Plaintiff Terrymarie Stanton is a citizen of the United States and domiciled in the State of California. She is the sister of Kenny Frances Stanton, Jr.

534.    As a result of the attack, and the death of Kenny Frances Stanton, Jr., Plaintiffs Gloria L. Magana, Mario Stanton, Brandie Stanton, and Terrymarie Stanton have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 41.    THE OCTOBER 22, 2006 ATTACK – BAGHDAD

**The Gmachowski Family**

535.    Plaintiff James Gmachowski is a citizen of the United States and domiciled in the State of California.

536.    On October 22, 2006, James Gmachowski, then 19, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle.

537.    The weapon used to injure James Gmachowski was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

538.    As a result of the blast, a golf-ball-sized piece of copper was lodged in James Gmachowski's back, requiring invasive surgery to remove it. The wound took roughly five months to heal. Mr. Gmachowski was also diagnosed with a TBI and PTSD.

539.     As a result of the attack, and the injuries he suffered, Plaintiff James Gmachowski has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 42.     THE OCTOBER 22, 2006 ATTACK – BAGHDAD

**The Alabsawi Family**

540.     Plaintiff Karar Alabsawi is a citizen of the United States and domiciled in the State of Pennsylvania.

541.     On October 22, 2006, Karar Alabsawi was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

542.     The weapon used to injure Karar Alabsawi was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

543.     As a result of the attack, Mr. Alabsawi lost his left leg. He also suffered significant injuries to his left arm, which he is unable to use as well as shrapnel wounds and burns on his body.

544.     As a result of the attack, and the injuries he suffered, Plaintiff Karar Alabsawi has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**The Taylor Family**

545.     David G. Taylor, Jr. was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

546.     On October 22, 2006, David G. Taylor, Jr., aged 37, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

547.     David G. Taylor, Jr. was killed in the attack.

548.    The weapon used to kill David G. Taylor, Jr. was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

549.    Plaintiff Michelle Taylor is a citizen of the United States and domiciled in the State of Florida. She is the widow of David G. Taylor, Jr.

550.    Plaintiff Michelle Taylor brings an action individually and on behalf of the Estate of David G. Taylor, Jr. as its legal representative.

551.    Plaintiff J.T., a minor represented by his legal guardian, Michelle Taylor, is a citizen of the United States and domiciled in the State of Florida. He is the son of David G. Taylor, Jr.

552.    Plaintiff Phyllis Taylor is a citizen of the United States and domiciled in the State of Florida. She is the mother of David G. Taylor, Jr.

553.    Plaintiff John Taylor is a citizen of the United States. He is the brother of David G. Taylor, Jr.

554.    As a result of the attack, and the death of David G. Taylor, Jr., Plaintiffs Michelle Taylor, J.T., Phyllis Taylor and John Taylor have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel.

**The Taylor Family**

555.    Plaintiff Brian G. Taylor is a citizen of the United States and domiciled in the State of Florida.

556.    On October 22, 2006, Brian G. Taylor was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

557.     The weapon used to injure Brian G. Taylor was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

558.     As a result of the attack, Mr. Taylor lost his right leg. He also suffered injuries to his right thigh; loss of muscle, skin and part of his femur; a dislocated knee; and a damaged femoral artery. He also experiences compartment syndrome.

559.     As a result of the attack, and the injuries he suffered, Plaintiff Brian G. Taylor has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**The Recendez Family**

560.     Plaintiff Judas Recendez is a citizen of the United States and domiciled in the State of California.

561.     On October 22, 2006, Judas Recendez was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

562.     The weapon used to injure Mr. Recendez was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

563.     As a result of the attack, both of Mr. Recendez's legs were amputated below the knee. He also sustained shrapnel injuries to the lower part of his body from the waist down, hearing and vision damage, and nerve damage in his left hand.

564.     As a result of the attack, and the injuries he suffered, Plaintiff Judas Recendez has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 43.   **THE OCTOBER 22, 2006 ATTACK – SADR CITY**

**The Norager Family**

565.    Plaintiff Tyler Norager is a citizen of the United States and domiciled in the State of Utah.

566.    On October 22, 2006, Tyler Norager was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

567.    The weapon used to injure Mr. Norager was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

568.    As a result of the attack, Mr. Norager sustained shrapnel wounds to the face, the right side of his body, and the top of his spine. His injuries have caused him long-term, permanent back pain.

569.    As a result of the attack, and the injuries he suffered, Plaintiff Tyler Norager has experienced severe physical and mental anguish and extreme emotional pain and suffering.

570.    Plaintiff Shalee Norager is a citizen of the United States and domiciled in the State of Utah. She is the wife of Tyler Norager.

571.    Plaintiff M.N., a minor resented by her legal guardian, Tyler Norager, is a citizen of the United States and domiciled in the State of Utah. She is the daughter of Tyler Norager.

572.    As a result of the attack, and the injuries suffered by Tyler Norager, Plaintiffs Shalee Norager and M.N. have experienced severe mental anguish, and extreme emotional pain and suffering.

**44.     THE NOVEMBER 2, 2006 ATTACK – BAGHDAD**

**The Kruger Family**

573.     Eric Kruger was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

574.     On November 2, 2006, Eric Kruger, aged 44, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

575.     Eric Kruger was killed in the attack.

576.     The weapon used to kill Eric Kruger was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

577.     Lawrence Kruger is a citizen of the United States and domiciled in the State of Texas. He is the father of Eric Kruger.

578.     Lawrence Kruger brings an action on behalf of the Estate of Eric Kruger, as its legal representative, for his death and any suffering and/ or economic loss he/his Estate sustained as a result of the attack.

579.     Plaintiff C.K., a minor represented by his conservator, Lawrence Kruger, is a citizen of the United States and domiciled in the State of Colorado. He is the son of Eric Kruger.

580.     Plaintiff E.K., a minor represented by her conservator, Lawrence Kruger, is a citizen of the United States and domiciled in the State of Colorado. She is the daughter of Eric Kruger.

581.     As a result of the attack, and the death of Eric Kruger, Plaintiffs C.K. and E.K. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their father's society, companionship, comfort, advice and counsel.

### 45. THE NOVEMBER 13, 2006 ATTACK – BAGHDAD

**The Lamb Family**

582.    Plaintiff Kurtiss Lamb is a citizen of the United States and domiciled in the State of Tennessee.

583.    On November 13, 2006, Kurtiss Lamb, then 24, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

584.    The weapon used to injure Kurtiss Lamb was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

585.    As a result of the blast, Kurtiss Lamb suffered partial paralysis to his arm and bulging disks in his lumbar spine. Mr. Lamb was also diagnosed with a TBI.

586.    As a result of the attack, and the injuries he suffered, Plaintiff Kurtiss Lamb has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 46. THE NOVEMBER 16, 2006 ATTACK – BASRA

**The Coté Family**

587.    Jonathon M. Coté was a citizen of the United States and domiciled in the State of New York, when he was kidnapped and killed in Iraq.

588.    On November 16, 2006, Jonathon Coté was serving as a civilian contractor for Crescent Security near Basra, Iraq when he was kidnapped, held hostage, tortured, and ultimately murdered by Iraqi Shi'a Special Groups.

589.    Mr. Coté's remains were mutilated after he was executed. On April 23, 2008, the FBI announced that it had identified the remains of Mr. Coté – which were recovered four days prior – and made arrangements to return them to his family.

590.    The kidnapping, abduction, torture, and murder were perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

591.    Plaintiff Francis L. Coté is a citizen of the United States and domiciled in the State of New York. He is the father of Jonathon Coté.

592.    Plaintiff Nancy Coté is a citizen of the United States and domiciled in the State of New York. She is the step-mother of Jonathon Coté.

593.    Plaintiff Christopher Coté is a citizen of the United States and domiciled in the State of New York. He is the brother of Jonathon Coté.

594.    Plaintiff Samantha Dunford is a citizen of the United States and domiciled in the State of New York. She is the step-sister of Jonathon Coté.

595.    Plaintiff Maximillian Shroyer is a citizen of the United States and domiciled in the Ohio. He is the step-brother of Jonathon Coté.

596.    As a result of the November 16, 2006 attack, and the subsequent kidnapping, torture and execution of Jonathon Coté, Plaintiffs Francis L. Coté, Nancy Coté, Christopher Coté, Samantha Dunford and Maximillian Shroyer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Johnson-Reuben Family**

597.    Paul Johnson-Reuben was a citizen of the United States and domiciled in the State of Minnesota, when he was kidnapped and killed in Iraq.

598.    On November 16, 2006, Paul Johnson-Reuben was serving as a civilian contractor for Crescent Security near Basra, Iraq when he was kidnapped, held hostage, tortured, and ultimately murdered by Iraqi Shi'a Special Groups.

599.    Mr. Johnson-Reuben's remains were mutilated after he was executed. In April 2008, Mr. Johnson-Reuben's remains were returned to his family.

600.    The kidnapping, abduction, torture and murder were perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

601.    Plaintiff Casey Reuben is a citizen of the United States and domiciled in the State of Minnesota. She is the daughter of Paul Johnson-Reuben.

602.    Plaintiff Bree Reuben is a citizen of the United States and domiciled in the State of Minnesota. She is the daughter of Paul Johnson-Reuben.

603.    Plaintiff Patrick Reuben is a citizen of the United States and domiciled in the State of Wisconsin. He is the twin brother of Paul Johnson-Reuben.

604.    As a result of the November 16, 2006 attack, and the subsequent killing, torture and execution of Paul Johnson-Reuben, Plaintiffs Casey Reuben, Bree Reuben and Patrick Reuben have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their father's/brother's society, companionship, comfort, advice and counsel.

**The Munns Family**

605.    Joshua Munns was a citizen of the United States and domiciled in the State of California when he was kidnapped and killed in Iraq.

606.    On November 16, 2006, Joshua Munns was serving as a civilian contractor for Crescent Security near Basra, Iraq when he was kidnapped, held hostage, tortured, and ultimately murdered by Iraqi Shi'a Special Groups.

607.    Mr. Munn's remains were mutilated after he was executed. In April 2008, Mr. Munn's remains were returned to his family.

608.    The kidnapping, abduction, torture and murder were perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

609.    Plaintiff Jackie Stewart is a citizen of the United States and domiciled in the State of California. She is the mother of Joshua Munns.

610.    Plaintiff Mark Munns is a citizen of the United States and domiciled in the State of California. He is the father of Joshua Munns.

611.    Plaintiff Crista Munns is a citizen of the United States and domiciled in the State of California. She is the step-mother of Joshua Munns.

612.    As a result of the November 16, 2006 attack, and the subsequent kidnapping, torture and execution of Joshua Munns, Plaintiffs Jackie Stewart, Mark Munns and Crista Munns have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

**The Young Family**

613.    John Young was a citizen of the United States and domiciled in the State of Missouri when he was kidnapped and killed in Iraq.

614.    On November 16, 2006, John Young, aged 44, was serving as a civilian contractor for Crescent Security near Basra, Iraq when he was kidnapped, held hostage, tortured, and ultimately murdered by Iraqi Sh'a Special Groups.

615.    Mr. Young's remains were mutilated after he was executed. In March 2008, Mr. Young's remains were returned to his family.

616.    The kidnapping, abduction, torture and murder were perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

617.     Plaintiff Sharon DeBrabander is a citizen of the United States and domiciled in the State of Arizona. She is the mother of John Young.

618.     Plaintiff Nicole DeBrabander is a citizen of the United States and domiciled in the State of Arizona. She is the sister of John Young.

619.     Plaintiff Joella Pratt is a citizen of the United States and domiciled in the State of Missouri. She is the sister of John Young.

620.     As a result of the November 16, 2006 attack, and the subsequent kidnapping, torture and execution of John Young, Plaintiffs Sharon DeBrabander, Nicole DeBrabander and Joella Pratt have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 47.     THE DECEMBER 31, 2006 ATTACK – BAGHDAD

### The Blohm Family

621.     Alan R. Blohm was a citizen of the United States and domiciled in the State of Alaska when he was killed in Iraq.

622.     On December 31, 2006, Alan R. Blohm, aged 21, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

623.     Alan R. Blohm was killed in the attack.

624.     The weapon used to kill Alan R. Blohm was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

625.     Denise Vennix is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Alan R. Blohm.

626.     Denise Vennix brings an action on behalf of the Estate of Alan R. Blohm, as its

legal representative, for his death and any suffering and/ or economic loss he/his Estate sustained as a result of the attack.

### 48. <u>THE JANUARY 20, 2007 ATTACK – KARBALA</u>

627.     In the early evening of January 20, 2007, Iran launched a coordinated terrorist attack against the Provincial Joint Coordination Center ("PJCC") in Karbala, about thirty miles south of Baghdad.

628.     The attack on the PJCC was largely planned by Hezbollah, under the direction of Ali Musa Daqduq, and carried out by Hezbollah agents, Asa'ib Ahl al-Haq ("AAH") operatives led by Qais al-Khazali.

