CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

VICTOR RAY WISE, II, et al.,

_____
Plaintiff(s)

vs.                                                                 Civil Action No.: __19-cv-995 (TJK)__

BANK MARKAZI JOMHOURI ISLAMI IRAN et al.,

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

| Central Bank of the Islamic Republic of Iran | Bank Melli Iran | National Iranian Oil Company |
| Mirdamad Blvd., NO.198 | Ferdowsi Ave. | National Iranian Oil Co Building |
| Tehran, Islamic Republic of Iran | 1135937681, Tehran | Hafez Crossing |
| | Islamic Republic of Iran | Taleghani Avenue |
| | | Tehran, Islamic Republic of Iran |

by: (check one)
- [x] certified or registered mail, return receipt requested
- [ ] DHL
- [ ] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [ ] 28 U.S.C. § 1608(a)(3)
- [x] 28 U.S.C. § 1608(b)(3)(B)
- [ ] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Aaron Schlanger
(Signature)

Aaron Schlanger
OSEN LLC
2 University Plaza, Suite 402
Hackensack, New Jersey 07601

(Name and Address)