

| Registered No. RA571175635US | | Date Stamp |
|---|---|---|
| Postage $ $12.74 | Extra Services & Fees (continued) | WASHINGTON DC 20044 |
| Extra Services & Fees ☐ Registered Mail $18.30 | ☐ Signature Confirmation $ | FEB 24 2021 |
| ☐ Return Receipt (hardcopy) $ $4.25 | ☐ Signature Confirmation Restricted Delivery $ | BEN FRANKLIN STATION |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees $ $33.29 | |
| ☐ Restricted Delivery $ $0.00 | | |
| Customer Must Declare Full Value $0.00 | Received by 02/24/2021 | Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See reverse). |

20-cv-03859-JEB

OFFICIAL USE

FROM:
Office of the Clerk - U.S. District
Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

TO:
Faisal Mekdad - Ministry of Foreign
Affairs, Syrian Arab Republic
Al-Rachid Street
Damascus, Syria

PS Form 3806, Registered Mail Receipt       Copy 1 - Customer
April 2015, PSN 7530-02-000-9051            (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®