629.     Just after nightfall, a six to eight car convoy of black GMC Suburban sport-utility vehicles ("SUVs") – the type frequently used by the U.S. Government in Iraq – made its way through two checkpoints on the access road approaching the PJCC.

630.     The vehicles contained at least a dozen AAH operatives dressed in U.S. military-style fatigues, carrying American-type weapons. The AAH assault team was led by AAH operative Azhar al-Dulaimi.

631.     After they entered the PJCC compound, the vehicles split up, with some parking in front, and others waiting at the Iraqi Police checkpoints along the southern approach to the PJCC compound.

632.     After exiting their vehicles, the AAH terrorists greeted in fluent English the two U.S. soldiers guarding the PJCC's western entrance before launching a surprise attack.

633.     The AAH operatives shot and wounded the two U.S. soldiers outside the PJCC's main building and opened fire on the PJCC compound with automatic rifles, while two small teams quickly moved inside the main building and assaulted the Communications Room with small arms

fire.

634.    One U.S. soldier, Johnathon M. Millican, fell on a grenade that was thrown into the Communications Room, while the other soldiers in the room prevented the attackers from overrunning their position.

635.    Although Millican was killed, and several other U.S. soldiers injured, his selfless act provided his fellow soldiers in the PJCC's main building crucial extra moments to recover and begin returning fire.

636.    For his act of bravery, Johnathon M. Millican was posthumously awarded the Silver Star medal by the U.S. Army.

637.    At the same time that AAH terrorists were attacking the PJCC's main building, other AAH operatives conducted a coordinated attack on the compound's barracks and back gate, before abducting four U.S. soldiers (the two wounded soldiers and two officers from inside the main building) and fleeing the compound.

638.    Five of the AAH getaway vehicles drove southeast, crossing the Euphrates River and then turned north. The other vehicles departed in the opposite direction to confuse any pursuing forces.

639.    After over an hour of travel on the main roads, the five SUVs were stopped at a checkpoint in Mahawil, after U.S. forces put out a radio alert regarding the abducted soldiers.

640.    The AAH terrorists then abandoned the main road for back roads, and the Iraqi Police and Iraqi Army forces at the Mahawil checkpoint gave chase.

641.    Realizing the likelihood of escaping with their captives was low, and darkness making back road navigation all but impossible, the AAH operatives murdered the four kidnapped American soldiers, and abandoned their bodies and the vehicles near the town of Mahawil. Three

of the four Americans died at the scene.

642.    Only one of the four abducted U.S. soldiers, Captain Brian S. Freeman, was still alive when rescuers reached the scene. Two of the soldiers were found in the back of one of the SUVs, handcuffed together and shot dead. A third soldier was found dead on the ground, near the abandoned vehicles. Brian S. Freeman had also been shot in the head, and he died on the way to the hospital.

643.    The terrorist group that planned and executed the PJCC attack, AAH, was trained and armed by Iran's IRGC with Hezbollah's assistance.

644.    On March 20, 2007, two months after the attack was perpetrated, Hezbollah commander Daqduq  and AAH leader Qais al-Khazali and his brother Laith al-Khazali were captured by Coalition Forces in southern Iraq.

645.    The United States Government charged them with responsibility for the Karbala PJCC attack.

646.    Documents captured with Qais al-Khazali showed that the IRGC-QF had gathered detailed information on "soldiers' activities, shift changes and defenses" at the PJCC "and this information was shared with the attackers."

647.    A 22-page memorandum found with Daqduq "detailed the planning, preparation, approval process and conduct of the [Karbala] operation," among others. Other documents discussed tactics to attack Iraqi and Coalition Forces.

648.    Daqduq also had a personal journal that noted his having met with Special Groups members who were targeting other Iraqis and Coalition Forces in the Diyala province using IEDs, as well as small-arms fire.

649.    According to U.S. military officials, both Daqduq and Qais al-Khazali admitted that

senior leadership within the IRGC-QF knew of and helped plan the Karbala attack.

650. It was later reported that U.S. spy satellites spotted a full-scale mockup of the Karbala PJCC at the IRGC-QF Farj Garrison in the city of Ahwaz, Iran.

651. Analysis of the satellite imagery indicated that the IRGC had duplicated the PJCC's layout to specifically train the AAH operatives for the attack.

652. The terror attack on the PJCC was commanded by Azhar al-Dulaymi. He was trained by Hezbollah operatives, including Daqduq, near the city of Qom, Iran, where he and his AAH operatives trained to execute military-style, precision kidnappings.

653. On April 26, 2007, the Commander of the Multi-National Force-Iraq, Gen. David Petraeus, gave a briefing in which he stated:

> The Iranian involvement has really become much clearer to us and brought into much more focus during the interrogation of the members -- the heads of the Khazali network and some of the key members of that network that have been in detention now for a month or more. This is the head of the secret cell network, the extremist secret cells. They were provided substantial funding, training on Iranian soil, advanced explosive munitions and technologies as well as run of the mill arms and ammunition, in some cases advice and in some cases even a degree of direction.  When we captured these individuals -- the initial capture, and then there have been a number of others since then -- we discovered, for example, a 22-page memorandum on a computer that detailed the planning, preparation, approval process and conduct of the operation that resulted in five of our soldiers being killed in Karbala. It also detailed -- there are numerous documents which detailed a number of different attacks on coalition forces, and our sense is that these records were kept so that they could be handed in to whoever it is that is financing them. And there's no question, again, that Iranian financing is taking place through the Quds force of the Iranian Republican Guards Corps.

654. The Americans killed during the Karbala attack included Brian S. Freeman. The Americans injured during the Karbala attack included Evan Kirby.

**The Freeman Family**

655.    Brian S. Freeman was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

656.    Plaintiff Albert Snyder is a citizen of the United States and domiciled in the State of Utah. He is the step-father of Brian S. Freeman.

657.    Plaintiff Kathaleen Freeman is a citizen of the United States and domiciled in the State of California. She is the step-mother of Brian S. Freeman.

658.    Plaintiff Richard Lee is a citizen of the United States and domiciled in the State of California. He is the step-brother of Brian S. Freeman.

659.    As a result of the attack, and the death of Brian S. Freeman, Plaintiffs Albert Snyder, Kathaleen Freeman and Richard Lee have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Kirby Family**

660.    Evan Kirby is a citizen of the United States and domiciled in the State of Ohio.

661.    Mr. Kirby was wounded during the attack on the PJCC's barracks.

662.    As a result of an explosion that occurred during the attack, Mr. Kirby was thrown into the air and sustained injuries to his back and spine.

663.    The aforementioned injuries have caused him great pain.

664.    Plaintiff Marcia Kirby is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Evan Kirby.

665.    Plaintiff Steven Kirby is a citizen of the United States and domiciled in the State of Ohio. He is the father of Evan Kirby.

666.    As a result of the attack and the injuries Evan Kirby suffered, Plaintiffs Marcia Kirby and Steven Kirby have experienced severe mental anguish and extreme emotional pain and suffering.

### 49.    THE JANUARY 22, 2007 ATTACK – BAGHDAD

**The Stout Family**

667.    Brandon L. Stout was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

668.    On January 22, 2007, Brandon L. Stout, aged 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

669.    Brandon L. Stout was killed in the attack.

670.    The weapon used to kill Brandon L. Stout was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

671.    Plaintiff Andrew Jeffrey Anderson is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Brandon L. Stout.

672.    Plaintiff Elizabeth Lynn Islas is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Brandon L. Stout.

673.    As a result of the attack, and the death of Brandon L. Stout, Plaintiffs Andrew Jeffrey Anderson and Elizabeth Lynn Islas have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's society, companionship, comfort, advice and counsel.

50.   **THE JANUARY 27, 2007 ATTACK – BAGHDAD**

**The Hobson Family**

674.   Plaintiff Heath Damon Hobson is a citizen of the United States and domiciled in the Commonwealth of Massachusetts.

675.   On January 27, 2007, Heath Damon Hobson, then 34, was serving in the U.S. military in Iraq.

676.   Heath Damon Hobson was in the motor pool at Camp Travis in the U.S. Embassy compound in Baghdad when multiple rockets were fired by Special Groups operatives at the compound and landed in his proximity.

677.   Heath Damon Hobson was injured in the attack perpetrated by Hezbollah-trained Special Groups under the control and direction of the IRGC-QF and Hezbollah.

678.   As a result of the attack, Heath Damon Hobson sustained a shrapnel-induced open leg fracture and an arterial tear and significant blood loss. He was evacuated to a combat support hospital where he underwent an arterial graft to salvage his leg and received external fixation to stabilize his leg. He was then flown to Balad, Iraq and then to Germany finally arriving at Walter Reed Army Hospital in Washington, D.C. to be treated for his injuries. To this day, he has lost use of his right foot and ankle, has bone and soft-tissue loss, nerve damage, vascular damage, disfigurement, and PTSD.

679.   Mr. Hobson has received extensive medical treatment at multiple hospitals to address the injuries he sustained in the attack.

680.   As a result of the attack, and the injuries he suffered, Plaintiff Heath Damon Hobson has experienced severe physical and mental anguish and extreme emotional pain and suffering.

681. Plaintiff Jodi Michelle Hobson is a citizen of the United States and domiciled in the State of Massachusetts. She is the wife of Heath Damon Hobson.

682. Plaintiff M.D.H., a minor, represented by his legal guardian Heath Damon Hobson, is a citizen of the United States and domiciled in the State of Massachusetts. He is the son of Heath Damon Hobson.

683. As a result of the attack, and the injuries Heath Damon Hobson suffered, Plaintiffs Jodi Michelle Hobson and M.D.H. have experienced severe mental anguish and extreme emotional pain and suffering.

## 51. THE JANUARY 27, 2007 ATTACK – TAJI

### The Garrigus Family

684. Mickel D. Garrigus was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

685. On January 27, 2007, Mickel D. Garrigus, aged 24, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

686. Mickel D. Garrigus was killed in the attack.

687. The weapon used to kill Mickel D. Garrigus was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

688. Deadra Garrigus is a citizen of the United States and domiciled in the State of Washington. She is the mother of Mickel D. Garrigus.

689. Deadra Garrigus brings an action on behalf of the Estate of Mickel D. Garrigus, as its legal representative, for his death and any suffering and/ or economic loss he/his Estate sustained as a result of the attack.

### 52. THE FEBRUARY 1, 2007 ATTACK – BAGHDAD

**The Ryan Family**

690.    Plaintiff Shawn Ryan is a citizen of the United States and domiciled in the State of Texas.

691.    On February 1, 2007, Shawn Ryan was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

692.    The weapon used to injure Shawn Ryan was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

693.    As a result of the attack, Mr. Ryan sustained shrapnel injuries that left him permanently disabled.

694.    As a result of the attack, and the injuries he suffered, Plaintiff Shawn Ryan has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 53. THE FEBRUARY 2, 2007 ATTACK – MAHMUDIYAH

**The Landeck Family**

695.    Kevin C. Landeck was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

696.    On February 2, 2007, Kevin C. Landeck, aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

697.    Kevin C. Landeck was killed in the attack.

698.    The weapon used to kill Kevin C. Landeck was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

699.    Plaintiff Richard Landeck is a citizen of the United States and domiciled in the State of Illinois. He is the father of Kevin C. Landeck.

700.    Plaintiff Victoria Landeck is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Kevin C. Landeck.

701.    As a result of the attack, and the death of Kevin C. Landeck, Plaintiffs Richard Landeck and Victoria Landeck have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 54.    THE FEBRUARY 18, 2007 ATTACK – AL MASHTAL

### The Jaber Family

702.    Abdul Hameed Kadhum Jaber was a citizen of Iraq. Abdul Hameed Kadhum Jaber served as a linguist under a contract with L3-Communications Titan Corporation on behalf of the U.S. Marine Corps in Fallujah.

703.    Abdul Hameed Kadhum Jaber was kidnapped by JAM on February 18, 2007, which accused him of acting as a spy for the U.S. military.

704.    Abdul Hameed Kadhum Jaber was killed by JAM operatives, and his body was found discarded in Al Mashtal. An investigation into Abdul Hameed Kadhum Jaber's death and an autopsy were conducted. On November 1, 2007, Abdul Hameed Kadhum Jaber was posthumously awarded the L-3 Heart by L3-Communications Titan Corporation for being "KILLED IN ACTION IN SUPPORT OF OPERATION IRAQI FREEDOM IN THE REPUBLIC OF IRAQ."

705.    At the time of his death, Abdul Hameed Kadhum Jaber was performing a contract awarded by the U.S. government and was murdered because of the work he performed within the scope of his employment.

706.     Plaintiff Iman Alkhazraji is a United States Green Card holder and domiciled in the state of Texas. She is the widow of Abdul Hameed Kadhum Jaber.

707.     Plaintiff Mustafa Albaidhani is a United States Green Card holder and domiciled in the state of Texas. He is the son of Abdul Hameed Kadhum Jaber.

708.     Plaintiff Anas Albaidhani is a United States Green Card holder and domiciled in the state of Texas. He is the son of Abdul Hameed Kadhum Jaber.

709.     Plaintiff Hayder Baidhani is a citizen of the United States and domiciled in the state of Texas. He is the son of Abdul Hameed Kadhum Jaber.

710.     Plaintiff Marwan Kazim is a citizen of the United States and domiciled in the state of Texas. He is the son of Abdul Hameed Kadhum Jaber.

711.     As a result of the attack, and the death of Abdul Hameed Kadhum Jaber, Plaintiffs Iman Alkhazraji, Mustafa Albaidhani, Anas Albaidhani, Hayder Baidhani, and Marwan Kazim have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 55.     THE MARCH 27, 2007 ATTACK – BAGHDAD

**The Thomas Family**

712.     Sean M. Thomas was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

713.     On March 27, 2007, Sean M. Thomas, aged 33, was serving in the U.S. military when he was killed in a 107mm rocket attack perpetrated by Iraqi Shi'a Special Groups operatives.

714.     Sean M. Thomas was killed in the attack perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

715.    Carrie Thompson is a citizen of the United States and domiciled in the State of Pennsylvania. She is the widow of Sean M. Thomas.

716.    Carrie Thompson brings a claim on behalf of the Estate of Sean M. Thomas, as its legal representative.

717.    Plaintiff A.T., a minor represented by her legal guardian, Carrie Thompson, is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Sean M. Thomas.

718.    Plaintiff Daniel Thomas, Sr. is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Sean M. Thomas.

719.    Plaintiff Daniel Thomas, Jr. is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Sean M. Thomas.

720.    Plaintiff Kelly Gillis is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Sean M. Thomas.

721.    Plaintiff Melinda Flick is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Sean M. Thomas.

722.    As a result of the attack, and the death of Sean M. Thomas, Plaintiffs A.T., Daniel Thomas Sr., Daniel Thomas Jr., Kelly Gillis and Melinda Flick have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their father's/son's/brother's society, companionship, comfort, advice and counsel.

## 56.    THE APRIL 4, 2007 ATTACK – NASIRIYAH

**The Sabinish Family**

723.    Plaintiff Ryan Sabinish is a citizen of the United States and domiciled in the State of Minnesota.

724.    On April 4, 2007, Ryan Sabinish, then 25, was serving in the U.S. military in Iraq.

725.    Mr. Sabinish was driving the third vehicle of a convoy when an EFP emplaced by Special Groups detonated near the first vehicle. During the attack, a secondary IED detonated, striking an Iraqi civilian vehicle.

726.    The weapon used in the attack was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

727.    Mr. Sabinish dismounted his vehicle to pull security and would not allow the civilian vehicle to drive away from the scene. He witnessed a wounded child inside the vehicle die.

728.    Mr. Sabinish was subsequently diagnosed with PTSD and has experienced suicidal ideation. He has been hospitalized for his emotional injuries and has sought mental health treatment as an outpatient.

729.    Mr. Sabinish continues to seek treatment, including counseling, and has been prescribed anti-anxiety medications, anti-depressants, and medication to address sleep-related issues. He continues to take medication to treat his emotional injuries.

730.    As a result of the attack, and the injuries he suffered, Ryan Sabinish has experienced severe physical and mental anguish and extreme emotional pain and suffering.

731.    Plaintiff R.J.S., a minor represented by her legal guardian Ryan Sabinish, is a citizen of the United States and domiciled in the State of Minnesota. She is the daughter of Ryan Sabinish.

732.    Plaintiff S.J.S., a minor represented by her legal guardian Ryan Sabinish, is a citizen of the United States and domiciled in the State of Minnesota. She is the daughter of Ryan Sabinish.

733.    As a result of the attack, and the injuries suffered by Ryan Sabinish, Plaintiffs R.J.S. and S.J.S. have experienced severe mental anguish, and extreme emotional pain and suffering.

## 57.    THE APRIL 6, 2007 ATTACK – BAGHDAD

**The Fuentes Family**

734.    Daniel A. Fuentes was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

735.    On April 6, 2007, Daniel A. Fuentes, aged 19, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

736.    Daniel A. Fuentes was killed in the attack.

737.    The weapon used to kill Daniel A. Fuentes was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

738.    Plaintiff Emma McGarry is a citizen of the United States and domiciled in the State of New York. She was the fiancée of Daniel A. Fuentes.

739.    As a result of the attack, and the death of Daniel A. Fuentes, Plaintiff Emma McGarry has experienced the loss of her fiancée's society, companionship, comfort, advice and counsel.

## 58.    THE APRIL 6, 2007 ATTACK – SADR CITY

**The Kirby Family**

740.    Plaintiff John Kirby is a citizen of the United States and domiciled in the State of Texas.

741.    On April 6, 2007, John Kirby, then 31, was serving in the U.S. military in Iraq when both an EFP and an ambulance rigged with explosives detonated near his vehicle.

742.    The weapon used to injure John Kirby was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

743.    As a result of the attack, Mr. Kirby suffered burns on his upper back. He also suffers from a TBI and PTSD.

744.    As a result of the attack, and the injuries he suffered, Plaintiff John Kirby has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**59.    THE APRIL 9, 2007 ATTACK – BAGHDAD**

**The Holden Family**

745.    Brian L. Holden was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

746.    On April 9, 2007, Brian L. Holden, aged 20, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his HMMWV in Baghdad.

747.    Brian L. Holden was killed in the attack.

748.    The weapon used to kill Brian L. Holden was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

749.    Plaintiff Leasa Dollar is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Brian L. Holden.

750.    Plaintiff Eugene DeLozier is a citizen of the United States and domiciled in the State of Washington. He is the step-father of Brian L. Holden.

751.    As a result of the attack, and the death of Brian L. Holden, Plaintiffs Leasa Dollar

and Eugene DeLozier have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

60. **THE APRIL 28, 2007 ATTACK – SALMAN PAK**

**The Hicks Family**

752. Glenn Dale Hicks, Jr. was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

753. On April 28, 2007, Glenn Dale Hicks, Jr., aged 24, was serving in the U.S. military in Iraq. His unit was on a routine patrol heading southwest on Route Kelp in the vicinity of Salman Pak, Iraq when the M1151 in which he was traveling was struck by an IED emplaced by Special Groups and subsequent small arms fire.

754. Glenn Dale Hicks, Jr. was killed in the attack from blast injuries.

755. The Special Groups terror cell operatives that emplaced the IED that killed Glenn Dale Hicks, Jr. were trained by Hezbollah and funded and supplied by the IRGC-QF and they launched the attack at the direction of both Hezbollah and the IRGC-QF, as their proxy.

756. Plaintiff Susan Maria Doskocil Hicks is a citizen of the United States and domiciled in the State of Texas. She is the mother of Glenn Dale Hicks, Jr.

757. Plaintiff Susan Maria Doskocil Hicks brings an action individually and on behalf of the Estate of Glenn Dale Hicks, Jr., as its legal representative.

758. Plaintiff Glenn Dale Hicks, Sr. is a citizen of the United States and domiciled in the State of Texas. He is the father of Glenn Dale Hicks, Jr.

759. Plaintiff David James Hicks is a citizen of the United States and domiciled in the State of Texas. He is the brother of Glenn Dale Hicks, Jr.

760.    Plaintiff John Christopher Hicks is a citizen of the United States and domiciled in the State of Texas. He is the brother of Glenn Dale Hicks, Jr.

761.    Plaintiff S.L.H., a minor, represented by his legal guardian Susan Maria Doskocil Hicks, is a citizen of the United States and domiciled in the State of Texas. He is the brother of Glenn Dale Hicks, Jr.

762.    As a result of the attack, and the death of Glenn Dale Hicks, Jr., Plaintiffs Susan Maria Doskocil Hicks, Glenn Dale Hicks, Sr., David James Hicks, John Christopher Hicks, and S.L.H. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 61.    THE APRIL 28, 2007 ATTACK – BAGHDAD

### The Joines Family

763.    Plaintiff Bo Joines is a citizen of the United States and domiciled in the State of Oklahoma.

764.    On April 28, 2007, Bo Joines, then 21, was serving in the U.S. military in Iraq. Bo Joines and his unit were attacked by sniper fire. A solider in his unit was shot in the head, and Bo Joines helped load him into the HMMWV to be medevaced.

765.    Two months later, on June 18, 2007, Bo Joines was an occupant in a HMMWV when an IED exploded right in front of the vehicle.

766.    Three months after that second attack, on September 29, 2007, Mr. Joines witnessed the members of his unit return to FOB Rustamiyah after an EFP attack committed by an Iraqi Shi'a Special Group.

767.    Mr. Joines saw the wounded soldiers that had been injured by the EFP being unloaded from their HMMWV, including a fellow soldier with catastrophic injuries to his legs

who ultimately died.

768.    Mr. Joines has been diagnosed with PTSD, and suffered a drug addiction related to his PTSD, for which he sought treatment as an inpatient on three separate occasions.

769.    He has been prescribed medication to address his emotional health issues, but because of his past addiction and his current occupation as a truck driver, he cannot take these medications.

770.    As a result of the attacks, and the injuries he suffered, Plaintiff Bo Joines has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 62.    THE MAY 5, 2007 ATTACK – KAMALIYAH

### The Smith Family

771.    Plaintiff Jeremy D. Smith is a citizen of the United States and domiciled in the State of North Carolina.

772.    On May 5, 2007, Jeremy D. Smith, then 27, was serving in the U.S. military in Command Outpost Bushmaster in Kamaliyah, Iraq when he was injured in a mortar attack perpetrated by Iraqi Shi'a Special Groups operatives.

773.    Jeremy D. Smith was injured in the attack perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

774.    As a result of the attack, Jeremy Smith suffered shrapnel injuries to his right arm and right leg. He also suffered a damaged a ligament in his right ankle.

775.    As a result of the attack, and the injuries he suffered, Plaintiff Jeremy D. Smith has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 63.   THE MAY 8, 2007 ATTACK – BAGHDAD

**The Stephens Family**

776.   Blake Stephens was a citizen of the United States and domiciled in the State of Idaho when he was killed in Iraq.

777.   On May 8, 2007, Blake Stephens, aged 25, was serving in the United States military in Iraq when an EFP emplaced by Iraqi Shi'a Special Groups detonated near his vehicle near Salman Pak, a town south of Baghdad.

778.   Blake Stephens was killed in the attack.

779.   The weapon used to kill Blake Stephens was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

780.   Plaintiff Erin Lee Dructor is a citizen of the United States and domiciled in the State of California. She is the widow of Blake Stephens.

781.   Plaintiff Erin Lee Dructor brings an action individually and on behalf of the Estate of Blake Stephens, as its legal representative.

782.   Plaintiff Trent Stephens is a citizen of the United States and domiciled in the State of Idaho. He is the father of Blake Stephens.

783.   Plaintiff Kathleen Stephens is a citizen of the United States and domiciled in the State of Idaho. She is the mother of Blake Stephens.

784.   Plaintiff Derek Stephens is a citizen of the United States and domiciled in the State of Idaho. He is the brother of Blake Stephens.

785.   Plaintiff Rhett Stephens is a citizen of the United States and domiciled in the State of California. He is the brother of Blake Stephens.

786.    Plaintiff Summer Stephens is a citizen of the United States and domiciled in the State of California. She is the sister of Blake Stephens.

787.    Plaintiff Brittani Hobson is a citizen of the United States and domiciled in the State of Idaho. She is the sister of Blake Stephens.

788.    As a result of the attack, and the death of Blake Stephens, Plaintiffs Erin Lee Dructor, Trent Stephens, Kathleen Stephens, Derek Stephens, Rhett Stephens, Summer Stephens, and Brittani Hobson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

**64.    THE MAY 29, 2007 ATTACK – SADR CITY**

**The Kirby Family**

789.    Plaintiff John Kirby is a citizen of the United States and domiciled in the State of Texas.

790.    On May 29, 2007, John Kirby, then 31, was serving in the U.S. military in Iraq when he came under sniper fire by Iraqi Shi'a Special Groups.

791.    John Kirby was injured in the attack perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

792.    As a result of the attack, Mr. Kirby was shot in the arm breaking his humerus in three places and later requiring an implant.

793.    As a result of the attack, and the injuries he suffered, Plaintiff John Kirby has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 65.   THE JUNE 2, 2007 ATTACK – BAGHDAD

**The Dressler Family**

794.   Shawn E. Dressler was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

795.   On June 2, 2007, Shawn E. Dressler, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

796.   Shawn E. Dressler was killed in the attack.

797.   The weapon used to kill Shawn E. Dressler was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

798.   Plaintiff Tanya Suzette Dressler is a citizen of the United States and domiciled in the State of Arkansas. She is the sister of Shawn E. Dressler.

799.   Plaintiff Daniel Dressler is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Shawn E. Dressler.

800.   Plaintiff James Dressler is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Shawn E. Dressler.

801.   As a result of the attack, and the death of Shawn E. Dressler, Plaintiffs Tanya Suzette Dressler, Daniel Dressler and James Dressler have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's society, companionship, comfort, advice and counsel.

### 66.   THE JUNE 10, 2007 ATTACK – BAGHDAD

**The Lammers Family**

802.   Matthew Lammers is a citizen of the United States and domiciled in the State of

North Carolina.

803.    On June 10, 2007, Matthew Lammers, then 25, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

804.    Matthew Lammers was injured in the attack.

805.    The weapon used to injure Matthew Lammers was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

806.    As a result of the attack, Matthew Lammers' left hand was completely severed. Both of his legs were nearly severed below his kneecaps.

807.    His femoral arteries had been cut and he lost a significant amount of blood.

808.    After the attack he began to asphyxiate due to his lungs filling with bodily fluids. Mr. Lammers remained conscious while this occurred.

809.    Mr. Lammers' injuries necessitated that he undergo surgery to fully amputate both of his legs below the knees. He has been rendered a triple amputee.

810.    He underwent multiple procedures and frequent wound cleanings. His treatment included debridement of muscle tissue.

811.    Mr. Lammers has prosthetics to assist with the use of his left hand. He must use a wheelchair to ambulate.

812.    He has experienced and continues to experience severe phantom limb pain and pain in his back.

813.    He has undergone extensive physical therapy.

814.    He has been diagnosed with a TBI.

815.    Mr. Lammers has also been diagnosed with PTSD and depression and has received treatment and counseling. He has been prescribed medication to address both the pain and emotional impact of the attack.

816.    Mr. Lammers continues to experience pain and emotional distress each day, and he receives continuing treatment for his injuries.

817.    Plaintiff Barbara Lammers is a citizen of the United States and domiciled in the state of Kansas. She is the mother of Matthew Lammers.

818.    Plaintiff Gary Lammers is a citizen of the United States and domiciled in the state of Kansas. He is the father of Matthew Lammers.

819.    Plaintiff Stacy Pate is a citizen of the United States and domiciled in the state of Kansas. She is the sister of Matthew Lammers.

820.    As a result of the attack, and the injuries Matthew Lammers has suffered, Plaintiffs Barbara Lammers, Gary Lammers and Stacy Pate have experienced severe mental anguish and extreme emotional pain and suffering.

### 67.    THE JUNE 11, 2007 ATTACK – BAGHDAD

**The Payne Family**

821.    Cameron K. Payne was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

822.    On June 11, 2007, Cameron K. Payne, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

823.    Cameron K. Payne was killed in the attack.

824.    The weapon used to kill Cameron K. Payne was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

825.    Plaintiff Denise Jackson is a citizen of the United States and domiciled in the State of California. She is the mother of Cameron K. Payne.

826.    As a result of the attack, and the death of Cameron K. Payne, Plaintiff Denise Jackson has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

**68.    THE JUNE 23, 2007 ATTACK – BAGHDAD**

**The Moody Family**

827.    Michael Dean Moody, Jr. was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

828.    On June 23, 2007, Michael Dean Moody, Jr., aged 21, was serving in the U.S. military in Iraq when an IED emplaced by Iraqi Shi'a Special Groups detonated near his vehicle while he was patrolling south of Sadr City. The IED strike was followed by small arms fire in the vicinity of the explosion.

829.    Michael Dean Moody, Jr. was killed in the attack.

830.    Michael Dean Moody, Jr. was killed in the attack perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

831.    Plaintiff Michael Dean Moody, Sr. is a citizen of the United States and domiciled in the State of Virginia. He is the father of Michael Dean Moody, Jr.

832.    Plaintiff Michael Dean Moody, Sr. brings an action individually and on behalf of the Estate of Michael Dean Moody, Jr., as its legal representative.

833.     Plaintiff Connie Moody is a citizen of the United States and domiciled in the State of Virginia. She is the mother of Michael Dean Moody, Jr.

834.     Plaintiff Kedrick Dante Moody is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Michael Dean Moody, Jr.

835.     As a result of the attack, and the death of Michael Dean Moody, Jr., Plaintiffs Michael Dean Moody, Sr., Connie Moody, and Kedrick Dante Moody have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 69.     THE JUNE 25, 2007 ATTACK – BAGHDAD

**The Craig Family**

836.     Andre Craig, Jr. was a citizen of the United States and domiciled in the State of Connecticut when he was killed in Iraq.

837.     On June 25, 2007, Andre Craig, Jr., aged 24, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

838.     Andre Craig, Jr. was killed in the attack.

839.     The weapon used to kill Andre Craig, Jr. was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

840.     Plaintiff Aundra Craig is a citizen of the United States and domiciled in the State of Connecticut. He is the father of Andre Craig, Jr.

841.     Plaintiff Joyce Craig is a citizen of the United States and domiciled in the State of Connecticut. She is the mother of Andre Craig, Jr.

842.   Plaintiff Debra Cook-Russell is a citizen of the United States and domiciled in the State of Connecticut. She is the sister of Andre Craig, Jr.

843.   Plaintiff Nashima Williams Craig is a citizen of the United States and domiciled in the State of Connecticut. She is the sister of Andre Craig, Jr.

844.   Plaintiff Matthew Craig is a citizen of the United States and domiciled in the State of Connecticut. He is the brother of Andre Craig, Jr.

845.   Plaintiff Jonathan Craig is a citizen of the United States and domiciled in the State of Connecticut. He is the brother of Andre Craig, Jr.

846.   Plaintiff Andre Brown is a citizen of the United States and domiciled in the State of Connecticut. He is the brother of Andre Craig, Jr.

847.   Plaintiff Michael Cook is a citizen of the United States and domiciled in the State of Connecticut. He is the brother of Andre Craig, Jr.

848.   Plaintiff Valencia Cook is a citizen of the United States and domiciled in the State of Connecticut. She is the sister of Andre Craig, Jr.

849.   As a result of the attack, and the death of Andre Craig, Jr., Plaintiffs Aundra Craig, Joyce Craig, Debra Cook-Russell, Nashima Williams Craig, Matthew Craig, Jonathan Craig, Andre Brown, Michael Cook and Valencia Cook have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 70.   **THE JULY 6, 2007 ATTACK – BAGHDAD**

**The Mergele Family**

850.   Plaintiff Matthew L. Mergele is a citizen of the United States and domiciled in the State of Tennessee.

851.     On July 6, 2007, Matthew L. Mergele, then 22, was serving in the U.S. military in Iraq when an IED emplaced by Iraqi Shi'a Special Groups terror operatives detonated while he was on a dismounted patrol near Rustamiyah.

852.     Matthew L. Mergele was injured in the attack perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

853.     As a result of the attack, Mr. Mergele was blown back by the blast. He has difficulty hearing in his left ear, ringing in his ears and headaches.

854.     As a result of the attack, and the injuries he suffered, Plaintiff Matthew L. Mergele has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**71.     THE JULY 11, 2007 ATTACK – BAGHDAD**

**The Hollcroft Family**

855.     Plaintiff Derek Allen Hollcroft is a citizen of the United States and domiciled in the State of Florida.

856.     On July 11, 2007, Derek Allen Hollcroft, then 21, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle

857.     The weapon used to injure Derek Allen Hollcroft was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

858.     As a result of the attack, Derek Allen Hollcroft sustained a TBI and post-concussion syndrome that has caused frequent chronic headaches and migraines and has affected his memory.

859.     As a result of the attack, and the injuries he suffered, Derek Allen Hollcroft has experienced severe physical and mental anguish and extreme emotional pain and suffering.

72.    **THE JULY 17, 2007 ATTACK – SADR CITY**

**The Harrelson Family**

860.    James J. Harrelson was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

861.    On July 17, 2007, James J. Harrelson, aged 19, was serving in the United States military in Iraq when JAM-Special Groups detonated an IED near his vehicle in Sadr City, Baghdad.

862.    James J. Harrelson was killed in the attack perpetrated by Hezbollah-trained JAM-Special Groups under the control and direction of the IRGC-QF and Hezbollah.

863.    Plaintiff Tammy Kinney is a citizen of the United States and domiciled in the State of Alabama. She is the mother of James J. Harrelson.

864.    As a result of the attack, and the death of James J. Harrelson's, Plaintiff Tammy Kinney has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

**The Edwards Family**

865.    Plaintiff Drew Edwards is a citizen of the United States and domiciled in the State of Missouri.

866.    On July 17, 2007, Drew Edwards, then 22, was serving in the United States military in Iraq when JAM-Special Groups detonated an IED near his vehicle in Sadr City, Baghdad.

867.    Drew Edwards was injured in the attack perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

868.    As a result of the attack, Mr. Edwards' left leg was crushed. He also suffered shrapnel wounds to his face and back, a concussion and a gun shot wound to his right thigh as a

result of the fire caused by the IED setting off the ammunition in the vehicle. After multiple surgeries to his left leg and continued complications with his left leg, the left leg was amputated below the knee.

869.    As a result of the attack, and the injuries he suffered, Plaintiff Drew Edwards has experienced severe physical and mental anguish and extreme emotional pain and suffering.

870.    Plaintiff Donielle Edwards is a citizen of the United States and domiciled in the State of Missouri. She is the wife of Drew Edwards.

871.    As a result of the attack, and the injuries Drew Edwards has suffered, Plaintiff Donielle Edwards has experienced severe mental anguish and extreme emotional pain and suffering.

### 73.    THE JULY 19, 2007 ATTACK – HUSSEINYAH

**The Dudek Family**

872.    Plaintiff Daniel Dudek is a citizen of the United States and domiciled in the State of Washington.

873.    On July 19, 2007, Daniel Dudek, then 38, was serving in the U.S. military in Iraq.

874.    Mr. Dudek was in a convoy when an EFP emplaced by Special Groups struck his vehicle.

875.    The weapon used to injure Mr. Dudek was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

876.    As a result of the attack, Mr. Dudek suffers from limited paralysis in his hips and legs, and complete paralysis in both of his ankles and feet. He also has a Lumbar 3/4 cauda equina with no glute muscles and no ability to move the muscles in his calf, ankles, and feet. He also has

reduced feeling in his legs down to his ankles. He also has a deep shrapnel hole in his back and pieces of fragmentation throughout his left arm, hips, and buttocks area

877.    As a result of the attack, and the injuries he suffered, Plaintiff Daniel Dudek has experienced severe physical and mental anguish and extreme emotional pain and suffering.

878.    Plaintiff Margaret Dudek is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Daniel Dudek.

879.    Plaintiff Katie Woodard is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Daniel Dudek.

880.    Plaintiff Sarah Dudek is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Daniel Dudek.

881.    Plaintiff Andrew Dudek is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Daniel Dudek.

882.    As a result of the attack, and the injuries Daniel Dudek has suffered, Plaintiffs Margaret Dudek, Katie Woodard, Sarah Dudek and Andrew Dudek have experienced severe mental anguish, and extreme emotional pain and suffering.

## 74.    THE JULY 24, 2007 ATTACK – BAGHDAD

**The Miller Family**

883.    Plaintiff Joseph T. Miller is a citizen of the Unites States and domiciled in the State of Ohio.

884.    On July 24, 2007, Joseph T. Miller, then 20, was serving was serving in the U.S. military in Iraq.

885.    Mr. Miller was in a convoy when an EFP emplaced by Special Groups struck his vehicle.

886.    The weapon used to injure Mr. Miller was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

887.    As a result of the attack, Mr. Miller suffered a ruptured left ear drum, a TBI and post-concussive syndrome.

888.    As a result of the attack, and the injuries he suffered, Plaintiff Joseph T. Miller has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 75.    THE AUGUST 6, 2007 ATTACK – BAGHDAD

**The Neiberger Family**

889.    Christopher Neiberger was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

890.    On August 6, 2007, Christopher Neiberger, aged 22, was serving in the United States military in Iraq when an EFP emplaced by an Iraqi Shi'a Special Group detonated near his vehicle in Baghdad.

891.    Christopher Neiberger was killed in the attack.

892.    The weapon used to kill Christopher Neiberger was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

893.    Plaintiff Richard Neiberger is a citizen of the United States and domiciled in the State of Florida. He is the father of Christopher Neiberger.

894.    Plaintiff Mary Neiberger is a citizen of the United States and domiciled in the State of Florida. She is the mother of Christopher Neiberger.

895. Plaintiff Ami Neiberger is a citizen of the United States and domiciled in the State of Virginia. She is the sister of Christopher Neiberger.

896. Plaintiff Robert Neiberger is a citizen of the United States and domiciled in Washington, D.C. He is the brother of Christopher Neiberger.

897. Plaintiff Eric Neiberger is a citizen of the United States and domiciled in Florida. He is the brother of Christopher Neiberger.

898. Plaintiff Eric Neiberger brings an action individually and on behalf of the Estate of Christopher Neiberger, as its legal representative.

899. As a result of the attack, and the death of Christopher Neiberger, Plaintiffs Richard Neiberger, Mary Neiberger, Ami Neiberger, Robert Neiberger, and Eric Neiberger have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 76. THE SEPTEMBER 4, 2007 ATTACK – BAGHDAD

**The Shelton Family**

900. Randol S. Shelton was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

901. On September 4, 2007, Randol S. Shelton, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

902. Randol S. Shelton was killed in the attack.

903. The weapon used to kill Randol S. Shelton was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

904.    Plaintiff Darlene Shelton is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Randol S. Shelton

905.    As a result of the attack, and the death of Randol S. Shelton, Plaintiff Darlene Shelton has experienced severe mental anguish, extreme emotional pain and suffering and loss of her son's society, companionship, comfort, advice and counsel.

## 77.    THE SEPTEMBER 22, 2007 ATTACK – RUSTAMIYAH

**The Reeves Family**

906.    Joshua H. Reeves was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

907.    On September 22, 2007, Joshua H. Reeves, aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Iraqi Shi'a Special Groups detonated near his vehicle.

908.    Joshua H. Reeves initially survived the EFP detonation, losing consciousness from the pain and shock of the injuries he suffered. However, he died from his injuries later that day. Joshua H. Reeves died one day after his first child, a son, was born.

909.    The weapon used to kill Joshua H. Reeves was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

910.    Plaintiff Leslie K. Reeves-Hardcastle is a citizen of the United States and domiciled in the State of Tennessee. She is the widow of Joshua H. Reeves.

911.    Plaintiff Leslie K. Reeves-Hardcastle brings an action individually and on behalf of the Estate of Joshua Reeves, as its legal representative.

912.    Plaintiff J.R., a minor represented by his legal guardian, Leslie K. Reeves-Hardcastle, is a citizen of the United States and domiciled in the State of Tennessee. He is the son of Joshua H. Reeves.

913.    Plaintiff James L. Reeves is a citizen of the United States and domiciled in the State of Georgia. He is the father of Joshua H. Reeves.

914.    Plaintiff W. Jean Reeves is a citizen of the United States and domiciled in the State of Georgia. She is the mother of Joshua H. Reeves.

915.    Plaintiff Jared Reeves is a citizen of the United States and domiciled in the State of Georgia. He is the brother of Joshua H. Reeves.

916.    Plaintiff Sherri C. Holiman is a citizen of the United States and domiciled in the State of Florida. She is the sister of Joshua H. Reeves.

917.    Plaintiff Joni Ariel Reeves Little is a citizen of the United States and domiciled in the State of Florida. She is the sister of Joshua H. Reeves.

918.    As a result of the September 22, 2007 attack, and the death of Joshua Reeves, Plaintiffs Leslie K. Reeves-Hardcastle, J.R., James L. Reeves, W. Jean Reeves, Jared Reeves, Sherri C. Holiman and Joni Ariel Reeves Little have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel.

## 78.    THE SEPTEMBER 26, 2007 ATTACK – BAGHDAD

**The Lee Family**

919.    Plaintiff William Lee is a citizen of the United States and domiciled in the State of Virginia.

920.    On September 26, 2007, William Lee, then 44, was serving in the U.S. military in

Iraq when an EFP emplaced by Special Groups detonated near his vehicle. William Lee was seated behind the driver in an up-armored M1151 vehicle traveling southwest on Route Raiders in the Saidiya neighborhood of Iraq when the vehicle in which he was traveling was struck by an EFP.

921.    The weapon used to injure William Lee was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

922.    As a result of the attack, Mr. Lee sustained shrapnel injuries to his face including above his right eye and to various other parts of his body. One piece of shrapnel became lodged in his right medial sinus cavity while another piece of shrapnel impacted the subcutaneous nerve network in his right thigh. This has caused intermittent shooting pain in his right leg which continues to a lesser degree through the present. He has been informed that there is likely a piece of shrapnel from the EFP also lodged in his right anterior cruciate ligament. He suffers from post-traumatic stress disorder ("PTSD").

923.    As a result of the attack, and the injuries he suffered, Plaintiff William Lee has experienced severe physical and mental anguish and extreme emotional pain and suffering.

924.    Plaintiff Alexandria L. Lee is a citizen of the United States and domiciled in the State of Virginia. She is the daughter of William Lee.

925.    Plaintiff William J. Lee is a citizen of the United States and domiciled in the State of Virginia. He is the son of William Lee.

926.    Plaintiff Lillie Lai Lee is a citizen of the United States and domiciled in the State of Virginia. She is the ex-wife of William Lee. Lillie Lai Lee and William Lee were married at the time of the attack in which William Lee was injured and did not obtain a divorce until December 2018. The marital discord resulting in divorce was caused in significant part by the PTSD that

William Lee has battled since he was injured in the EFP attack.

927.     As a result of the attack, and the injuries William Lee suffered, Plaintiffs Alexandria L. Lee, William J. Lee, and Lillie Lai Lee have experienced severe mental anguish and extreme emotional pain and suffering.

**The Hunt Family**

928.     Plaintiff Jennifer Lynn Hunt is a citizen of the United States and domiciled in the State of Maryland.

929.     On September 26, 2007, Jennifer Lynn Hunt, then 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near her vehicle. Jennifer Lynn Hunt was the driver in an up-armored M1151 vehicle traveling southwest on Route Raiders in the Saidiya neighborhood of Iraq when the vehicle that she was driving was struck by an EFP.

930.     The weapon used to injure Jennifer Lynn Hunt was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

931.     As a result of the attack, Jennifer Lynn Hunt sustained shrapnel wounds to her face and to both of her arms, nerve damage to her dominant hand, burn injuries to her back, and scarring. She also suffers from PTSD.

932.     As a result of the attack, and the injuries she suffered, Plaintiff Jennifer Lynn Hunt has experienced severe physical and mental anguish and extreme emotional pain and suffering.

79.     **THE DECEMBER 9, 2007 ATTACK – AZ ZUBAYDIYAH**

**The Shaw Family**

933.     Micah Shaw was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

934.    On December 9, 2007, Micah Shaw, aged 32, was serving as a civilian contractor in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

935.    Micah Shaw was killed in the attack.

936.    The weapon used to kill Micah Shaw was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

937.    Plaintiff Elena Shaw is a citizen of the United States and domiciled in the State of New Hampshire. She is the widow of Micah Shaw.

938.    As a result of the attack, and the death of Micah Shaw, Plaintiff Elena Shaw has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

**The Doheny Family**

939.    Michael Doheny was a citizen of the United States and domiciled in the State of Nebraska when he was killed in Iraq.

940.    On December 9, 2007, Michael Doheny, aged 30, was serving as a civilian contractor in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

941.    Michael Doheny was killed in the attack.

942.    The weapon used to kill Michael Doheny was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

943.    Plaintiff Melissa Doheny is a citizen of the United States and domiciled in the State of Nebraska. She is the widow of Michael Doheny.

944. Plaintiff Melissa Doheny brings a claim individually and on behalf of the Estate of Michael Doheny, as its legal representative.

945. Plaintiff Kathy Kugler is a citizen of the United States and domiciled in the State of Nebraska. She is the mother of Michael Doheny.

946. Plaintiff Robert Kugler is a citizen of the United States and domiciled in the State of Oregon. He is the brother of Michael Doheny.

947. As a result of the attack, and the death of Michael Doheny, Plaintiffs Melissa Doheny, Kathy Kugler and Robert Kugler have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

**The Evrard Family**

948. Steven Evrard was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

949. On December 9, 2007, Steven Evrard, aged 36, was serving as a civilian contractor in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

950. Steven Evrard was killed in the attack.

951. The weapon used to kill Steven Evrard was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

952. Plaintiff Tanya Evrard is a citizen of the United States and domiciled in the State of Texas. She is the widow of Steven Evrard.

953.     As a result of the attack, and the death of Steven Evrard, Plaintiff Tanya Evrard has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's companionship, comfort, advice and counsel.

**The Johnson Family**

954.     Plaintiff Billy Johnson is a citizen of the United States and domiciled in the State of Tennessee.

955.     On December 9, 2007, Billy Johnson, then 39, was serving as a civilian contractor in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

956.     The weapon used to injure Billy Johnson was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

957.     As a result of the attack, Mr. Johnson's right leg was amputated below the knee. He also required multiple surgical implants in his left leg and left arm. In addition, Mr. Johnson suffered amputation of one finger on his left hand and partial amputation of a finger on his right hand.

958.     Mr. Johnson has endured more than 50 surgical procedures including multiple skin grafts. He also sustained a TBI and suffers from PTSD.

959.     As a result of the attack, and the injuries he suffered, Plaintiff Billy Johnson has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**80.     THE FEBRUARY 19, 2008 ATTACK – BAGHDAD**

**The Mann Family**

960.     Plaintiff Jeffrey C. Mann is a citizen of the United States and domiciled in the State of North Carolina.

961.     On February 19, 2008, Jeffrey C. Mann, then 25, was serving in the U.S. military in Iraq.

962.     Jeffrey C. Mann was inside a building at Forward Operating Base Rustamiyah in the southeast portion of Baghdad when the base was hit with a barrage of IRAMs fired from a dump truck in close proximity to the base.

963.     One of the rockets caused a fuel tank on the base to explode, destroying part of the building in which Jeffrey C. Mann was standing.

964.     KH operatives fired the IRAMs at the base. Those operatives were trained by Hezbollah and funded and supplied by the IRGC-QF and they launched the attack at the direction of both Hezbollah and the IRGC-QF as their proxy.

965.     The concussive blast of the explosion threw Jeffrey C. Mann backward, and he hit his head causing him to lose consciousness.

966.     As a result of the attack, Jeffrey C. Mann suffered a TBI that has impeded his ability to concentrate or work. He also suffers from migraines and has difficulty completing tasks. The injuries he sustained have also caused a loss of feeling in part of his face in addition to impaired vision, tinnitus and hearing loss. He also suffered injuries to his back which now require that he use a cane when walking for any extended period of time while also suffering pain and numbness in his legs. He also suffers from PTSD.

967.     As a result of the attack, and the injuries he suffered, Jeffrey C. Mann has experienced severe physical and mental anguish and extreme emotional pain and suffering.

81.     **THE MARCH 11, 2008 ATTACK – BABIL PROVINCE**

**The West Family**

968.     Laurent J. West was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

969.     On March 11, 2008, Laurent J. West, aged 32, was serving in the U.S. military in Iraq when an IED emplaced by an Iraqi Shi'a Special Group detonated near his vehicle.

970.     Laurent J. West was killed in the attack perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

971.     Plaintiff Michelle West is a citizen of the United States and domiciled in the State of New Mexico. She is the widow of Laurent J. West.

972.     As a result of the attack, and the death of Laurent J. West, Plaintiff Michelle West has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

82.     **THE MARCH 12, 2008 ATTACK – CAMP ADDER**

**The Samten Family**

973.     Tenzin Lobsang Samten was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

974.     On March 12, 2008, Tenzin Lobsang Samten, aged 33, was serving in the U.S. military in Iraq near the city of An-Nasiriyah when his vehicle was struck by mortar fire launched by Iraqi Shi'a Special Groups terror operatives.

975.     Tenzin Lobsang Samten was killed in the attack.

976.    The attack that killed Tenzin Lobsang Samten was carried out by Iraqi Shi'a Special Groups operatives working at the behest of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing tactics taught to them by Hezbollah.

977.    Plaintiff Rebecca L. Samten-Finch is a citizen of the United States and domiciled in the State of North Carolina. She is the widow of Tenzin Lobsang Samten.

978.    Plaintiff Rebecca L. Samten-Finch brings an action individually and on behalf of the Estate of Tenzin Lobsang Samten, as its legal representative.

979.    Plaintiff D.A.S., a minor, represented by her legal guardian, Rebecca L. Samten-Finch, is a citizen of the United States and domiciled in the State of North Carolina. She is the daughter of Tenzin Lobsang Samten.

980.    Plaintiff M.B.S., a minor, represented by his legal guardian, Rebecca L. Samten-Finch, is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Tenzin Lobsang Samten.

981.    As a result of the attack, and the death of Tenzin Lobsang Samten, Plaintiffs Rebecca L. Samten-Finch, D.A.S., and M.B.S. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Bradley Family**

982.    Juantrea Tyrone Bradley was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

983.    On March 12, 2008, Juantrea Tyrone Bradley, aged 28, was serving in the U.S. military in Iraq near the city of An-Nasiriyah when his vehicle was struck by mortar fire launched by Iraqi Shi'a Special Groups terror operatives.

984.    Juantrea Tyrone Bradley was killed in the attack.

985.    The attack that killed Juantrea Tyrone Bradley was carried out by Iraqi Shi'a Special Groups operatives working at the behest of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing tactics taught to them by Hezbollah.

986.    Plaintiff Ava Lanette Bradley is a citizen of the United States and domiciled in the State of North Carolina. She is the widow of Juantrea Tyrone Bradley.

987.    Plaintiff Ava Lanette Bradley brings an action individually and on behalf of the Estate of Juantrea Tyrone Bradley, as its legal representative.

988.    Plaintiff A.D.B., a minor, represented by her legal guardian, Ava Lanette Bradley, is a citizen of the United States and domiciled in the State of North Carolina. She is the daughter of Juantrea Tyrone Bradley.

989.    Plaintiff T.T.B., a minor, represented by his legal guardian, Ava Lanette Bradley, is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Juantrea Tyrone Bradley.

990.    Plaintiff J.T.B., a minor, represented by his legal guardian, Ava Lanette Bradley, is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Juantrea Tyrone Bradley.

991.    Plaintiff Anthony Hudson is a citizen of the United States and domiciled in the State of North Carolina. He is the step-son of Juantrea Tyrone Bradley.

992.    As a result of the attack, and the death of Juantrea Tyrone Bradley, Plaintiffs Ava Lanette Bradley, A.D.B., T.T.B., J.T.B., and Anthony Hudson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

83. **THE MARCH 23, 2008 ATTACK – BAGHDAD**

**The Converse Family**

993. Paul R. Converse was a citizen of the United States and domiciled in the State of Washington.

994. On March 23, 2008, Paul R. Converse, aged 56, was a civilian working as an auditor for the Special Inspector General for Iraq Reconstruction ("SIGIR") in Baghdad.

995. On March 23, 2008, a barrage of six 107mm rockets were fired by Iraqi Shi'a Special Groups into the Green Zone in Baghdad where Paul R. Converse was working on Easter Sunday.

996. Paul R. Converse was mortally wounded in the rocket attack and succumbed to his wounds the following day.

997. The Iraqi Shi'a Special Groups terror operatives that murdered Paul R. Converse were trained by Hezbollah and funded and armed by the IRGC-QF and they launched the attack at the direction of both Hezbollah and the IRGC-QF, as their proxy.

998. Plaintiff Frank L. Converse is a citizen of the United States and domiciled in the State of Washington. He is the brother of Paul R. Converse.

999. Plaintiff Frank L. Converse brings an action individually and on behalf of the Estate of Paul R. Converse, as its legal representative.

1000. As a result of the attack, and the death of Paul R. Converse, Plaintiff Frank L. Converse has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his brother's society, companionship, comfort, advice and counsel.

84.   **THE MARCH 23, 2008 ATTACK – BAGHDAD**

**The Habsieger Family**

1001.   Andrew J. Habsieger was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

1002.   On March 23, 2008, Andrew J. Habsieger, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

1003.   Andrew J. Habsieger was killed in the attack.

1004.   The weapon used to kill Andrew J. Habsieger was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1005.   Brenda Habsieger is a citizen of the United States and domiciled in the State of Missouri. She is the mother of Andrew J. Habsieger.

1006.   Brenda Habsieger brings an action on behalf of the Estate of Andrew J. Habsieger, as its legal representative, for his death and any suffering and/ or economic loss he/his Estate sustained as a result of the attack.

**The Hake Family**

1007.   Christopher M. Hake was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

1008.   On March 23, 2008, Christopher M. Hake, aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

1009.   Christopher M. Hake was killed in the attack.

1010.   The weapon used to kill Christopher M. Hake was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction,

using specialized training and components supplied by Hezbollah and the IRGC.

1011. Plaintiff Jennifer Renee York is a citizen of the United States and domiciled in the State of Oklahoma. She is the step-sister of Christopher M. Hake.

1012. Plaintiff Jason York is a citizen of the United States and domiciled in the State of Oklahoma. He is the step-brother of Christopher M. Hake.

1013. As a result of the attack, and the death of Christopher M. Hake, Plaintiffs Jennifer Renee York and Jason York have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's society, companionship, comfort, advice and counsel.

**The Mason Family**

1014. Plaintiff Russell Mason is a citizen of the United States and domiciled in the State of Maryland.

1015. On March 23, 2008, Russell Mason, then 23, was serving in the U.S. military in Iraq.

1016. Russell Mason was the commander of the convey and was an occupant in the vehicle being driven by Benjamin Carrington traveling in the same convoy when an EFP emplaced by Special Groups detonated near the lead vehicle, resulting in the deaths of four soldiers that day and the death of fellow soldier Steve A. McCoy, who subsequently died as a result of his injuries.

1017. The weapon that caused the deaths of the soldiers who had been traveling in the lead vehicle was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1018. Following the blast, the lead vehicle began to burn, eventually burning uncontrollably.

1019.   Steve A. McCoy, the truck commander of the lead vehicle exited the vehicle, his body and clothes on fire. Nearly all of his clothes had been burned off.

1020.   After the vehicle in which Mr. Mason was traveling approached the disabled vehicle he dismounted. While engulfed in flames, Mr. McCoy began running toward Mr. Fieser, screaming and crying out to him.

1021.   While trying to help Steve A. McCoy, they came under fire from the ground floor and a second-floor window position south of where the convey had been attacked.

1022.   Mr. Mason suffers from PTSD and has experienced survivor's guilt. He has received treatment and counseling for these issues.

1023.   As a result of the attack, and the injuries he suffered, Plaintiff Russell Mason has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**The Pool Family**

1024.   Plaintiff Andy Pool is a citizen of the United States and domiciled in the State of Arkansas.

1025.   On March 23, 2008, Andy Pool, then 26, was serving in the U.S. military in Iraq.

1026.   Andy Pool was an occupant of the vehicle that Benjamin Carrington was driving when an EFP emplaced by Special Groups detonated near the lead vehicle in the convoy, resulting in the deaths of four soldiers that day and the subsequent death of Steve A. McCoy.

1027.   The weapon that caused the deaths of the soldiers who had been traveling in the lead vehicle was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1028.   Mr. Pool witnessed the attack scene and the aftermath, including seeing Steve A. McCoy engulfed in flames. Although Mr. McCoy was essentially unrecognizable, Mr. Pool realized it was Steve A. McCoy solely from his tattoo that was somewhat visible.

1029.   Mr. Pool traveled alongside Steve A. McCoy and continued to talk to him as he was transported to the hospital. Throughout this period, Steve A. McCoy screamed with pain. While en route to the hospital, Steve A. McCoy asked Andy Pool to tell his wife and children that he loved them.

1030.   Andy Pool endures extreme survivor's guilt. He has also experienced nightmares and sleep issues.

1031.   He has been diagnosed with PTSD.

1032.   Mr. Pool has sought counseling to address the PTSD and the impact that the attack has had upon him. He has been prescribed medication to treat this condition and the sleep issues that have developed since the attack.

1033.   As a result of the attack, and the injuries he suffered, Plaintiff Andy Pool has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**85.   THE MARCH 27, 2008 ATTACK – SADR CITY**

**The Gerber Family**

1034.   Plaintiff Anthony M. Gerber is a citizen of the United States and domiciled in the State of Washington.

1035.   On March 27, 2008, Anthony M. Gerber, then 21, was serving in the U.S. military in Iraq.

1036.   Mr. Gerber was in a convoy when an EFP emplaced by Special Groups struck the vehicle immediately in front of his.

1037.   The weapon used to injure Mr. Gerber was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1038.

1039.   As a result of the attack, he suffered multiple concussions and suffers from PTSD, a TBI, chronic back pain and tinnitus.

1040.   As a result of the attack, and the injuries he suffered, Plaintiff Anthony M. Gerber has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**The Gregston Family**

1041.   Plaintiff Charles B. Gregston served in Iraq as part of the 1-2 Stryker Calvary Regiment. He is a citizen of the United States and domiciled in the State of California.

1042.   During 2007 and 2008, Charles B. Gregston was deployed in and/or near Sadr City, Iraq for 15 months. Charles B. Gregston's second and final deployment was from November 2009 to December 2010, when he was stationed on the outskirts of Baghdad.

1043.   During both deployments in Iraq, Charles B. Gregston's unit confronted Iraqi Shi'a Special Group fighters. Charles B. Gregston was an immediate responder during the Special Groups' sniper attack on September 30, 2007 and the Special Groups' EFP attack that injured Plaintiff Anthony M. Gerber on March 27, 2008. Charles B. Gregston was exposed to multiple roadside bombs while his unit patrolled Special Groups strongholds.

1044.   The attacks described herein were perpetrated by Special Groups operatives working at the direction of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing training provided by Hezbollah.

1045.   Due to his multiple encounters with JAM, Special Groups and exposure to multiple

blasts from JAM and Iraqi Shi'a Special Groups devices, Charles B. Gregston sustained a number of injuries, including PTSD, TBIs, and tinnitus, resulting in, among other things, permanent hearing loss. Due to his injuries, Charles B. Gregston has received a 100% disability rating from the U.S. Department of Veterans Affairs.

1046.   As a result of the JAM and Special Groups attacks, Plaintiff Charles B. Gregston has experienced severe mental anguish and extreme emotional pain and suffering.

## 86.   THE APRIL 3, 2008 ATTACK – SADR CITY

**The Robinson Family**

1047.   Plaintiff Jason Robinson is a citizen of the United States and domiciled in the State of Virginia.

1048.   On April 3, 2008, Jason Robinson, then 37,  was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

1049.   The weapon used to injure Jason Robinson was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1050.   As a result of the attack, Jason Robinson's sustained shrapnel wounds to his face, neck and shoulder. The blast also dislocated two lumbar disks and ruptured both of his eardrums.

1051.   As a result of the attack, and the injuries he suffered, Plaintiff Jason Robinson has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1052.   Plaintiff Frances Robinson is a citizen of the United States and domiciled in the State of Virginia. She is the wife of Jason Robinson.

1053.   Plaintiff E.R., a minor represented by her legal guardian, Frances Robinson, is a citizen of the United States and domiciled in the State of Virginia. She is the daughter of Jason

Robinson.

1054.   Plaintiff William Justin Weatherly is a citizen of the United States and domiciled in the State of Virginia. He is the step-son of Jason Robinson.

1055.   Plaintiff Michael Weatherly is a citizen of the United States and domiciled in the State of Texas. He is the step-son of Jason Robinson.

1056.   As a result of the attack, and the injuries Jason Robinson suffered, Plaintiffs Frances Robinson, E.R., William Justin Weatherly and Michael Weatherly have experienced severe mental anguish, and extreme emotional pain and suffering.

## 87.   **THE APRIL 17, 2008 ATTACK – SADR CITY**

**The Sloan Family**

1057.   Plaintiff Ronald Sloan is a citizen of the United States and domiciled in the State of Tennessee.

1058.   On April 17, 2008, Ronald Sloan, then 32, was serving in the U.S. military in Iraq.

1059.   Mr. Sloan was on patrol in Sadr City when the Abrams tank he was in was struck by an EFP emplaced by Special Groups.

1060.   The weapon used to injure Mr. Sloan was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1061.   As a result of the attack, Mr. Sloan was struck by shrapnel on the right side of his face and neck.

1062.   He was medevaced to the 86th combat support hospital for treatment of his wounds. He was then sent to the Green Zone for further evaluation.

1063.   Mr. Sloan also suffers from PTSD.

1064.  As a result of the attack, and the injuries he suffered, Plaintiff Ronald Sloan has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**88.**    **THE APRIL 21, 2008 ATTACK – SADR CITY**

**The Thomsen Family**

1065.  Plaintiff Mark E. Thomsen is a citizen of the Unites States and domiciled in the State of Arkansas.

1066.  On April 21, 2008, Mark E. Thomsen was serving in the U.S. military in Iraq when his unit was attacked with an IRAM.

1067.  The attack was perpetrated by Hezbollah-trained and IRGC-QF-supplied operatives of the JAM and KH Special Groups acting as agents and proxies of Hezbollah and the IRGC-QF.

1068.  As a result of the attack, Mark E. Thomsen suffered a concussion. He also suffers from a TBI and PTSD.

1069.  As a result of the attack, and the injuries he suffered, Plaintiff Mark E. Thomsen has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1070.  Plaintiff Ardell Thomsen is a citizen of the United States and domiciled in the State of Arkansas. She is the mother of Mark E. Thomsen.

1071.  Plaintiff Ralph Thomsen is a citizen of the United States and domiciled in the State of Arkansas. He is the father of Mark E. Thomsen.

1072.  As a result of the attack, and the injuries suffered by Mark E. Thomsen, Plaintiffs Ardell Thomsen and Ralph Thomsen have experienced severe mental anguish, and extreme emotional pain and suffering.

## 89.   **THE APRIL 21, 2008 ATTACK – BAGHDAD**

**The Bogart Family**

1073.   Plaintiff Evan D. Bogart is a citizen of the Unites States and domiciled in the State of Arizona.

1074.   On April 21, 2008, Evan Bogart, then 25, was serving was serving in the U.S. military in Iraq.

1075.   Mr. Bogart was in a convoy when an EFP emplaced by Special Groups struck his vehicle.

1076.   The weapon used to injure Mr. Bogart was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1077.   As a result of the attack, Mr. Bogart sustained burns and blast injuries to his face as well as a shrapnel injury to his left shoulder. He also suffers from PTSD and tinnitus.

1078.   As a result of the attack, and the injuries he suffered, Plaintiff Evan D. Bogart has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1079.   Plaintiff Lani D. Bogart is a citizen of the Unites States and domiciled in the State of Arizona. She is the mother of Evan D. Bogart.

1080.   Plaintiff Douglas R. Bogart is a citizen of the Unites States and domiciled in the State of Arizona. He is the brother of Evan D. Bogart.

1081.   Plaintiff Christopher Bogart is a citizen of the Unites States and domiciled in the State of Arizona. He is the brother of Evan D. Bogart.

1082.   Plaintiff Cana Hickman is a citizen of the Unites States and domiciled in the State of Texas. She is the sister of Evan D. Bogart.

1083.   As a result of the attack, and the injuries suffered by Evan D. Bogart, Plaintiffs Lani

D. Bogart, Douglas R. Bogart, Christopher Bogart and Cana Hickman have experienced severe

mental anguish, and extreme emotional pain and suffering.

### 90.   THE APRIL 21, 2008 ATTACK – SADR CITY

**The Rosa-Valentin Family**

1084.   Plaintiff Luis Rosa-Valentin is a citizen of the United States and domiciled in the

State of Maryland.

1085.   On April 21, 2008, Luis Rosa-Valentin, then 24, was serving in the U.S. military in

Iraq.

1086.   Mr. Rosa-Valentin was on foot patrol in the Al Amin neighborhood of Baghdad

when he was struck by an EFP emplaced by Special Groups.

1087.   The weapon used to injure Mr. Rosa-Valentin was a Hezbollah-designed and

Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction,

using specialized training and components supplied by Hezbollah and the IRGC.

1088.   As a result of the attack, Mr. Rosa-Valentin lost both of his legs and his left arm.

He also suffered blindness in one eye, lost his hearing, and broke every bone in his face.

1089.   He has also been diagnosed with a TBI and PTSD.

1090.   As a result of the attack, and the injuries he suffered, Plaintiff Luis Rosa-Valentin

has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1091.   Plaintiff M.R., a minor represented by her legal guardian Luis Rosa-Valentin, is a

citizen of the United States and domiciled in the State of Maryland. She is the daughter of Luis

Rosa-Valentin.

1092.   Plaintiff Iliana M. Rosa-Valentin is a citizen of the Unites States and domiciled in

the State of Maryland. She is the sister of Luis Rosa Valentin.

1093.   As a result of the attack, and the injuries suffered by Luis Rosa-Valentin, Plaintiffs M.R. and Iliana M. Rosa-Valentin have experienced severe mental anguish, and extreme emotional pain and suffering.

**91.**   **THE APRIL 28, 2008 ATTACK – BAGHDAD**

**The Sloan Family**

1094.   Plaintiff Ronald Sloan is a citizen of the United States and domiciled in the State of Tennessee.

1095.   On April 28, 2008, Ronald Sloan, then 32, was serving in the U.S. military in Iraq when his unit was attacked with IRAMs by Hezbollah-trained and IRGC-QF-supplied operatives of the KH Special Groups acting as agents and proxies of Hezbollah and the IRGC-QF.

1096.   As a result of the attack, Mr. Sloan was knocked unconscious. He also suffered ear pain and general discomfort.

1097.   Mr. Sloan has subsequently been diagnosed as suffering from a TBI and PTSD.

1098.   As a result of the attack, and the injuries he suffered, Plaintiff Ronald Sloan has experienced severe physical and mental anguish and extreme emotional pain and suffering

**92.**   **THE APRIL 29, 2008 ATTACK – BAGHDAD**

**The Kaplan Family**

1099.   Plaintiff Preston Charles Kaplan is a citizen of the United States and domiciled in the State of Texas.

1100.   On April 28, 2008, Preston Charles Kaplan, then 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle. He was the

turret gunner in an M1114 up-armored Humvee that was hit with an EFP on the front passenger-side door while traveling in the Kadhimiya neighborhood of Baghdad.

1101.   The weapon used to injure Preston Charles Kaplan was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1102.   As a result of the attack, Preston Charles Kaplan sustained a penetrating wound to his right leg including blast injuries to his tibial shaft. Shrapnel lacerated his popliteal artery and injured his peroneal nerve. He also sustained a TBI, bilateral hearing loss, tinnitus and scarring. He also suffers from sleep apnea, gastroesophageal reflux disease, and PTSD. After numerous attempts to save his right leg below the knee, he underwent a below-the-knee amputation 19 months after the attack and suffered additional infections following the amputation that required significant additional surgeries.

1103.   Mr. Kaplan has received extensive medical treatment at multiple hospitals including various surgeries and prosthetic fittings.

1104.   As a result of the attack, and the injuries he suffered, Preston Charles Kaplan has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1105.   Plaintiff Nicole A. Kaplan is a citizen of the United States and domiciled in the State of Texas. She is the wife of Preston Charles Kaplan.

1106.   Plaintiff Noni Kaplan is a citizen of the United States and domiciled in the State of California. She is the mother of Preston Charles Kaplan.

1107.   Plaintiff David Kaplan is a citizen of the United States and domiciled in the State of California. He is the father of Preston Charles Kaplan.

1108.   Plaintiff Jaime Zarcone is a citizen of the United States and domiciled in the State of California. She is the sister of Preston Charles Kaplan.

1109.   Plaintiff Jessalyn Holt is a citizen of the United States and domiciled in the State of California. She is the sister of Preston Charles Kaplan.

1110.   As a result of the attack, and the injuries Preston Charles Kaplan suffered, Plaintiffs Nicole A. Kaplan, Noni Kaplan, David Kaplan, Jaime Zarcone, and Jessalyn Holt have experienced severe mental anguish and extreme emotional pain and suffering.

### 93.    THE APRIL 30, 2008 ATTACK – BAGHDAD

**The Tucker Family**

1111.   Ronald J. Tucker was a citizen of the Unites States and domiciled in the State of Colorado when he was killed in Iraq.

1112.   On April 30, 2008, Ronald J. Tucker, aged 21, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his HMMWV in Baghdad.

1113.   Ronald J. Tucker was killed in the attack.

1114.   The weapon used to kill Ronald J. Tucker was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1115.   Plaintiff Susan Arnold is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Ronald J. Tucker.

1116.   Plaintiff Susan Arnold brings an action individually and on behalf of the Estate of Ronald J. Tucker, as its legal representative.

1117.   Plaintiff David Arnold is a citizen of the United States and domiciled in the State

of Colorado. He is the step-father of Ronald J. Tucker.

1118.   Plaintiff Samantha Tucker is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Ronald J. Tucker.

1119.   Plaintiff Brandon Arnold is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Ronald J. Tucker.

1120.   Plaintiff Daisy Tucker is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Ronald J. Tucker.

1121.   As a result of the attack, and the death of Ronald J. Tucker, Plaintiffs Susan Arnold, David Arnold, Samantha Tucker, Brandon Arnold and Daisy Tucker have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 94.    THE MAY 1, 2008 ATTACK – SADR CITY

**The Daggett Family**

1122.   John K. Daggett was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

1123.   On May 1, 2008, John K. Daggett, aged 21, was serving in the U.S. military in Iraq when an RPG fired by an Iraqi Shi'a Special Groups terror operative hit the vehicle in which he was travelling.

1124.   John K. Daggett was injured in the attack, and he died on May 15, 2008 from the injuries he sustained in the attack.

1125.   John K. Daggett was killed in the attack perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

1126.   Plaintiff John Daggett is a citizen of the United States and domiciled in the State of

Arizona. He is the father of John K. Daggett.

1127.   Plaintiff Colleen Czaplicki is a citizen of the United States and domiciled in the State of Arizona. She is the mother of John K. Daggett.

1128.   As a result of the attack, and the death of John K. Daggett, Plaintiffs John Daggett and Colleen Czaplicki have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

### 95.   THE JUNE 24, 2008 ATTACK - BAGHDAD

**The Farley Family**

1129.   Steven L. Farley was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

1130.   Steven L. Farley worked in Iraq under the auspices of the U.S. Department of State as a member of a Provincial Reconstruction Team  in eastern Baghdad in 2008.

1131.   On June 24, 2008, a Iraqi Shi'a Special Groups cell executed a sophisticated assassination bombing in a local government office in Sadr City that targeted Americans and local government officials who were not followers of Muqtada al-Sadr. The bomb killed 11 people, including Mr. Farley and three other Americans.

1132.   The attack was perpetrated by Iraqi Shi'a Special Groups operatives working at the direction of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing training provided by Hezbollah.

1133.   Plaintiff Donna Farley is a citizen of the United States and domiciled in the State of Oklahoma. She is the widow of Steven Farley.

1134.   Plaintiff Noel J. Farley, Sr. is a citizen of the United States and domiciled in the State of Oklahoma. He is the father of Steven Farley.

1135.   Plaintiff Barbara Farley is a citizen of the United States and domiciled in the State of Oklahoma. She is the mother of Steven Farley.

1136.   Plaintiff Brett Farley is a citizen of the United States and domiciled in the State of Oklahoma. He is the son of Steven Farley.

1137.   Plaintiff Cameron Farley is a citizen of the United States and domiciled in the State of Oklahoma. He is the son of Steven Farley.

1138.   Plaintiff Chris Farley is a citizen of the United States and domiciled in the State of Oklahoma. He is the son of Steven Farley.

1139.   Plaintiff Vickie McHone is a citizen of the United States and domiciled in the State of Oklahoma. She is the sister of Steven Farley.

1140.   Plaintiff Noel S. Farley is a citizen of the United States and domiciled in the State of Oklahoma. He is the brother of Steven Farley.

1141.   As a result of the June 24, 2008 attack, and the death of Steven Farley, Plaintiffs Donna Farley, Noel J. Farley, Sr., Barbara Farley, Brett Farley, Cameron Farley, Chris Farley, Vickie McHone and Noel S. Farley have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel.

**The Suveges Family**

1142.   Nicole Suveges was a citizen of the United States and domiciled in the State of Illinois when she was killed in Iraq.

1143.   Nicole Suveges was a political scientist who worked for BAE Systems in the Human Terrain System ("HTS") program in eastern Bagdad in 2008. The HTS program was designed to promote cultural understanding between U.S. military and Iraqis.

1144.   On June 24, 2008, a Iraqi Shi'a Special Groups cell executed a sophisticated assassination bombing in a local government office in Sadr City that targeted Americans and local government officials who were not followers of Muqtada al-Sadr. The bomb killed 11 people, including Ms. Suveges and three other Americans.

1145.   The attack was perpetrated by Iraqi Shi'a Special Groups operatives working at the direction of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing training provided by Hezbollah.

1146.   Plaintiff David C. Iverson is a citizen of the United States and domiciled in the State of Maryland. He is the widower of Nicole Suveges.

1147.   As a result of the attack, and the death of Nicole Suveges, Plaintiff David C. Iverson has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his wife's society, companionship, comfort, advice and counsel.

### 96.   THE AUGUST 26, 2008 ATTACK – SADR CITY

**The Koulchar Family**

1148.   Plaintiff Nicholas Gene Koulchar is a citizen of the United States and domiciled in the State of Michigan.

1149.   On August 26, 2008, Nicholas Gene Koulchar, then 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle. Nicholas Gene Koulchar was the gunner in an RG-33 armored vehicle that was the lead vehicle in a convoy conducting route-clearing in the vicinity of Route Grizzlies and Route Gold in Sadr City. Nicholas Gene Koulchar's vehicle was struck by an EFP that had been mounted at a height of 86 inches in a shack near the side of the road.

1150.   The weapon used to injure Nicholas Gene Koulchar was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1151.   As a result of the attack, Mr. Koulchar sustained traumatic bilateral above-the-knee amputations, scarring on his lower body and back, genital trauma, facial scars, ulnar neuropathy and dysesthesia in his right hand and tinnitus. He was transported to a medical aid station in Sadr City and then to central Baghdad where he was stabilized following multiple surgeries. Mr. Koulchar was airlifted to Landstuhl, Germany and then to Walter Reed Army Medical Center in Washington, D.C. He suffers from PTSD.

1152.   Nicholas Gene Koulchar has received extensive medical treatment at multiple hospitals including various surgeries and prosthetic fittings.

1153.   As a result of the attack, and the injuries he suffered, Nicholas Gene Koulchar has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1154.   Plaintiff Michael Koulchar is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Nicholas Gene Koulchar.

1155.   As a result of the attack, and the injuries Nicholas Gene Koulchar suffered, Plaintiff Michael Koulchar has experienced severe mental anguish and extreme emotional pain and suffering.

### 97.      THE DECEMBER 28, 2008 ATTACK – SADR CITY

**The Paul Family**

1156.   Plaintiff Carllie Paul is a citizen of the United States and domiciled in the State of Florida.

1157.   On December 28, 2008, Carllie Paul, then 22, was serving in the U.S. military in Iraq when his M1151 vehicle was attacked with grenades and small arms fire by Iraqi Shi'a Special Groups terror operatives.

1158.   Carllie Paul was injured in the attack perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

1159.   As a result of the attack, Carllie Paul sustained burns to both of his arms resulting in lasting scars and injuries to his back. He was airlifted to Landstuhl, Germany where he stayed for approximately two weeks after which he was transferred to Fort Bliss, Texas. He also suffered from severe PTSD. He has difficulty sleeping, experiences nightmares, and suffers from depression, anxiety, and suicidal ideation.

1160.   As a result of the attack, and the injuries he suffered, Carllie Paul has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 98.   THE JANUARY 10, 2009 ATTACK – BAGHDAD

### The Bauer Family

1161.   Justin Bauer was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

1162.   On January 10, 2009, Justin Bauer, aged 24, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

1163.   Justin Bauer was killed in the attack.

1164.   The weapon used to kill Justin Bauer was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1165.   Plaintiff Connie Haddock is a citizen of the United States and domiciled in the State

of Colorado. She is the mother of Justin Bauer.

1166.   Plaintiff Jacob Bauer is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Justin Bauer.

1167.   Plaintiff Jeremy Bauer is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Justin Bauer.

1168.   As a result of the attack, and the death of Justin Bauer, Plaintiffs Connie Haddock, Jacob Bauer and Jeremy Bauer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Ward Family**

1169.   Plaintiff Patrick Ward is a citizen of the United States and domiciled in the State of Pennsylvania.

1170.   On January 10, 2009, Patrick Ward, then 36, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1171.   Mr. Ward was an occupant in the third vehicle traveling in a four-vehicle convoy, when the lead vehicle was hit by an EFP.

1172.   The EFP used to injure Patrick Ward was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC

1173.   After the EFP struck the lead vehicle, Mr. Ward got out of his vehicle and went to check on the occupants of the lead vehicle. He observed that the back of Justin Bauer's legs had been blown off and that he appeared to be dead. He assisted the medic in extricating a soldier, whose right leg had been severed, out of the HMMWV.

1174.   Following the explosion of the EFP, the convoy was attacked by a sniper on a nearby roof.

1175.   As a result of the attack, Mr. Ward was diagnosed with PTSD. He sought counseling after he returned to the U.S.

1176.   As a result of the attack, Plaintiff Patrick Ward has experienced severe mental anguish and extreme emotional pain and suffering.

1177.   Plaintiff Jarrett Ward is a citizen of the United States and domiciled in the State of Pennsylvania. He is the son of Patrick Ward.

1178.   As a result of the attack, and the injuries Patrick Ward suffered, Plaintiff Jarrett Ward has experienced severe mental anguish and extreme emotional pain and suffering.

### 99.   **THE FEBRUARY 26, 2009 ATTACK – ADHAMIYAH**

**The Connelly Family**

1179.   Brian Connelly was a citizen of the United States and domiciled in the State of New Jersey when he was killed in Iraq.

1180.   On February 26, 2009, Brian Connelly, aged 26, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle in the Adhamiyah District in eastern Baghdad.

1181.   Brian Connelly was killed in the attack.

1182.   The weapon used to kill Brian Connelly was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1183.   Plaintiff Kara Connelly is a citizen of the United States and domiciled in the State of New Jersey. She is the widow of Brian Connelly.

1184.   Plaintiff Jean Dammann is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Brian Connelly.

1185.   Plaintiff Mark Dammann is a citizen of the United States and domiciled in the State of Ohio. He is the father of Brian Connelly.

1186.   Plaintiff Kevin Connelly is a citizen of the United States and domiciled in the State of New Jersey. He is the brother of Brian Connelly.

1187.   As a result of the attack, and the death of Brian Connelly, Plaintiffs Kara Connelly, Jean Dammann, Mark Dammann and Kevin Connelly have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

### 100.   THE MAY 17, 2009 ATTACK – BAGHDAD

**The Canine Family**

1188.   Robert Canine is a citizen of the United States and domiciled in the State of Missouri.

1189.   On May 17, 2009, Robert Canine, age 29, was serving in the U.S. military in Iraq.

1190.   Mr. Canine was on a routine patrol in northwest Baghdad when his vehicle was struck by an EFP emplaced by Special Groups.

1191.   The weapon used to injure Mr. Canine was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1192.   As a result of the attack, he sustained significant injuries due to the impact of shrapnel and portions of the explosive device impacting his body.

1193.  Mr. Canine's injuries included significant damage to his right leg and foot and the essential removal of the toes of his left foot as well as the loss of a great deal of blood.

1194.  The injuries necessitated the amputation of his right leg and left foot.

1195.  Apart from the injuries to his legs and feet, he also sustained a large laceration that ran from his buttocks to the back of his knee. It was determined that muscle and tissue was removed in these areas due to the blast.

1196.  Mr. Canine has suffered infections that have required treatment and assessment.

1197.  Apart from medical treatment while in Iraq, Mr. Canine received treatment and rehabilitation at Walter Reed Hospital for approximately 18 months.

1198.  Mr. Canine has been diagnosed with PTSD and has received treatment and counseling. He has been prescribed medication to address both the pain and emotional impact of the attack.

1199.  Mr. Canine continues to experience pain and emotional distress each day, and he receives treatment for his injuries.

1200.  Plaintiff Sebastian Canine is a citizen of the United States and domiciled in the State of Missouri. He is the son of Robert Canine.

1201.  As a result of the attack, and the injuries Robert Canine suffered, Plaintiff Sebastian Canine has experienced severe mental anguish and extreme emotional pain and suffering.

**The Richards Family**

1202.  Nathan Richards is a citizen of the United States and domiciled in the State of Florida.

1203.  On May 17, 2009, Nathan Richards, then 22, was serving in the U.S. military in Iraq.

1204.   Mr. Richards was on a routine patrol in northwest Baghdad when his vehicle was struck by an EFP.

1205.   The weapon used to injure Mr. Richards was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

1206.   As a result of the attack, he sustained a concussion and was knocked unconscious. His eardrum was also ruptured as a result of the blast.

1207.   Mr. Richards has developed vertigo and has experienced migraines.

1208.   He has been diagnosed with a TBI and has dealt with long- and short-term memory loss.

1209.   He has been diagnosed with PTSD and has had nightmares and flashbacks as well as experienced survivor's guilt. He has received treatment and counseling for these issues.

1210.   Plaintiff Steven Richards is a citizen of the United States and domiciled in the State of Massachusetts. He is the father of Nathan Richards.

1211.   As a result of the attack, and the injuries suffered by Nathan Richards, Plaintiff Steven Richards has experienced severe mental anguish, and extreme emotional pain and suffering.

**101.**   **THE JANUARY 18, 2010 ATTACK – BAGHDAD**

**The Lester Family**

1212.   Plaintiff Theodore Lester is a citizen of the United States and domiciled in the State of Texas.

1213.   On January 18, 2010, Theodore Lester, then 32, and a former soldier in the U.S. military, was serving as a civilian contractor in Baghdad, Iraq when his camp was attacked with Katyusha rockets deployed by Iraqi Shi'a Special Groups.

1214.   While running for cover from the Katyusha rockets, Mr. Lester was injured in the attack when he stepped into an existing mortar impact hole. Mr. Lester fell to the ground and was forced to crawl to cover.

1215.   The rocket attack was perpetrated by Iraqi Shi'a Special Groups terror operatives working at the direction of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing training provided by Hezbollah.

1216.   Mr. Lester was only able to obtain an X-ray of his foot a day later, which revealed that he had fractured three bones in his left foot. Mr. Lester still experiences pain in his left leg and foot from his injuries.

1217.   Mr. Lester was subsequently diagnosed with PTSD. He has received treatment for this condiction.

1218.   As a result of the attack, and the injuries he suffered, Plaintiff Theodore Lester has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 102.   **THE JUNE 6, 2011 ATTACK – BAGHDAD**

**The Fishbeck Family**

1219.   Christopher Brook Fishbeck was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1220.   On June 6, 2011, Christopher Brook Fishbeck, aged 24, was serving in the U.S. military in Iraq when the base he was at, Forward Operating Base Loyalty in Baghdad, came under attack by IRAMs.

1221.  Christopher Brook Fishbeck was killed in the attack.

1222.  KH operatives fired the IRAMs at the base. Those operatives were trained by Hezbollah and funded and supplied by the IRGC-QF and they launched the attack at the direction of both Hezbollah and the IRGC-QF as their proxy. KH claimed responsibility for the attack that killed Christopher Brook Fishbeck.

1223.  Plaintiff Stephanie Kidder is a citizen of the United States and domiciled in the State of California. She is the widow of Christopher Brook Fishbeck.

1224.  As a result of the attack, and the death of Christopher Brook Fishbeck, Plaintiff Stephanie Kidder has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

**AGAINST DEFENDANTS ON BEHALF OF EACH PLAINTIFF IDENTIFIED HEREIN WHO SURVIVED AN ACT OF INTERNATIONAL TERRORISM FOR DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN PERSONAL INJURY PURSUANT TO 28 U.S.C. § 1605A(c)**

1225.  Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

1226.  Plaintiffs identified in the foregoing paragraphs were grievously injured by Defendants' provision of material support (within the meaning of § 1605A(h)(3)) to terror operatives who engaged in extrajudicial killing, torture and hostage taking, and who injured Plaintiffs.

1227.   As a direct and proximate result of the willful, wrongful, and intentional acts of the Defendants and their agents, Plaintiffs identified in the foregoing paragraphs were injured and endured severe physical injuries, extreme mental anguish, pain and suffering, and economic losses.

1228.   Plaintiffs' compensatory damages, include, but are not limited to, their severe physical injuries, extreme mental anguish, pain and suffering, and any economic losses determined by the trier of fact.

1229.   Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and a threat to the public warranting an award of punitive damages against Defendants pursuant to 28 U.S.C. § 1605A(c)(4).

## SECOND CLAIM FOR RELIEF

**AGAINST DEFENDANTS ON BEHALF OF THE ESTATES OF PLAINTIFFS IDENTIFIED HEREIN FOR DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN WRONGFUL DEATH PURSUANT TO 28 U.S.C. § 1605A(c)**

1230.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

1231.   The Estates of Plaintiffs listed in the foregoing paragraphs assert claims on behalf of the decedents who were grievously injured by Defendants' provision of material support (within the meaning of § 1605A(h)(3)), to terror operatives in Iraq who engaged in the acts of extrajudicial killing, torture and/or hostage taking that caused the decedents' deaths.

1232.   As a direct and proximate result of Defendants' willful, wrongful, and intentional acts and the willful, wrongful, and intentional acts of their agents, the decedents listed in the foregoing paragraphs endured physical injury, extreme mental anguish, and pain and suffering that ultimately led to their deaths.

1233.   Defendants are therefore liable for the full amount of Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish, pain and suffering, wrongful death, survivorship, and any pecuniary loss (or loss of income to the estates).

1234.   Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. § 1605A(c)(4).

## THIRD CLAIM FOR RELIEF

**AGAINST DEFENDANTS ON BEHALF OF THE FAMILIES OF PLAINTIFFS IDENTIFIED HEREIN AS INJURED OR KILLED AS A RESULT OF DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING FOR SOLATIUM AND INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS PURSUANT TO 28 U.S.C. § 1605A(c)**

1235.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

1236.   Defendants' acts in providing material support for acts of extrajudicial killing were intended to inflict severe emotional distress on the Plaintiffs.

1237.   As a result of Defendants' acts, the families of individuals identified in the foregoing paragraphs as injured or killed as a result of Defendants' acts in providing material support for acts of extrajudicial killing, torture and hostage taking have suffered severe emotional distress, extreme mental anguish, loss of sleep, loss of appetite, and other severe physical manifestations, as well as other harms to be set forth to the trier of fact.

1238.   Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. § 1605A(c).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand:

(a)      Judgment for all Plaintiffs against Defendants, jointly and severally, for compensatory damages, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses and solatium, in amounts to be determined at trial;

(b)      Judgment for Plaintiff Estates against Defendants, jointly and severally, for compensatory damages for wrongful death, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, wrongful death, survivorship and any pecuniary loss (or loss of income to the estates) in amounts to be determined at trial;

(c)      Judgment for all Plaintiffs against Defendants, jointly and severally, for punitive damages in an amount to be determined at trial;

(d)      Judgment against Defendants in favor of Plaintiffs for prejudgment interest in an amount to be determined by the Court;

(e)      Plaintiffs' costs and expenses;

(f)      Plaintiffs' attorneys' fees; and

(g)      Such other and further relief as the Court finds just and equitable.

Dated: April 9, 2019

**OSEN LLC**

By      /s William A. Friedman
             William A. Friedman (DC Bar No. NJ012)
             Ari Ungar (DC Bar No. NJ008)
             Aaron Schlanger (DC Bar No. NJ007)
             2 University Plaza, Suite 402
             Hackensack, New Jersey
             (201) 265-6400

             **TURNER & ASSOCIATES, P.A.**
             C. Tab Turner
             4705 Somers Avenue, Suite 100
             North Little Rock, Arkansas 72116
             (501) 791-2277

**MOTLEY RICE LLC**
John M. Eubanks
Michael E. Elsner
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
(843) 216-9218

Attorneys for Plaintiffs